COMMON PLEAS COURT
BELMONT CO. OH

**IN THE BELMONT COUNTY COURT OF COMMON PLEAS**
**ST. CLAIRSVILLE, OHIO**

CYNTHIA L. FREGIATO
CLERK OF COURT

BRIAN EATON and
CYNTHIA EATON
1901 Pennsylvania Avenue
Belpre, Ohio 45714

       Plaintiffs,

v.

ASCENT RESOURCES - UTICA, LLC
301 N.W. 63rd, Suite 600
Oklahoma City, Oklahoma 73116

       Defendant.

:
:
:
:
:
:
:
:
:
:
:
:
:
:
:

Case No. 19CV247

JUDGE    Frank A. Fregiato

**JURY DEMAND**
**ENDORSED HEREON**

## COMPLAINT

Plaintiffs, Brian C. Eaton and Cynthia K. Eaton, allege the following based on personal knowledge, investigation of counsel, and belief:

1.    Plaintiffs Brian Eaton and Cynthia Eaton own 54.08 acres of real property in Wheeling Township, Belmont County, Ohio. Brian Eaton and Cynthia Eaton are Ohio citizens who reside at 1901 Pennsylvania Avenue, Belpre, Ohio 45714. Plaintiffs are the lessors on the oil-and-gas lease attached as Exhibit 1.

2.    Defendant, Ascent Resources – Utica, LLC, is an Oklahoma limited liability company that was previously known as American Energy – Utica, LLC (formed in September 2013). Ascent Resources – Utica, LLC's headquarters and principal place of business is in Oklahoma City, Oklahoma.

3.    Defendant, Ascent Resources – Utica, LLC, will also be referred to as "Defendant," "Ascent," or "lessee."

FIELDS, DEHMLOW
&
VESSELS
A LIMITED LIABILITY COMPANY
309 SECOND STREET
MARIETTA, OH 45750

(740) 374-5346
(740) 374-5349 (FAX)
www.fieldsdehmlow.com

State of Ohio
Belmont County
Cynthia L. Fregiato, Clerk of Courts, do hereby certify that the above is a true and correct copy of the original on file in this office.

Cynthia L. Fregiato, Clerk of Courts

By _____ Deputy

4.      Upon information and belief, Ascent Resources – Utica, LLC is a wholly-owned

subsidiary of American Energy Partners, LP, an Oklahoma limited partnership whose

equity owners include the Estate of Aubrey McClendon, The Energy & Minerals Group,

First Reserve, and other institutional investors.

## I.      UNDERLYING FACTUAL ALLEGATIONS

### A. The process of recovering natural gas by fracking involves expenditures for various procedures that extract, prepare, and transport the natural gas.

5.      The Utica Shale lies under New York, Pennsylvania, Ohio, and West Virginia, as

well as extending into parts of Kentucky, Maryland, Tennessee, and Virginia.  The Utica

Shale even extends as far as Ontario and Quebec in Canada.

6.      Historically, drilling consisted of going straight into the earth to extract minerals

or gas.  Soon, technology allowed wells drilled at an angle without much curve.  As

technology improved, the distance in which the wellbores could go from vertical to

horizontal decreased, allowing one well to access many more acres of natural gas reserves

between wells.

7.      Natural gas from the Utica Shale is located within a sub-surface geologic shale

formation and is extracted using new horizontal drilling and hydraulic fracturing

methods known as "fracking."

8.      Since approximately January 1, 2010, Ohio has seen remarkable growth in natural

gas drilling in the Utica Shale.  This growth came about based upon the new technology

that provided a means to access, produce, and profit from the natural gas trapped within

this formation.  *See* Kristen Allen, *The Big Fracking Deal: Marcellus Shale –*

*Pennsylvania's Untapped Resource*, 23 Vill. Envtl. L.J. 51, 54 n.26 (2012).

FIELDS, DEHMLOW
&
VESSELS
A LIMITED LIABILITY COMPANY
309 SECOND STREET
MARIETTA, OH 45750

(740) 374-5346
(740) 374-5349 (FAX)
www.fieldsdehmlow.com

2

9.      Before new technology came about, there was no practical way of accessing the natural gas trapped within the Utica shale, not to mention other shales in the United States. *Id.* at 54-55.

10.     The outcome of this new technology was a swell in gas production out of the Utica Shale. Companies such as Ascent quickly realized the profits that could be made employing horizontal drilling. As a result, there was an aggressive race to obtain mineral rights from as many landowners as possible.

11.     In exchange for the privilege to extract natural gas from landowners' property, lessees such as Ascent pay a "royalty." The royalty payment is a payment of a percentage of the revenue generated from the sale of oil or natural gas produced from the lessor's property. The royalty rates historically were paid at 12.5%, but with the advent of the recent "shale boom," royalties have risen to as high as 21%.

12.     Traditionally, lessees of gas rights did not shift costs to the lessors; however, even in the absence of language permitting any cost-shifting, lessees have begun charging back costs to the landowners.

13.     Because not every landowner has enough acreage on which to drill a well, many leases contain what are called "unitization" clauses. A unitization clause allows the lessee to take all, or a portion, of a landowner's land to create a pool of neighboring lands that in combination create a suitable drilling unit.

14.     In the Utica Shale, these developers typically desire units of 640 acres to over 1,000 acres given that they are drilling horizontally. Thus, royalties for each landowner are calculated based on the amount of the lessor's land contained within the drilling unit.

15.     Once the natural gas is reached through the fracking process, a wellhead is placed on the well bore. After the wellhead is placed, natural gas is moved from the well through

FIELDS, DEHMLOW
&
VESSELS
A LIMITED LIABILITY COMPANY
309 SECOND STREET
MARIETTA, OH 45750

(740) 324-5346
(740) 324-5349 (FAX)
www.fieldsdehmlow.com

3

gathering pipes and ultimately transported through an intrastate transmission pipeline. Intrastate transmission pipelines connect to major interstate transmission pipelines which transport natural gas throughout the United States. The transport and processing steps, which follow removal of natural gas from the wellhead but precede entry of the gas into an interstate transmission pipeline, are referred to in the industry as "gathering."

16.     Natural gas is often not in suitable form to be placed directly into an interstate transmission line and must undergo "processing" during the gathering process to remove water content and other impurities.

17.     Natural gas must flow from a higher pressure to a lower pressure in order to move to the market, and operators typically must compress the natural gas at various points in order to effectuate the flow of the gas into transmission pipelines. This process is referred to in the industry as "compressing."

### B. The oil-and-gas industry is plagued by oil-and-gas lessees that take advantage of lessors by improperly shifting expenses to lessors and inflating deductions from royalty payments.

18.     The practice of oil-and-gas lessees (operators) improperly shifting expenses to mineral owners is not new. Lessees have routinely engaged in these improper practices. *See* Michael Rubinkam, *In Gas Drilling Country, the Honeymoon is Over on Royalties* (Sept. 25, 2016), https://www.msn.com/en-us/money/markets/in-gas-drilling-country-the-honeymoon-is-over-on-royalties/ar-BBwCqjD?li=BBnb7Kz&ocid=edgsp (Attached as Exhibit 2).

19.     For example, in Pennsylvania, home to the bulk of the Marcellus Shale, whose "shale boom" preceded the shale boom in Ohio, there have been numerous lawsuits in which mineral owners have made allegations similar to those in this action.

FIELDS, DEHMLOW
&
VESSELS
A LIMITED LIABILITY COMPANY
309 SECOND STREET
MARIETTA, OH 45750

(740) 374-5346
(740) 374-5349 (FAX)
www.fieldsdehmlow.com

4

20.     In late 2015, the Pennsylvania Attorney General filed a lawsuit against Chesapeake Energy Corporation (Aubrey McClendon's prior company) and its subsidiaries for unfair trade practices and violations of consumer protections laws. The lawsuit alleges that Chesapeake (a major exploration and production company in Pennsylvania) has improperly shifted "post-production" costs and otherwise "inflated" post-production expenses at the expense of the mineral owners in Pennsylvania. (Case No 2015 IR 69, Bradford County Court of Common Pleas.)

### C. Ascent has improperly deducted from the royalty payments made to Plaintiffs.

21.     The Eaton property is burdened by a July 26, 2011 oil-and-gas lease between Brian and Cynthia Eaton and Marquette Exploration, LLC. The lease covered Tax Parcel #51-00135.00, consisting of 54.08 acres. (Lease attached as Exhibit 1).

22.     Defendant Ascent is the successor to Marquette Exploration, LLC and now holds the "lessee" interest in this lease, at least for the Utica Shale.

23.     Regarding Royalty Payments, the lease provided for a 16.00% royalty and further states:

FIELDS, DEHMLOW
&
VESSELS
A LIMITED LIABILITY COMPANY
309 SECOND STREET
MARIETTA, OH 45750

(740) 374-5346
(740) 374-5349 (FAX)
www.fieldsdehmlow.com

    5.    Royalty Payments.  The royalties reserved by Lessor, and which shall be paid by Lessee, are: (a) On oil (including but not limited to distillate and condensate) 16% of that produced and saved from the leased premises, the same to be delivered at the wells or to the credit of Lessor in the pipeline to which the wells may be connected, provided; however, Lessee, at its option, may from time to time purchase such royalty oil, paying therefore not less than the price prevailing in the pricing area for oil of like grade and gravity at the time of delivery; (b) On gas, including coalbed methane gas, gob gas, casinghead gas and all other gaseous or vaporous products, the market value at the wells of 16% of the gas so sold or used, such market value at the wells in no event to exceed the net proceeds received by Lessee calculated or allocated back to the wells from which produced, making allowance and deduction for a fair and reasonable charge for gathering, compressing, and making merchantable such gas, provided, that on gas sold at the wells, the royalty shall be 16% of the net proceeds received by Lessee from such sale, after such allowance and deduction, and provided further that, if any such sale of gas is regulated as to price by any governmental agency having jurisdiction, such market value or net proceeds shall in no event exceed the amount received by Lessee, not subject to refund, calculated, or allocated back to the wells from which produced, making allowance and deduction for a fair and reasonable charge for gathering , compressing, and making merchantable such gas, and which amount may be further adjusted up or down prospectively or retrospectively when the price or rate authorized by such governmental agency is finally determined. Lessor agrees to pay any and all taxes levied or assessed upon its interest in the production of oil and gas from the leased premises and Lessee is hereby authorized to pay such taxes and assessments on behalf of Lessor and to deduct the amount so paid from any monies payable to Lessor hereunder.  In the event any extraneous substance (being any substance that is obtained from sources other than the leased premises or lands pooled or unitized therewith) is injected into subsurface strata in connection with secondary, tertiary, or other enhanced recovery operations hereunder, any like substance thereafter produced hereunder, or contained in oil or gas thereafter produced hereunder, from such strata shall be deemed to be part of the extraneous substance so injected until the total volume thereof equals the total volume of the extraneous substance so injected, and no royalty shall be payable hereunder on any such extraneous substance.  During any period after expiration of the primary term hereof, where there is a gas well on the leased premises or on a unit that includes all or a part of the leased premises, however designated, capable of producing gas and gas is not being sold or used on or off the leased premises and the well or wells are shut-in and there is no current production of oil or operations on any part of said leased premises sufficient to keep this lease in force, Lessee shall be obligated to pay or tender as shut-in rental the amount of Fifty Dollars ($50.00) per net acre of this lease contained in the drilling unit (which shall be the same and shall be paid regardless of the number of shut-in wells and regardless of whether the shut-in well or wells be located upon said leased premises or upon such other acreage as is embraced in such unit) for each six (6) month period during the shut-in period and it will be considered that gas is produced, for all purposes of this lease, during any period that such well or wells are so shut-in; such amount for the first six (6) month period to be payable within ninety (90) days following shutting-in of the last well, and payment for each subsequent six (6) month period, if required,  shall be payable on or before the beginning date of each such subsequent six (6) month period. The amount of each such rental payment or tender may be paid to Lessor by check or draft of Lessee and such payments may be commenced and continued either during or beyond the primary term. No such shut-in rental payments shall be required during the primary term of this lease. Lessee's failure to properly pay such rental payments shall render Lessee liable for the amount due but shall not operate to terminate this lease, Lessee shall use reasonable diligence to market gas capable of being produced from such shut-in well or wells, but shall be under no obligation to market such gas under terms, condition, or circumstances which, in Lessee's judgement exercised in good faith, are unsatisfactory.

24.    However, the main body of the lease is subject to an Addendum (part of Exhibit 1), which was also signed on July 26, 2011 and made part of the lease.

25.    Regarding the royalty payments, the Addendum controls and states:

FIELDS, DEHMLOW
&
VESSELS
A LIMITED LIABILITY COMPANY
309 SECOND STREET
MARIETTA, OH 45750

(740) 374-5346
(740) 374-5349 (FAX)
www.fieldsdehmlow.com

6

ROYALTY

Market Enhancement Clause
It is agreed between the Lessor and Lessee that, notwithstanding any language herein to the contrary, all oil, gas or other proceeds accruing to the Lessor under this lease or by state law shall be without deduction, directly or indirectly, for the cost of producing, gathering, storing, separating, treating, dehydrating, compressing, processing, transporting, and marketing the oil, gas and other products produced hereunder to transform the product into marketable form; however, any such costs which result in enhancing the value of the marketable oil, gas or other products to receive a better price may be deducted from Lessor's share of production so long as they are based on Lessee's actual cost of such enhancements. However, in no event shall Lessor receive a price that is less than, or more than, the price received by Lessee.

26.     During the last six years, Ascent (under its current and former names) has been

active in securing oil-and-gas leases, sub-leases, or partial lease assignments within

eastern Ohio for the purpose of exploring for and producing natural gas, oil, and other

liquid and gaseous hydrocarbons from the Utica Shale geologic formation.

27.     Upon information and belief, the Eaton property is included within the drilling

units for several oil-and-gas wells that are owned and operated by Ascent by virtue of the

leasing rights granted in the aforementioned oil-and-gas lease.

28.     Specifically, the Eaton property is included within the associated drilling units for

the following wells in Belmont County: CAPSTONE HOLDINGS 2H-9, CAPSTONE

HOLDINGS 3H-9, CHC DUTTON W WHL BL 5H, CHC DUTTON W WHL BL 4H,

BLAYNEY N WHL 3H, BLAYNEY E WHL BL 5H-A, and BLAYNEY W WHL BL 1H-A.

29.     Plaintiffs, as lessors, are entitled to royalty payments from the hydrocarbon

production of these wells, to be paid according to the royalty provisions of the operative

leases.

30.     Plaintiffs began receiving royalty payments with associated "royalty statements" in

late 2014.

31.     Plaintiffs noticed very substantial "post-production" cost deductions from the

royalty payment for items such as compression, processing, treating, transportation, fuel,

marketing, gathering, and other costs.

FIELDS, DEHMLOW
&
VESSELS
A LIMITED LIABILITY COMPANY
309 SECOND STREET
MARIETTA, OH 45750

(740) 374-5346
(740) 374-5349 (FAX)
www.fieldsdehmlow.com

7

32. Although listed as "Deduct Codes" on the royalty statement, these deductions were not further explained.

33. Plaintiffs noticed that the deductions varied, often substantially, without any explanation or apparent good cause. (See sample Eaton Royalty Statements attached as Exhibit 3.)

34. The royalty statements reflect deductions ranging from 25% of the gross value of the hydrocarbons produced to as much as 76% of the gross value.

35. These deductions, when taken over the course of the life of these wells, will potentially amount to tens, if not hundreds, of thousands of dollars of lost royalty revenue to Plaintiffs.

36. Insofar as the lessee may be entitled to deduct any "post-production" expenses, the lessee (Ascent) may not deduct for expenses related to any infrastructure or efforts that occur *before* the product (natural gas, oil, or condensate) reaches the point of sale to the market. Stated differently, because the natural gas is not in marketable form *until* it meets the quality and pressure specifications of the interstate pipeline into which it is delivered, the lessee may not deduct for any costs incurred to pressurize, transport, or process the gas *before* it is placed into an interstate pipeline.

37. Indeed, per the subject lease, Ascent may only take deductions, in proportion to the lessor's royalty, if and only if, such expenses are to enhance the value of marketable oil, gas, or other products in order to receive a better price.

38. The high deductions indicate that Ascent is arbitrarily deducting for its own capital expenditures for compression, separation, processing, gathering, and transportation equipment associated with Ascent's production operations in eastern Ohio without

FIELDS, DEHMLOW
&
VESSELS
A LIMITED LIABILITY COMPANY
309 SECOND STREET
MARIETTA, OH 45750

(740) 374-5346
(740) 374-5349 (FAX)
www.fieldsdehmlow.com

8

support in the contract or any basis for doing so. Or, in the alternative, Ascent is adding some other unknown charge that is not permitted by the terms of the contract.

39.     Based on an implied duty to market and also an implied duty to act as a reasonable prudent operator, duties imposed as a matter of law, Ascent is obligated to market and sell its gas production at the highest price obtainable.

40.     Ascent pays royalties to its Plaintiffs based on the sale of the unmarketable gas instead of the higher fair market value, which improperly imposes the costs of making the gas marketable on Plaintiffs.

41.     Further, insofar as the lessee may be entitled to deduct any "post-production" expenses, "gathering" expenses (as that term is defined within the industry) may not be deducted from a lessor's royalty, as a matter of law and per the subject lease.

42.     Further, insofar as the lessee may be entitled to deduct any "post-production" expenses, "compression" expenses (as that term is defined within the industry) may not be deducted from a lessor's royalty, as a matter of law and per the subject lease.

43.     Further, insofar as the lessee may be entitled to deduct any "post-production" expenses, "processing" expenses (as that term is defined within the industry) may not be deducted from a lessor's royalty, as a matter of law and per the subject lease.

44.     Further, insofar as the lessee may be entitled to deduct any "post-production" expenses, "transportation" expenses (as that term is defined within the industry) may not be deducted from a lessor's royalty for any transportation expenses that occur *before the point of sale to the market*, as a matter of law and per the subject lease.

45.     Further, insofar as the lessee may be entitled to deduct any "post-production" expenses, (a) the deduction must be reasonable, (b) the expense must have been incurred to enhance an already marketable product, and (c) the deduction must relate to an

FIELDS, DEHMLOW
&
VESSELS
A LIMITED LIABILITY COMPANY
309 SECOND STREET
MARIETTA, OH 45750

(740) 374-5346
(740) 374-5349 (FAX)
www.fieldsdehmlow.com

9

expense that caused the lessor's royalty to increase in proportion with the assessed costs. This is because the leases do not permit Defendant to deduct impermissible deductions or to inflate the amount of permissible deductions, yet this is what Defendant is doing.

46.     Further, insofar as the lessee may be entitled to deduct any "post-production" expenses, *it is the lessee's burden* to establish that: (a) the deduction is reasonable, (b) the expense was incurred to alter (enhance) an already marketable product, and (c) that the deduction relates to an expense that caused the lessor's royalty to increase in proportion with the assessed costs.

47.     Moreover, based upon Plaintiffs' royalty statements, Ascent actually charged the Plaintiffs *for losses* regarding Natural Gas Liquids (NGLs). From May 2015 through November 2015, Plaintiffs' royalty for NGLs was reduced below zero and actually *charged for a portion of Ascent's losses* on NGLs, which is not permissible as a matter of law.

48.     Furthermore, upon information and belief, when Ascent has paid Plaintiffs royalties for NGLs, it is reported an incorrect sale price for such NGL's, resulting in an artificially lower royalty to Plaintiffs.

49.     Additionally, based upon Plaintiffs' royalty statements, Ascent has improperly deducted for Severance Taxes and Oil-and-Gas Fee Taxes.

50.     A sampling of Plaintiffs' royalty statements attached to this Complaint has been reviewed by Robert N. Hart. The Affidavit of Mr. Hart is attached as Exhibit 3.

51.     Mr. Hart is a petroleum engineer and oil-and-gas consultant with offices in Charleston, West Virginia. He holds a bachelor's degree in Petroleum Engineering from West Virginia University. Mr. Hart is also a certified mineral appraiser—IIMA 1999-5. See Exhibit 4 ¶¶ 2-4.

FIELDS, DEHMLOW
&
VESSELS
A LIMITED LIABILITY COMPANY
309 SECOND STREET
MARIETTA, OH 45750

(740) 374-5346
(740) 374-5349 (FAX)
www.fieldsdehmlow.com

10

52.    Mr. Hart is the co-owner and principal consultant of HartPetro Global, LLC, providing consulting services in the areas of reservoir engineering, underground gas storage, fair market value appraising, production operations, lease negotiations, reserves projections, royalty audits, and acquisitions and divestitures. Mr. Hart's experience and expertise in the oil-and-gas industry includes analyses of royalty payment statements, and calculation of royalties. See Exhibit 4 ¶¶ 5-6.

53.    Based on Mr. Hart's review of Plaintiffs' royalty statements, his opinion is that certain natural gas post-production expenses appear to be very high and provide reason to investigate further whether they are proper. See Exhibit 4 ¶ 8.

54.    The law imposes upon all oil-and-gas lessees an obligation to act in good faith toward its lessors.

55.    The expenses taken from Plaintiffs are either not allowed per the lease, alternatively, have been and are being taken in improper amounts.

56.    Ascent's intentional actions and practice of deducting so-called "post production" expenses from the royalty payments to Plaintiffs is nothing more than a ruse, a method of taking money that rightfully belongs to Plaintiffs.

57.    Ascent's actions are wanton, willful, and undertaken with malice and conscious disregard for the rights of Plaintiffs.


II.    **CLAIMS FOR RELIEF**

**CLAIM ONE**
**REQUEST FOR ACCOUNTING**

58.    All paragraphs of this Complaint are expressly incorporated as if fully rewritten and re-alleged herein.

FIELDS, DEHMLOW
&
VESSELS
A LIMITED LIABILITY COMPANY
309 SECOND STREET
MARIETTA, OH 45750

(740) 374-5346
(740) 374-5349 (FAX)
www.fieldsdehmlow.com

11

59.    The above-described conduct entitles Plaintiffs to a complete accounting of Ascent's royalty payments, methods of calculating royalties, and facts underlying the calculation of royalty payments.

60.    An action for an accounting seeks a determination by a trial court of what may be due to respective parties by virtue of the relationship between them. *Fontbank, Inc. v. CompuServe, Inc.*, 138 Ohio App.3d 801, 814 (10th Dist.2000). Given that most if not all of the information relevant to the royalty payments and deductions is peculiarly within the knowledge and/or control of Ascent, Plaintiffs' leases provide an implied right of accounting.

61.    Plaintiffs ask this Court to order Ascent to provide a detailed accounting regarding the royalty payments, methods of calculating royalties, and the facts underlying the calculation of royalty payments to Plaintiffs Brian C. Eaton and Cynthia K. Eaton.

### CLAIM TWO
### BREACH OF CONTRACT

62.    All paragraphs of this Complaint are expressly incorporated as if fully rewritten and re-alleged herein.

63.    Plaintiffs and Ascent entered into a contract in the form of a lease related to the natural gas produced from the subject property.

64.    The above-described conduct constitutes multiple breaches of the express and implied obligations that Ascent owes to Plaintiffs under the terms of the operative lease agreements by the deductions taken to their royalty payments that are either not allowed as a matter of law or, alternatively, have been and are being taken in improper amounts.

65.    Plaintiffs have suffered monetary damage, both past and future, as a result of these breaches.

FIELDS, DEHMLOW
&
VESSELS
A LIMITED LIABILITY COMPANY
309 SECOND STREET
MARIETTA, OH 45750

(740) 374-5346
(740) 374-5349 (FAX)
www.fieldsdehmlaw.com

## CLAIM THREE
## UNJUST ENRICHMENT
## (PLEADED IN THE ALTERNATIVE TO BREACH OF CONTRACT)

66.    All paragraphs of this Complaint are expressly incorporated as if fully rewritten and re-alleged herein.

67.    The above-described conduct further provides an unjust enrichment to Ascent. It would be inequitable and unjust for Ascent to retain the benefit of these deductions which rightfully belong to Plaintiffs that are either not allowed as a matter of law or, alternatively, have been and are being taken in improper amounts.

68.    Plaintiffs is entitled to all legal and equitable relief, including orders for restitution and equitable disgorgement, necessary to remedy this unjust enrichment.

## CLAIM FOUR
## FRAUD

69.    All paragraphs of this Complaint are expressly incorporated as if fully rewritten and re-alleged herein.

70.    The leases executed by Plaintiffs represent that lessors will be paid the appropriate royalties required by the leases.

71.    The royalty statements directed to Plaintiffs contain fraudulent statements.

72.    The statements are fraudulent because they consist of and state intentionally improper and incorrect deductions, with the royalty statements constituting false representations of permissible and correct deductions. The royalty statements present intentionally incorrect statements of the royalties due the lessors.

FIELDS, DEHMLOW
&
VESSELS
A LIMITED LIABILITY COMPANY
309 SECOND STREET
MARIETTA, OH 45750

(740) 374-5346
(740) 374-5349 (FAX)
www.fieldsdehmlow.com

73. These false representations are made by Ascent, with Ascent's knowledge of their falsity or with Ascent's utter disregard and recklessness about their falsity so that knowledge may be attributed to Ascent.

74. The fraud is apparent from the nature of the deductions taken, the amounts deducted, the unexplained variance in the deductions.

75. The fraudulent statements set forth in the royalty statements are made each time the royalty statement is sent or provided to the lessors, with the lessors receiving the fraudulent statements at their homes, place of business, or other location at which they receive mail.

76. Ascent's knowing concealment of facts, the correct amount of royalties and/or any proper and correct deductions, was and is done despite Ascent's duty to disclose.

77. Ascent's representations are material to the parties' transactions (*i.e.*, the execution and operation of the lease agreements).

78. Ascent's misrepresentations were and are made with the intent of misleading Plaintiffs into relying on the misrepresentations.

79. Plaintiffs were justified in relying on Ascent's representations and did, in fact, so rely.

80. Plaintiffs have been injured and continue to be injured, and the injury was directly caused by their reliance on Ascent's representations.


## CLAIM FIVE
## REQUEST FOR INJUNCTIVE AND DECLARATORY RELIEF

81. All paragraphs of this Complaint are expressly incorporated as if fully rewritten and re-alleged herein.

FIELDS, DEHMLOW
&
VESSELS
A LIMITED LIABILITY COMPANY
309 SECOND STREET
MARIETTA, OH 45750

(740) 374-5346 ·
(740) 374-5349 (FAX)
www.fieldsdehmlaw.com

14

82.     Absent intervention by the Court, Ascent will continue the improper and wrongful practices previously described, and Plaintiffs will continue to be damaged by Ascent's wrongful conduct, *i.e.*, the improper deductions taken from royalty payments to Plaintiffs.

83.     Accordingly, Plaintiffs seek a permanent injunction preventing Ascent improperly deducting so-called "post-production" costs from royalty payments to Plaintiffs.

84.     Plaintiffs are without an adequate remedy at law for such future relief, and irreparable harm will be done without such relief.

85.     Because Ascent is in the sole possession of these records and denied reasonable requests for months, Plaintiffs is being denied substantial sums of proceeds from their leases with Ascent, for which no remedy has been offered or may be available if Ascent is not immediately ordered to comply with the terms of their leases requiring such accounting.

86.     Plaintiffs ask this Court to provide declaratory relief regarding the ongoing rights and responsibilities pertaining to Ascent's obligation to pay royalties to Plaintiffs.

87.     Specifically, Plaintiffs ask this Court to issue a declaratory judgment prohibiting Ascent from deduction so-called "post-production" costs from royalty payments to Plaintiffs.

## PRAYER FOR RELIEF

**WHEREFORE**, Plaintiffs, request the following relief:

A.      An Accounting, requiring Defendant to fully account for the royalty payments, methods of calculating royalties, and the facts underlying the calculation of the royalty payments to Plaintiffs;

B.      Compensatory damages;

C.      Punitive damages;

D.      Injunctive relief, ordering that "post production" costs may no longer be deducted from ongoing royalty payments to Plaintiffs;

FIELDS, DEHMLOW
&
VESSELS
A LIMITED LIABILITY COMPANY
309 SECOND STREET
MARIETTA, OH 45750

(740) 374-5346
(740) 374-5349 (FAX)
www.fieldsdehmlow.com

15

E.  Equitable relief, including an order of restitution and an order for equitable disgorgement;

F.  Declaratory judgment, declaring the lease agreements do not permit the lessee to deduct "post production" costs from ongoing royalty payments to Plaintiffs;

G.  Pre-judgment interest;

H.  Post-judgment interest;

I.  Costs of this action;

J.  Attorney's fees and costs involved in prosecution of this lawsuit; and

K.  Any other relief this Court deems just and appropriate.

Respectfully submitted,

**Ethan Vessels** (0076277)
FIELDS, DEHMLOW & VESSELS
A LIMITED LIABILITY COMPANY
309 Second Street
Marietta, Ohio 45750
(740) 374-5346 (telephone)
(740) 374-5349 (facsimile)
ethan@fieldsdehmlow.com
*Attorney for Plaintiffs*

**Mark H. Troutman** (0076390)
**Gregory M. Travalio** (0000855)
**Shawn Judge** (0069493)
ISAAC WILES BURKHOLDER & TEETOR, LLC
Two Miranova Place, Suite 700
Columbus, Ohio 43215
(614) 221-2121 (telephone)
(614) 365-9516 (facsimile)
mtroutman@isaacwiles.com
gtravalio@isaacwiles.com
sjudge@isaacwiles.com
*Attorneys for Plaintiffs*

## JURY DEMAND

Plaintiffs demands a jury trial on all issues so triable.

_____
Ethan Vessels

4846-0835-2918.2

FIELDS, DEHMLOW
&
VESSELS
A LIMITED LIABILITY COMPANY
309 SECOND STREET
MARIETTA, OH 45750

(740) 374-5346
(740) 374-5349 (FAX)
www.fieldsdehmlow.com



**PAID-UP OIL AND GAS LEASE**

THIS AGREEMENT made and entered into the ___2-6___ day of ___July___, 2011, by and between Brian Christopher Eaton and Cynthia K. Eaton, Husband and Wife, whose address is 203 Maple Street, Belpre, OH 45714, hereinafter called Lessor (whether one or more), and Marquette Exploration, LLC, a Delaware limited liability company, whose address is 2092 Timberloch Place, Suite 440, The Woodlands, Texas 77380, hereinafter called Lessee.

WITNESSETH:

1.   **Lease Description.** In consideration of One Dollar ($1.00) in hand paid by Lessee, and other good and valuable considerations, the receipt and sufficiency of which are hereby acknowledged, and for the covenants hereinafter contained, Lessor hereby grants, leases, and lets exclusively to Lessee the following described lands situated within the Township of Wheeling, County of Belmont, State of Ohio, located in Section/Lot number 2, Township number 9, Range number 5, and bounded substantially by lands now or formerly owned as follows:

On the North by: _____

On the East by: _____

On the South by: _____ See Attached Exhibit "A" _____

On the West by: _____

Known as Tax Parcel #51-80135.000 and estimated to comprise 54.08 acres, whether said tract or tracts contain more or less, which acreage figure may be relied upon by Lessee in determining the amount of delay rentals or other payments hereunder. In addition to the above described land, this lease also covers accretions and any strips or parcels of land now or hereafter owned by Lessor which are contiguous or adjacent to the above described land, including any interest therein which Lessor may hereafter acquire by reversion, prescription, or otherwise.

2.   **Term of Lease.** It is agreed that this lease shall remain in force for a term of five (5) years(s) from this date, and as long thereafter as oil or gas (including coalbed methane gas, gob gas, casing-head gas and casing-head gasoline), or either of them, is produced from said land by the Lessee, its successors and assigns. Lessee has the option to extend the primary term of this lease for an additional term of five (5) years(s) from the expiration of the primary term of this lease set forth above, and as long thereafter as oil or gas (including coalbed methane gas, gob gas, casing-head gas and casing-head gasoline), or either of them, is produced from said land by the Lessee, its successors and assigns, said extension to be under the same terms and conditions as contained in this lease. Lessee, its successors or assigns, may exercise this option to extend if on or before the expiration date of the primary term of this lease, Lessee pays or tenders to the Lessor or to the Lessor's credit, an amount per net mineral acre covered under that certain un-recorded "Paid-Up Order of Payment and Bonus Agreement" between Lessor and Lessee of even date hereof.

3.   **Lease Rights Granted.** Lessee shall have and is hereby granted by Lessor, during the term of this lease, the exclusive right to enter upon the above described land to conduct geological and geophysical surveys and explorations, and to operate for, produce and save oil and gas (including coalbed methane gas, gob gas, casing-head gas and casing-head gasoline) produced in conjunction therewith, and to inject gas, air, water or other fluids into the subsurface strata of said land for the recovery and production of oil and gas; together with the right to drill wells, recondition producing wells and redrill and use abandoned wells on said land for all such purposes; together with rights-of-way and servitudes on, over, and through said lands for roads, pipelines, telephone and telegraph lines, electric power lines, structures, plants, drips, tanks, stations, houses for machinery, gates, meters, regulators, tools, appliances, materials and other equipment that may be used in exploring for and producing therefrom hydrocarbons of every kind and nature whatsoever, including but not limited to oil, gas, coalbed methane gas, gob gas, casing-head gas, and casing-head gasoline and the injection of gas, air, water or other fluids for the enhanced recovery and production of oil and gas produced in conjunction therewith; together with the right to use oil, gas, and water from said land free of cost to Lessee for all such purposes, except water from Lessor's wells or ponds; to remove, either during or after the term hereof, any and all property and improvements placed or located on said land by Lessee, including the right to draw and remove casing; together with the right of ingress, egress, and regress on, over, and through said land for any of the purposes aforesaid.

4.    **Paid-Up Lease.** This lease is a paid-up lease. Notwithstanding anything to the contrary contained in the foregoing lease agreement, no production, operations, delay rental payments, or shut-in rental payments are necessary to maintain this lease in force during the primary term of this lease.

5.    **Royalty Payments.** The royalties reserved by Lessor, and which shall be paid by Lessee, are: (a) On oil (including but not limited to distillate and condensate) 16% of that produced and saved from the leased premises, the same to be delivered at the wells or to the credit of Lessor in the pipeline to which the wells may be connected, provided; however, Lessee, at its option, may, from time to time purchase such royalty oil, paying therefore not less than the price prevailing in the pricing area for oil of like grade and gravity at the time of delivery; (b) On gas, including coalbed methane gas, gob gas, casinghead gas and all other gaseous or vaporous products, the market value at the wells of 16% of the gas so sold or used, such market value at the wells in no event to exceed the net proceeds received by Lessee calculated or allocated back to the wells from which produced, making allowance and deduction for a fair and reasonable charge for gathering, compressing, and making merchantable such gas, provided, that on gas sold at the wells, the royalty shall be 16% of the net proceeds received by Lessee from such sale, after such allowance and deduction, and provided further that, if any such sale of gas is regulated as to price by any governmental agency having jurisdiction, such market value or net proceeds shall in no event exceed the amount received by Lessee, not subject to refund, calculated, or allocated back to the wells from which produced, making allowance and deduction for a fair and reasonable charge for gathering , compressing, and making merchantable such gas, and which amount may be further adjusted up or down prospectively or retrospectively when the price or rate authorized by such governmental agency is finally determined. Lessor agrees to pay any and all taxes levied or assessed upon its interest in the production of oil and gas from the leased premises and Lessee is hereby authorized to pay such taxes and assessments on behalf of Lessor and to deduct the amount so paid from any monies payable to Lessor hereunder. In the event any extraneous substance (being any substance that is obtained from sources other than the leased premises or lands pooled or unitized therewith) is injected into subsurface strata in connection with secondary, tertiary, or other enhanced recovery operations hereunder, any like substance thereafter produced hereunder, or contained in oil or gas thereafter produced hereunder, from such strata shall be deemed to be part of the extraneous substance so injected until the total volume thereof equals the total volume of the extraneous substance so injected, and no royalty shall be payable hereunder on any such extraneous substances. During any period after expiration of the primary term hereof, where there is a gas well on the leased premises or on a unit that includes all or a part of the leased premises, however designated, capable of producing gas and gas is not being sold or used on or off the leased premises and the well or wells are shut-in and there is no current production of oil or operations on any part of said leased premises sufficient to keep this lease in force, Lessee shall be obligated to pay or tender as shut-in rental the amount of Fifty Dollars ($50.00) per net acre of this lease contained in the drilling unit (which shall be the same and shall be paid regardless of the number of shut-in wells and regardless of whether the shut-in well or wells be located upon said leased premises or upon such other acreage as is embraced in such unit) for each six (6) month period during the shut-in period and it will be considered that gas is produced, for all purposes of this lease, during any period that such well or wells are so shut-in; such amount for the first six (6) month period to be payable within ninety (90) days following shutting-in of the last well, and payment for each subsequent six (6) month period, if required, shall be payable on or before the beginning date of each such subsequent six (6) month period. The amount of cash such rental payment or tender may be paid to Lessor by check or draft of Lessee and such payments may be commenced and continued either during or beyond the primary term. No such shut-in payments shall be required during the primary term of this lease. Lessee's failure to properly pay such rental payments shall render Lessee liable for the amount due but shall not operate to terminate this lease. Lessee shall use reasonable diligence to market gas capable of being produced from such shut-in well or wells, but shall be under no obligation to market such gas under terms, condition, or circumstances which, in Lessee's judgement exercised in good faith, are unsatisfactory.

6.    **Free Gas.** Lessor may use up to 200,000 cubic feet of gas, free of charge, per calendar year, for domestic purposes in one dwelling house on said leased premises; provided at the time a well is first drilled and completed hereunder, Lessor owns a dwelling house located on that part of the leased premises on which such well is located; subject, however to such well being capable of producing in commercial quantities; and subject, further, to the use, maintenance, operation, production and right of abandonment by Lessee of its well(s), equipment and pipelines on the leased premises.  Lessor may upon written application, subject to Lessee's election as hereinafter described, secure such gas by service line laid to and connected to such well on said leased premises in accordance with all applicable laws, rules and regulations, the point of connection to be designated by Lessee, and in such event, the Lessor shall assume the entire risk and all expenses associated with securing and using such gas and agrees, to the fullest extent of applicable law, to release, protect, defend and indemnify Lessee from and against any and all claims or causes of action arising therefrom or relating thereto.  If Lessor in any year uses gas in excess of the quantity provided for herein, Lessor shall pay for the same at the local prevailing price for gas for domestic use but Lessee assumes no obligation to furnish Lessor with gas in excess of the quantity provided herein.  The measurement and regulation of such gas shall be by meter furnished by Lessee and regulators furnished by Lessor and set at the tap on the well.  At the time application is made for free gas, Lessee shall have the option to make an annual cash payment to the qualified applicant(s) of One Thousand Five Hundred and 00/100 Dollars ($1500.00) per year in lieu of providing free gas and such cash payment shall discharge Lessee's obligation under this lease to provide gas free of cost to Lessor, his successors, heirs and assigns.  Upon establishing gas production from the well in commercial quantities, such cash payment shall be made to the qualified applicant(s) on or before January 1st of each year.  This payment in lieu of free gas shall be terminated when said well ceases to produce gas in commercial quantities.

Notwithstanding the foregoing provisions, in the event the leased premises are made a part of a unit or pooled with other acreage and the surface location of the well head(s) for such well or wells are on property other than that

covered by this lease, the Lessor will not be entitled to use wellhead gas, free or otherwise, nor have the right to the optional annual cash payment provided for above.

7.     **Operations.** If at the expiration of the primary term, oil or gas is not being produced on the leased premises or on acreage pooled therewith, but Lessee is engaged in drilling, deepening, plugging back or reworking operations thereon or shall have completed a dry hole thereon within ninety (90) days prior to the end of the primary term, this lease shall remain in force so long as operations on said well, or for the drilling, deepening, plugging back, or reworking of any additional well, are prosecuted with no cessation of more than ninety (90) consecutive days and, if they result in the production of oil or gas, so long thereafter as oil or gas is produced from the leased premises, or upon acreage pooled therewith. Furthermore, if on or after the expiration of the primary term Lessee should drill a dry hole or holes thereon or, if after discovery and production of oil or gas, the production thereof should cease from any cause, this lease shall not terminate if Lessee commences operations for drilling, deepening, plugging back, or reworking within ninety (90) days from date of completion of a dry hole or cessation of production.

8.     **Pooling.** Lessee hereby is given the right at its option, at any time within the primary term hereof or at any time during which this lease may be extended by any provision hereof, and from time to time within such period, to pool, reform, enlarge and/or reduce such unit or pool, and repool all or any part or parts of leased premises, formation(s) or strata, and/or rights therewith with any other land in the vicinity thereof, or with any leasehold, operating, or other rights, formation(s) or strata, and/or interests in such other land so as to create units of such size and surface acreage as Lessee may desire but containing not more than eighty (80) acres for an oil well and not more than six hundred forty (640) acres for a gas well plus in each case a ten percent (10%) acreage tolerance. If at any time larger units are specified under any then applicable law, rule, regulation, or order of any governmental authority for the drilling, completion or operation of a well, or for obtaining maximum allowable, any such unit may be established or enlarged to conform to the size authorized. Each unit or reformation thereof may be created by governmental authority or by Lessee recording in the county recorder's office a Declaration containing a description of the pooled acreage. Any well which is commenced, or is drilled, or is producing on any part of any land theretofore or thereafter so pooled shall, except for the payment of royalties, be considered a well commenced, drilled, and producing on leased premises under this lease. There shall be allocated to the portion of leased premises included in any such pooling or repooling such proportion of the actual production from all lands so pooled or repooled as such portion of leased premises, computed on an acreage basis, bears to the entire acreage of the lands so pooled or repooled. The production so allocated shall be considered for the purpose of payment or delivery of royalty to be the entire production from the portion of leased premises included in such pooling or repooling in the same manner as though produced from such portion of leased premises under the terms of this lease. A unit established hereunder shall be valid and effective for all purposes of this lease even though there may be land, oil, and gas rights, royalty, and/or leasehold interests in land within the unit which are not pooled or unitized, or even though there may be a failure of the leasehold title (in whole or in part) to any tract or interest therein included in a pooled unit.

9.     **Warranty and Proportionate Reduction.** Lessor hereby warrants and agrees to defend the title in and to the land herein described, covenants that Lessee will have quiet enjoyment under this agreement, covenants the Lessee shall have the benefit of the doctrine of after-acquired title, and covenants that Lessee, at its option, may discharge any tax, mortgage or other lien upon said land in event of default in payment thereof by Lessor and be subrogated to the rights of the holder thereof with the right to enforce same and apply royalties and payments accruing hereunder toward satisfying same. Without impairment of Lessee's rights under the warranty in event of failure of title, it is agreed that if Lessor owns an interest in the land herein described less than the entire oil and gas estate covered by this lease, when the rentals and royalties to be paid Lessor shall be reduced proportionately.

10.     **Notices.** Failure to pay or error in paying any rental or other payment due hereunder shall not constitute a ground for forfeiture of this lease and shall not affect Lessee's obligation to make such payment, but Lessee shall not be considered in default on account thereof until Lessee has first given Lessee written notice of the non-payment and Lessee shall have failed for a period of thirty (30) days after receipt of such notice to make payment.

11.     **Ownership Changes.** The rights of either party hereunder may be assigned in whole or in part; but no change or division in ownership of the leased premises, delay rentals, shut-in rentals, storage rentals, or royalties, or in the status of any party, however accomplished, shall operate to enlarge the obligations or diminish the rights of Lessee. No change in such ownership or status shall be binding on Lessee until thirty (30) days after Lessee shall have been furnished by U.S. mail, at Lessee's principal place of business, with a certified copy of recorded instrument or instruments satisfactory to the Lessee, evidencing same. In the event of the death of any person entitled to any sum hereunder, Lessee may pay or tender the same to the credit of the deceased or the estate of the deceased until such time Lessee is furnished with proper evidence of the appointment and qualification of an executor or administrator of the estate or, if there be none, evidence satisfactory as to the heirs or devisees of the deceased and that all debts of the estate have been paid. If at any time two or more parties are entitled to or adversely claim any sum payable hereunder, or any part thereof, Lessee may pay or tender the same either jointly to such parties or separately to each in accordance with his respective ownership thereof. If six or more parties become entitled to royalty hereunder, Lessee may withhold payment unless and until furnished with a recordable instrument executed by all parties designating an agent to receive payment for all. In the event of assignment of this lease as to a segregated portion of the leased premises, the delay rentals, and storage rentals payable hereunder shall be apportionable as between the several leasehold owners ratably according to the surface area of each, and the failure to pay delay rentals, shut-in rentals, or storage rentals on the one segregated portion of the leased premises shall not affect the rights of the party holding the other segregated portion hereunder. In the event of assignment

hereof, in whole or in part, liability for breach of any obligation hereunder shall rest exclusively upon the owner of this lease or of a portion thereof who commits such breach.

12. **Release of Lease.** Lessee, at any time, and from time to time, may surrender this lease as to all or any part or parts of leased premises by tendering an appropriate instrument of surrender to the Lessor or filing for a record a release or releases of this lease as to any part or all of said land, and thereupon, this lease, and the rights and obligations of the parties hereunder, shall terminate as to the part or parts so surrendered. Upon each such surrender as to any part or parts of the leased premises the rental and all other payments specified herein shall be proportionately reduced on an acreage basis, and Lessee shall maintain such rights to the surrendered portion as may be appropriate to its enjoyment of the portion not surrendered. Lessee shall have the right at any time during or after the expiration of this lease to remove all machinery, fixtures, buildings, or other structures placed on said premises by Lessee, including the right to pull and remove all casing.

13. **Adverse Claims.** In case of notice of, or an adverse claim to the premises, affecting all or any part of the shut-in rentals, delay rentals, storage rentals or royalties, Lessee may withhold payment or delivery of the same until their ownership is determined by compromise, or by final decree of a court of competent jurisdiction, and to this end Lessee may file a petition for interpleader.

14. **Surface Use.** No well shall be drilled nearer than two hundred (200) feet of any house or barn now on said premises without written consent of Lessor. Lessee shall pay for damages caused by Lessee's operations to growing crops on said land. When requested by Lessor, prior to the laying of any such pipeline, Lessee shall bury Lessee's pipeline below plow depth..

15. ~~**Storage.** Lessee shall have the exclusive right to use any stratum or strata underlying the premises for the storage of gas or liquids and may, for such purpose, reopen and restore to operation any and all abandoned wells on the premises and may drill new wells thereon for the purpose of injecting and storing gas or liquids in such stratum or strata and withdrawing such gas or liquids therefrom. If Lessee intends to use the premises for such purpose, or determines that it is so using the premises, Lessee may deliver to Lessor or have recorded in the county or counties in which this lease is recorded a declaration that the premises are being used, or from a specified date will be used, for gas or liquid storage, and thereafter Lessee shall have the exclusive right to use the premises for such gas or liquid storage until such time as Lessee may deliver to Lessor or have recorded in such county or counties a surrender of the right granted to Lessee by this paragraph or until Lessee shall intentionally abandon the right to use the premises for such storage. During the period or periods that Lessee shall utilize the premises for storage of gas or liquids, the royalties herein provided to be paid to Lessor shall cease and become payable only as such gas and liquids shall have been taken from such premises by Lessee over and above the amount thereof which Lessee theretofore shall have been stored in such stratum or strata. For and during the period or periods that Lessee uses said premises for such storage, Lessee shall pay to Lessor a minimum rental of Two and 00/100 ($2.00) Dollars per acre per year on the number of acres covered by this lease, such payment to be made not later than sixty (60) days from and after the end of each twelve (12) month period during which the premises are utilized for storage. Lessee is expressly granted the right to use so much of the surface of the premises as is reasonably necessary in the exercise of the rights granted to Lessee by this paragraph. The rights granted to Lessee by this paragraph shall continue in force for the period of time hereinabove specified, but this lease, insofar as it grants to Lessee the right to prospect and explore for, and produce oil and gas from stratum or strata other than those employed in such storage, shall not be continued in force solely by the storage of gas or liquids as provided in this paragraph.~~

16. **Regulations and Delays.** Lessee's obligations under this lease, whether expressed or implied, shall be subject to all applicable laws, rules, regulations, and orders of any governmental authority having jurisdiction, including restrictions on the drilling and production of wells, and the price of oil, gas, and other substances hereby. When drilling, reworking, production or other operations are prevented or delayed by such laws, rules, regulations or orders, or by inability to obtain necessary permits, equipment, services, material, water, electricity, fuel, access or easements, or by fire, flood, adverse weather conditions, war, sabotage, rebellion, insurrection, riot, strike, or labor disputes, or by inability to obtain a satisfactory market for production or failure of purchasers or carriers to take or transport such production, or by any other cause not reasonably within Lessee's control, this lease shall not terminate because of such prevention or delay, and shall be maintained in force and effect for so long as prevention or delay continues, and for ninety (90) days thereafter, or so long as this lease is maintained in force by some other provisions thereof, whichever is the later date. Lessee shall not be liable for breach of any express or implied covenants of this lease when drilling, production, or other operations are so prevented, delayed, or interrupted.

Lessor grants Lessee the authority to request any waivers, special permits, special orders as to drilling unit requirements and/or other requirements, as well as the authority to compromise or settle any disputes with governmental agencies relating to this lease and/or production thereon and waives any notice to Lessor thereof.

17. **Entire Agreement; Further Assurances.** It is mutually agreed that this instrument contains and expresses all of the agreements and understandings of the parties in regard to the subject matter hereof, and supersedes all prior discussions and negotiations of the parties hereto. No implied covenant, agreement or obligation shall read into this agreement or imposed upon the parties or either of them. Lessor agrees to execute such additional documents as may be determined by Lessee to be necessary and/or convenient to perfect Lessee's title to the oil and gas or any interest which is the subject of this lease and such documents relating to the sale of production as may be required by Lessee and/or others, including, but not limited to, division orders, transfer orders, affidavits, notices, ratifications, instruments regarding dormant mineral interests, requests for subordination, and any and all other such instruments.

* EXHIBIT "A"

This Exhibit "A" is attached to and made part of that certain Oil and Gas Lease dated _July 2nd_ 2011, by and between Brian Christopher Eaton and Cynthia K. Eaton, Husband and Wife, as Lessor, and Marquette Exploration LLC, as Lessee.

Description of lands covered by lease:

| Parcel No. | Acres | County | Township | Sec., T, R | Deed |
|---|---|---|---|---|---|
| 51-00135.000** | 54.08 | Belmont | Wheeling | S-2 T-9 R-5 | 657/696 |

**That certain tract of land being Tax Parcel 51-00135.000, covering 56.15 acres, more or less, located in Section 2 of Township 9 North, Range 5 West, Wheeling Township, Belmont County, Ohio, LESS AND EXCEPT 2.07 acres in the Southwest Quarter of Section 2 that makes up part of Tax Parcel 51-00135.000, and is described in that certain Limited Warranty Deed dated September 8, 1988, from Consolidation Coal Company to Madelon Barricklow (Widow) and recorded in Volume 654, at Page 561, of the Deed of Records of Belmont County, Ohio, and as also described in that certain Warranty Deed dated September 7, 1989, from Madelon R. Barricklow to Brian Christopher Eaton, recorded in Deed Book 657, Page 696, of the Deed of Records of Belmont County, Ohio.

# ADDENDUM

Attached to and made a part of that certain Oil and Gas Lease dated ___ day of ___ 2011, by and between Brian Christopher Eaton and Cynthia K. Eaton, his wife, as Lessor(s), and Marquette Exploration, LLC, as Lessee, to wit:

In the event of a conflict between the terms of this Addendum and the terms of the printed form to which it is attached, the terms of this Addendum shall control.

Lessor hereby warrants that Lessor is not currently receiving any bonus, rental, production royalty as the result of any prior oil and gas lease covering any or all of the subject premises, and that there are no commercially producing wells currently existing on the subject premises, or upon other lands within the boundaries of a drilling or production unit utilizing all or a part of the subject premises.

1.  The location of wells, roads, tanks, pipelines and other appurtenant facilities, if any, shall be mutually agreed upon by Lessor and Lessee. Lessor's consent to any such locations shall not be unreasonably withheld.

## PRODUCTION

### Commencement of Operations
Commencement of operations shall be defined as Lessee having secured a drilling permit from the State of Ohio regulatory authorities and further entering upon the herein described premises or lands pooled therewith with equipment necessary to build any access road(s) for drilling of a well subsequently followed within a reasonable time by a drilling rig for the spudding of the well to be drilled.

### Shut-In
It is understood and agreed that this lease may not be maintained in force for a continuous period of time longer than thirty-six (36) consecutive months, or sixty (60) cumulative months after the expiration of the primary term hereof solely by the provision of the shut-in royalty clause. The shut-in status of any well shall permit only so long as it is necessary to correct, through the exercise of good faith and due diligence, the condition giving the rise to the shut-in of the well.

### Limitation on Pooled Unit
If a well drilled is classified as a horizontal oil or gas well drilled to any geologic formation whether oil or gas, then the maximum size of the pooled production unit shall not exceed 640 contiguous acres, except said production unit may exceed 640 contiguous acres, but in no event larger than 1,280 contiguous acres, if the lateral extent of horizontal wellbore in said formation extend beyond the boundary of a 640 contiguous acre unit, and/or in the event that a reasonably prudent operator would expect that the entire acreage within such larger unit will be effectively and efficiently developed and drained from a central pad site location.

### Pugh Clause
If, at the end of five (5) years after the primary term of this lease, a part but not all of the leased premises on a surface acreage basis, is not included within a unit or units in accordance with the other provisions hereof, this lease shall terminate as to such part or parts, of the lands lying outside such unit or units, unless this lease is perpetuated as to such land outside such unit or units by operations conducted thereon or by the production of oil, gas or other minerals, or by such operations and such production in accordance with the provisions hereof. In the event of such termination, Lessee shall furnish Lessor with a recordable release covering and describing (i) such lands so terminated from the lease as provided in this paragraph, if any, and/or (ii) those rights covered by the lease located 100 feet below the base of the deepest producing formation with respect any well drilled on the leased premises or lands pooled therewith.

## ROYALTY

### Market Enhancement Clause
It is agreed between the Lessor and Lessee that, notwithstanding any language herein to the contrary, all oil, gas or other proceeds accruing to the Lessor under this lease or by state law shall be without deduction, directly or indirectly, for the cost of producing, gathering, storing, separating, treating, dehydrating, compressing, processing, transporting, and marketing the oil, gas and other products produced hereunder to transform the product into marketable form; however, any such costs which result in enhancing the value of the marketable oil, gas or other products to receive a better price may be deducted from Lessor's share of production so long as they are based on Lessee's actual cost of such enhancements. However, in no event shall Lessor receive a price that is less than, or more than, the price received by Lessee.

## USE OF PROPERTY

### Surface Damage Clause
Provided that Lessor is the current surface owner of the affected lands at the time of Lessee's surface operations, Lessee agrees to pay Lessor, as a supplemental surface damage payment, the sum of (i) Two Thousand and no/100 Dollars ($2,000.00) per acre (including any fraction thereof), or (ii) Five Thousand and no/100 Dollars ($5,000.00), whichever is the greater, for each pad site built on the herein described leased premises. In the event multiple wellbores are drilled from a common pad site, then such site shall be deemed to be a single pad site for the purposes of this paragraph.

### Surface Restoration Clause
It is agreed and understood that the Lessee shall repair and restore the surface of said premises as nearly as practicable, as a result of the Lessee's operations, to the condition in which said land existed at the time of the commencement of drilling operations upon above described land. This work shall be completed within a reasonable amount of time after all cessation of the drilling and completion operations upon the said lands. This work shall be done at the sole expense of the Lessee.

1

**Pipeline No Foreign Gas**
Any pipelines constructed pursuant to the terms of this lease shall be for transporting oil and/or gas from a well(s) drilled on the leased premises or lands pooled therewith unless the prior written consent of Lessor is obtained.

**Pipeline — Plow Depth**
When requested in writing by Lessor prior to the laying of pipeline, Lessee shall bury the pipeline a minimum depth of 36 inches below ground level, where possible.

**No Foreign Compression**
It is agreed and understood compression facilities not related to the movement of gas from a well(s) drilled on the leased premises or lands pooled therewith will not be located on the leased premises unless written consent is provided by the Lessor.

**Fence Clause**
Upon Lessor's written request, Lessee shall at its sole cost, expense, and design install fencing for the protection of livestock around any well site(s), tank battery (ies) or facility (ies) installed on the leased premises by Lessee provided that Lessor is the current surface owner of the affected lands at the time of Lessee's surface operations.

**Gate Clause**
Upon the written request of Lessor, Lessee shall install at its sole cost and expense a gate at the entrance of any road constructed by Lessee on the leased premises provided that Lessor is the current surface owner of the affected lands at the time of Lessee's surface operations.

**Timber Clause**
Lessee and Lessor agree that prior to the removal of any and all marketable timber resulting from Lessee's operations under the terms of this lease, an appraisal shall be constructed by a qualified third party forester and Lessee shall pay Lessor the said appraisal value prior to harvesting. In the event agreement is not reached as to value, each party shall select an appraiser and the two appraisers shall select a third- party neutral appraiser who shall determine the value of the timber which will be paid by Lessee to Lessor prior to harvesting.

**Location Approval**
Location of any well, access roads, pipelines routes, tank batteries, compressor, or other facilities shall be approved by Lessor or one of their representatives in writing prior to location thereof. Such approval shall not be unreasonably withheld, conditioned, or delayed. Upon receipt of Lessee's written site-location, approval request, Lessor shall have seven (7) days from the date of said correspondence to approve in writing or to advise Lessee in writing of Lessor's disapproval of a specific location(s) associated with Lessee's site plan and to provide Lessee with an alternate location(s) that is deemed to be reasonable, economically feasible (as determined by Lessee), fits within Lessee's existing development pattern and spacing, and at a legal location pursuant to all applicable rules and regulations. Lessor's failure to notify Lessee of written approval of said site plan or to provide Lessee with written objection and an alternate location(s) within seven (7) days shall constitute Lessor's approval of the proposed site location.

WATER

**Water Quality**
Lessee shall have Lessor's current household water supply sampled and tested prior to spudding of any well drilled within 600 feet thereof. Should Lessor experience a material adverse change in the quality of Lessor's water supply, during or immediately after the completion of Lessee's drilling operations, Lessee shall, within 48 hours of Lessor's written request, sample and test such Lessor's water supply at Lessee's expense. Should such a test reflect a material adverse change as the result of Lessee's drilling operations, Lessee agrees to provide Lessor with potable water until such a time as Lessor's water source has been repaired or replaced with a source of substantially similar quality.

**No Water Usage**
Lessee is not granted any right whatsoever to use any water located on the leased premises for its operations, including, but not limited to wells, ponds, streams, and creeks, unless Lessor should give written consent to do so.

**Fresh Water Damage Protection**
In the event any activity carried on by the Lessee pursuant to the terms of this lease is proven to damage; disturb, or injure Lessor's fresh water well or source located on the leased premises, Lessee shall at its sole cost and expense take all necessary steps to correct any such damage, disturbance or injury.

MISCELLANEOUS

**Compliance Clause**
Lessee's operations on said land shall be in compliance with all applicable federal and state regulations.

**No Storage Rights Clause**
Notwithstanding anything herein contained to the contrary, Lessee agrees the herein described leased premises shall not be used for the purpose of gas storage as defined by the Federal Energy Regulatory Commission. Any reference to gas storage contained in this lease is hereby deleted. If Lessor wishes to enter into an agreement regarding gas storage using the leased premises with a third party, Lessor shall first give Lessee written notice of the identity of this third party, the price or the consideration for which the third party is prepared to offer, the effective date and closing date of the transaction and any other information respecting the transaction which Lessee believes would be material to the exercise of the offering. Lessor does hereby grant Lessee the first option and right to purchase the gas storage rights by matching and tendering to the Lessor any third party's offering within 30 days of receipt of notice from Lessor.

**Oil & Gas Only**
This lease shall be deemed to cover only oil and gas and associated hydrocarbons produced through the wellbore.

2

**Hold Harmless Clause**
Lessee agrees it will protect and save and keep Lessor harmless and indemnified against and from any penalty or damage or charges imposed for any violation of any laws or ordinances, whether occasioned by the neglect of Lessee or those holding under Lessee, and Lessee will at all times protect, indemnify and save and keep harmless the Lessor against and from any and all loss, damage or expense, including any injury to any person or property whomsoever or whatsoever arising out of or caused by any negligence of the Lessee or those holding under Lessee. In the event Lessee elects to conduct any drilling operations upon the leased premises, then upon written request, Lessor shall be named as an additional insured on Lessee's liability insurance policy, and shall provide Lessor with proof of such coverage prior to commencement of such operations.

**Venue and Choice of Law**
The venue for all actions and proceedings arising from this Lease shall be in the county in which the real property is located. The law of the state in which the real property is located shall apply.

**Ad Valorem Taxes Clause**
With respect to production obtained from the leased premises, Lessee shall be responsible for paying any ad valorem taxes that it may be assessed attributable to its interest by any governmental entity or municipality, and Lessor shall be responsible for paying any ad valorem taxes that it may be assessed attributable to its interest by any governmental entity or municipality.

**Special Warranty Title**
It is understood that Lessor warrants title to said property only with respect that the title is good to the best of Lessor's knowledge and Lessee agrees that no claims will be made against Lessor pertaining to warranty of title.

**Audit Clause**
Lessee further grants to Lessor the right annually to examine, audit, or inspect books, records, and accounts of Lessee pertinent to the purpose of verifying the accuracy of the reports and statements furnished to Lessor, and for checking the amount of payments lawfully due the Lessor under the terms of this agreement. In exercising this right, Lessor shall give reasonable notice to Lessee of its intended audit and such audit shall be conducted during normal business hours at the office of Lessee. Such examination and audit shall be at the sole cost and expense of Lessor.

**Clean and Green Clause**
Lessee agrees that if and when any penalty, rollback or recapture of tax abatements created or imposed under any governmental program such as, but not limited to CREP, CRP and Clean and Green that is levied on
Lessor solely as a result of Lessee's operations on leased premises, Lessee will reimburse Lessor upon written request and copy of the penalty notice.

**Release of Lease**
Upon written request by Lessor after termination, expiration, or surrender of this lease in whole or in part, Lessee shall provide Lessor with a copy of an appropriate release of lease.

**Memorandum to be Filed**
Lessor agrees that a Memorandum may be, filed by Lessee, at Lessee's expense, in place of this Oil and Gas Lease, and attached exhibits. Lessee shall provide Lessor with a photocopy of the fully executed Lease, all Exhibits, and Memorandum as soon as possible after such time as this Lease has been accepted by Lessee and Memorandum recorded


Brian Christopher Eaton

Cynthia K. Eaton

3

PAID- UP ORDER OF PAYMENT AND
BONUS AGREEMENT

This Agreement (hereinafter the "Agreement") is supplementary to that certain Oil and Gas Lease (hereinafter the "Lease") dated
_July 26 7h_____, 2011 by and between Brian Christopher Eaton and Cynthia K. Eaton, Husband and Wife, as Lessor,
and Marquette Exploration, LLC, a Delaware Limited Liability Company, 2802 Timberloch Pl., Suite 440, The Woodlands,
TX 77380, as Lessee, covering 56.15 Gross Acres / 54.08 Net Acres located in Section(s) 2,  T 9 N, R 5 W, Wheeling Township,
Belmont County, Ohio, and is being executed contemporaneously with the Lease.

Lessor and Lessee, for the consideration as set forth in the Lease and other valuable consideration agree as follows:

All money due under the Lease and this Agreement shall be paid or tendered to the Lessor by check made payable to the order of and
mailed or otherwise delivered to:

Payee:        Brian Christopher Eaton and Cynthia K. Eaton (Husband and Wife)
Address:      203 Maple Street, Belpre, OH 45714

Payee Social Security Number: _BE 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   CE 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_

Except and subject to the provisions contained in Paragraph 11 of the Lease, the Payee named above shall continue as Lessor's agent
to receive any and/or all sums payable under the Lease and this Agreement regardless of changes in ownership.

Lessee shall have 60 days from the date of its receipt of the original of the Lease and this Agreement to review the terms and
conditions of the Lease and this Agreement and make a preliminary determination as to the interest and title of Lessor in the property
being leased, and approve the same in Lessee's sole discretion. On approval of the Lease and this Agreement and title confirmation,
Marquette Exploration, LLC, or its agent or designee, will make payment during such 60 day period to Payee in an amount equal to
$3,000.00 per Net Mineral Acre (as later defined herein), based upon the preliminary determination as to the interest and title of
Lessor made by Lessee, which is estimated as of the time of this Agreement to be $ _162,240.00_ (_53,000.00_ x _54.08_ acres). The
Lease being a "paid-up" lease, the forging payment shall be the full consideration due from the Lessee during the primary term of the
Lease, and no other delay rental or shut-in rental payments, operations, or production, shall be required during the primary term of the
Lease to maintain the Lease in full force and effect.

For purposes of the Lease and this Agreement, one "Net Mineral Acre" shall be equal to the full oil & gas mineral interest in one acre
of land. Except as otherwise provided in the Lease, the payment set forth above shall be deemed full and complete consideration for
this Lease, including consideration for the initial bonus consideration and delay rentals for the initial five (5) year primary term. Such
payment shall relieve Lessee of any obligation to commence drilling operations or pay delay rentals during the initial primary term of
the Lease.   No default may be claimed by Payee during said 60 day period.

In the event Lessee, based upon its preliminary determination as to the interest and title of Lessor, determines the Net Mineral Acres
owned by Lessor to be more or less than that interest stipulated in the Lease and this Agreement, Lessee shall notify Lessor of such
determination at the time of or before the tendering of the above referenced payment, and thereafter all payments due under the Lease
and this Agreement shall be based upon the Net Mineral Acres as determined above. Provided, however, that notwithstanding the use
of Net Mineral Acres for the calculation of payments, the Lease shall cover the entire interest and property as described in the Lease,
including any interest therein which Lessor may hereafter acquire.

In the event operations for drilling are not commenced on the leased premises, or on acreage pooled therewith, during the initial five
(5) year primary term of the Paid-Up Lease and this Agreement, and Lessee elects to exercise its option as provided for in the Lease to
extend the primary term for an additional term of five (5) years from the expiration of the initial primary term of the Lease, it shall
pay or tender to the Lessor or to the Lessor's credit, the amount of Three Thousand and no/100 ($3,000.00) Dollars per Net Mineral
Acre, which shall be in full consideration of such election and shall also constitute all payments of the extended primary term,
including consideration for the bonus and all delay rentals during the five (5) year extended primary term. Drilling operations shall be
deemed to commence when the first work, other than surveying or staking the location, is done thereon which is necessary for such
operations.

Completed by:  Stephen F. Coughlin

Lessor's signature:  _Brian Christopher Eaton_
                     Brian Christopher Eaton

Lessor's signature:  _Cynthia K. Eaton_
                     Cynthia K. Eaton

Approved by:

MEMORANDUM OF OIL AND GAS LEASE
FOR RECORDING
(Eaton—Marquette)

"Belmont County, Ohio"


THIS MEMORANDUM OF LEASE FOR RECORDING ("Memorandum") made and
entered into by and between:

Brian Christopher Eaton and Cynthia K. Eaton, husband and wife,
hereinafter called "Lessor"
whose address is 203 Maple Street, Belpre, OH 45714

and

Marquette Exploration, LLC, a Delaware limited liability company
hereafter called "Lessee"
whose address is 2002 Timberloch Place, Suite 440, The Woodlands, TX 77380


WITNESS That:

1)    The parties hereto are parties to a Lease dated effective the 28th day of July, 2011.

2)    This Memorandum is entered into by the parties under favor of Ohio Revised Code Section 5301.251.

3)    The names and addresses of the parties as set forth in the Lease are the same as those set forth in the first full paragraph of this Memorandum.

4)    The premises so leased:

        56.15 Gross Acres / 54.08 Net Acres, more or less, situated in Wheeling
        Township, Belmont County,
        Ohio, as more specifically identified on Exhibit "A" attached hereto
        (hereinafter called the "Leased Premises").

5)    The term of the Lease is for a term of five (5) years from and after the Effective Date thereof ("Primary Term") and so long thereafter as oil or gas is produced from acreage included within a production and/or a pooled unit located on or partially on the Leased Premises by the Lessee, its successors and assigns, or operations are being conducted thereon by the Lessee in search for oil and/or gas. Lessee shall have the option to extend the Primary Term of this Lease as to all or any part of the acreage not included within a production and/or pooled unit at the expiration of the original Primary Term for an additional term of five (5) years(s) from the expiration of the Primary Term. Lessee shall have the right to surrender this Lease or any portion thereof by written notice to the Lessor describing the portion which it elects to surrender, or by returning the Lease to the Lessor with the endorsement of surrender thereof, or by recording the surrender or partial surrender of this Lease, any of which shall be full and legal surrender of this Lease as to all of the Leased Premises indicated on said surrender. At the expiration of the Primary Term or any extension thereof and at all times thereafter when wells cease to produce in paying quantities and are plugged and abandoned and there is no continuous drilling, this Lease shall terminate as to any undeveloped portion of the Leased Premises.

18. **Breach or Default.** In the event Lessor considers that Lessee has not complied with its express or implied obligations hereunder, Lessor shall notify Lessee in writing of the facts relied upon as constituting a breach of said obligation. Lessee shall then have sixty (60) days after receipt of said notice within which to meet or commence to meet all or any part of the breaches alleged by Lessor. The service of said notice shall be precedent to the bringing of any action by Lessor for any cause hereunder, and no such action shall be brought until the lapse of sixty (60) days after service of such notice on Lessee. Neither the service of said notice nor the doing of any acts by the Lessee aimed to meet all or any of the alleged breaches shall be deemed an admission or presumption that Lessee has failed to perform all of its obligations hereunder. It is provided, however, that after production of oil or gas has been obtained from the land covered hereby or land pooled therewith (or with any part thereof) this lease shall not be subject to forfeiture or loss, either in whole or part, for failure to comply with the express or implied obligations of this contract, except after final judicial ascertainment of such failure and after Lessee has been given a period of sixty (60) days after such final ascertainment to prevent such loss or forfeiture by complying with and discharging the obligations as to which Lessee has been judicially determined to be in default.

19. **Execution.** Should any one or more of the parties named herein as Lessor fail to execute this lease, it shall nevertheless be binding on the party or parties who execute the same, and additional parties may execute this lease as Lessor, and this lease shall be binding on each party executing the same notwithstanding that such party is not named herein as Lessor; and all of the provisions of this lease shall inure to the benefit of and be binding on the parties hereto and their respective heirs, legal representatives, successors, and assigns.

20. See Addendum attached hereto and made a part hereof.

IN WITNESS WHEREOF, this instrument is executed as of the first date above written.

_____
Brian Christopher Eaton

_____
Cynthia K. Eaton

## ACKNOWLEDGEMENT

State of _____Ohio_____

County of _____Washington_____

On _____July 26_____, 2011, before me, a Notary Public in and for said County, personally appeared the said Brian Christopher Eaton and Cynthia K. Eaton, Husband and Wife, who acknowledged that they did sign the foregoing instrument and that it is their free act and deed.

Signature / Notary Public _____Alisha B. Carmichael_____

Printed Name of Notary Public _____Alisha B. Carmichael_____

My commission expires: _____1, May 2013_____

Official Seal
Notary Public
State of Ohio
Alisha B. Carmichael
803 & 691 Washington Blvd.
Belpre, Ohio 45714-0639
My comm. exp. on May 1, 2012

Prepared by, and after recording, please return original instrument to: Marquette Exploration, LLC, 2802 Timberloch Place, Suite 440, The Woodlands, Texas 77380.

\* EXHIBIT "A"

This Exhibit "A" is attached to and made part of that certain Oil and Gas Lease dated _July 26th_ 2011, by and between Brian Christopher Eaton and Cynthia K. Eaton, Husband and Wife, as Lessor, and Marquette Exploration LLC, as Lessee.

Description of lands covered by lease:

| Parcel No. | Acres | County | Township | Sec., T, R | Deed |
|---|---|---|---|---|---|
| 51-00135.000** | 54.08 | Belmont | Wheeling | S-2 T-9 R-5 | 657/696 |

**That certain tract of land being Tax Parcel 51-00135.000, covering 56.15 acres, more or less, located in Section 2 of Township 9 North, Range 5 West, Wheeling Township, Belmont County, Ohio, LESS AND EXCEPT 2.07 acres in the Southwest Quarter of Section 2 that makes up part of Tax Parcel 51-00135.000, and is described in that certain Limited Warranty Deed dated September 8, 1988, from Consolidation Coal Company to Madelon Barricklow (Widow) and recorded in Volume 654, at Page 561, of the Deed of Records of Belmont County, Ohio, and as also described in that certain Warranty Deed dated September 7, 1989, from Madelon R. Barricklow to Brian Christopher Eaton, recorded in Deed Book 657, Page 696, of the Deed of Records of Belmont County, Ohio.


EXHIBIT

2

# In gas drilling country, landowners feel duped over royalty payments

Landowners bitterly dispute the sums that some drillers have been taking from royalty check already diminished a collapse in prices.

September 26, 2016 3:45 PM





(http://www.post-gazette.com/image/2016/09/26/Gas-Drilling-Royalty-2.jpg)

Michael Rubinkam/Associated Press

Jan Brown looks over a royalty statement at his home in Wyalusing, Pa. Mr. Brown and other landowners with natural gas wells contend that gas companies are ripping them off by taking improper deductions from their royalty checks. The drilling industry says the deductions are proper.

## By Michael Rubinkam / Associated Press

WYALUSING, Pa. — Jan Brown pores over his royalty statement and wonders where all the money went.

A few months ago, the nation's second-largest natural gas producer siphoned $2,201 worth of gas from his 240-acre property — but paid him only $359 after taking deductions for transportation and processing.

Mr. Brown, 59, who relies on the royalties as his sole source of income, says the deductions are outrageous and claims his lease forbids them. He feels cheated and duped.

In Pennsylvania and other leading gas-producing states, a battle royal has developed over royalties, with landowners bitterly disputing the sums that some drillers have been taking from royalty checks already severely diminished by a collapse in prices.

Chesapeake Energy Corp. alone is facing royalty lawsuits in Texas, Ohio, Louisiana, Oklahoma, Arkansas and Pennsylvania — including one filed by the Pennsylvania attorney general — and says it has received subpoenas from the U.S. Department of Justice, the U.S. Postal Service and states over its royalty practices.

The deductions' impact is especially acute in Pennsylvania, where gas extracted from the Marcellus Shale, the nation's largest natural gas field, has been selling at a steeper discount than anywhere else in the country. Some landowners have seen their royalty checks dwindle to nothing at all, despite a 1979 state law that mandates a landowner royalty of at least 12.5 percent of the value of the gas. In rare cases, landowners have even gotten statements with negative balances.

"This is robbery," declared Bradford County Commissioner Doug McLinko, an ardent supporter of gas drilling who has nevertheless found himself at war with the industry. "People up here are fighting mad."

Energy companies have sunk more than 1,000 wells in Mr. McLinko's rural county since 2009. In the early years of the fracking boom, royalties could amount to tens of thousands of dollars per month. The money helped save many family farms.

Then prices tumbled, the wells began producing less gas as they aged and residents began taking a closer look at their drastically shrunken checks. Many of them didn't like what they saw: huge deductions for the cost of getting the gas from well to market.

Charlene and John Tewksbury, who own a dairy farm, said that for every $1.20 their gas fetched this year, Chesapeake has been taking about $1.15 in deductions. They figure the deductions have totaled $277,000 since their wells began producing gas in 2011 — cash they want back.

"It's a lot of money. It could have done something in this state, but, instead, Chesapeake kept it," Charlene Tewksbury said.

Chesapeake did not answer questions from The Associated Press about its practice of taking deductions, but said in a statement it has been working with the Pennsylvania attorney general's office and class-action plaintiffs on a "global resolution" of the royalty dispute. A mediation session is scheduled for Oct. 25.

The disagreement centers on how the gas should be valued for royalty purposes.

Landowners contend they're entitled to 12.5 percent of whatever the gas sells for, citing the state's minimum royalty law and the gas companies' own sales pitches that induced landowners to sign drilling leases. Drillers say the royalty is properly calculated based on the market price, less post-production deductions for transportation and processing, a method permitted in most states.

In 2010, the state Supreme Court sided with the gas companies — but also noted that state lawmakers are "best suited" to deciding how the royalties should be paid.

Lawmakers have scheduled a procedural vote Tuesday on a bill in the state House that would prevent deductions from reducing landowner royalties to below the 12.5 percent state minimum. The gas industry has been lobbying against it, asserting it would unconstitutionally interfere with tens of thousands of existing private contracts. Any contractual disputes should be decided in the courts, not through legislation, the drillers argue.

"We understand and share the frustration being voiced by some mineral owners," Marcellus Shale Coalition spokeswoman Erica Clayton Wright said in a statement, but added that landowners and drillers both "share in the success and challenges that the market brings."

With deductions now reducing landowners' royalty payments by 80 or 90 percent — or more — the issue has reached a boil.

Mr. Brown, the landowner, produced a statement showing that Oklahoma City-based Chesapeake paid an effective royalty rate of just 2 percent — while another company that owns a portion of his lease, Statoil, took no deductions at all and gave him the full 12.5 percent.

He said he recently called Chesapeake and told them to take his wells offline.

"I'm not against the gas companies. I just want them to treat us fair," Mr. Brown said. "They made a promise; I expect them to live up to the promise."

Get unlimited digital access - web, mobile, tablet, apps and more. (https://my.post-gazette.com/purchase)

## What do you think?

Compared to other cities, do you think Pittsburgh International Airport is too far away from the downtown area?



EXHIBIT

3

ASCENT RESOURCES - UTICA, LLC
PO BOX 13678
OKLAHOMA CITY, OK 73113
(405) 252-7600

CHECK NO.:
CHECK DATE:
OWNER:

Page 1 of 1

| Legend | | | |
|---|---|---|---|
| **Product Codes (PC)** | **Interest Type** | **Tax Type Codes** | **Deduct Codes (Ded Cd)** |
| 1 – Oil (bbl) | WI – Working Interest | SV – Severance Tax | MP – Marginal Production Tax | 01 – Compression | 15 – JIB Netting |
| 2 – Gas (mcf) | RI – Royalty Interest | OF – Oil and Gas Fee | PE – Petroleum Excise Tax | 03 – Processing | 16 – Unutilized Capacity |
| 3 – Condensate (bbl) | OR – Overriding Royalty | AV – Ad Valorem | PR – Gross Production Tax | 04 – Trading | 17 – Gathering Compression |
| 4 – Plant Products (gal) | | CN – Conservation Tax | PV – Privilege Tax | 05 – Transportation | 18 – Gathering Compression Fuel |
| D – Drip Condensate (bbl) | | EN – Environmental Tax | RF – Energy Resource Revolving Fund | 07 – Fuel | 19 – Transportation Compression |
| | | ES – Emergency School Tax | RG – Pipeline Tax | 08 – Marketing | 20 – Transportation Compression Fuel |
| **Disposition Codes (DC)** | | EX – Oil Extraction | RS – Oilfield Site Remediation | 09 – Other | 21 – Processing Fuel |
| | | FB – Federal Backup Withholding | UI – Unidentified Tax | 10 – Gathering | |
| 03 – Sales | 10 – Lease Use | OT – Other | FB – Environmental Tax | WH – State Withholding Tax | 14 – Property Expense |
| | | | GP – Gas Processing Tax | | |

| Property Number | Property Name | DC | PC | Net Revenue Interest | BTU Fact | Price $ | Prop Gross Volume | Gross Value $ | Sev. Tax $ | Tax Type Code | Deducts $ | Ded Cd | Net Value $ |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Sales Date Month/Year | County Name | ST | | Disbursement Decimal | Int. Type | GMI | Owner Volume | Owner Gross Value $ | Owner Sev. Tax $ | State Withholding | Owner Deducts $ | | Owner Net Value $ |
| 1340229455 | CAPSTONE HOLDINGS 3H-9 | 3 | 2 | 0.0370286400 | 1.09 | 1.25 | 98,100.42 | 152,069.80 | 555.36 | OF | 27,223.92 | 13 | 121,813.81 |
| 07/2014 | BELMONT | OH | | 0.0370286400 | RI | 1.0000 | 3,632.00 | 5,629.57 | 20.56 | | 1,007.88 | | 4,462.63 |
| 1340229455 | CAPSTONE HOLDINGS 3H-9 | 3 | 2 | 0.0370316400 | 1.09 | | 0.00 | | 2,776.81 | SV | | | |
| 07/2014 | BELMONT | OH | | 0.0370210000 | RI | | 0.00 | 0.00 | 302.80 | | | | |
| 1340229455 | CAPSTONE HOLDINGS 3H-9 | 3 | 2 | 0.0370286400 | 1.09 | | | | | | | | |
| 07/2014 | BELMONT | OH | | 0.0370210000 | RI | | 0.00 | | | | | | |
| ~~1340229455~~ | ~~CAPSTONE HOLDINGS 3H-9~~ | | | | | | | | | | | | |
| 1340229455 | CAPSTONE HOLDINGS 3H-9 | 3 | 2 | 0.0100452500 | 1.09 | | 263,261.88 | 390,710.45 | 1,423.47 | OF | 69,776.92 | 15 | 314,591.00 |
| 07/2014 | BELMONT | OH | | 0.0100450000 | RI | 1.0000 | 2,546.00 | 3,944.57 | 14.39 | | 790.94 | | 3,156.10 |
| 1340229455 | CAPSTONE HOLDINGS 3H-9 | 3 | 2 | 0.0100452500 | 1.09 | | 0.00 | | 7,117.36 | SV | | | |
| 07/2014 | BELMONT | OH | | 0.0100450000 | RI | | 0.00 | | 71.50 | | | | |
| 1340229455 | CAPSTONE HOLDINGS 3H-9 | 3 | 2 | 0.0100452500 | 1.09 | | 0.00 | | | | | | |
| 07/2014 | BELMONT | OH | | 0.0100450000 | RI | | 0.00 | | | | | | |
| ~~1340229455~~ | ~~CAPSTONE HOLDINGS 3H-9~~ | | | | | | | | | | | | |

Owner Number: 2008091

| | | Owner Total | 19,633.88 | 269.16 | 0.00 | 8,198.07 | | 13,126.63 |
|---|---|---|---|---|---|---|---|---|

ASCENT RESOURCES - UTICA, LLC
PO BOX 13678
OKLAHOMA CITY, OK 73113
(405) 252-7600

BANK OF OKLAHOMA
ONE WILLIAMS CENTER
TULSA, OK 74172
86-3/1039

CHECK NO.: 000005009
CHECK DATE: 09/30/2014
OWNER: 2008091-1

PAY TO THE
ORDER OF   BRIAN C & CYNTHIA K EATON JTWROS

THIRTEEN THOUSAND ONE HUNDRED TWENTY SIX DOLLARS AND SIXTY THREE CENTS****

$****13,126.63

BRIAN C & CYNTHIA K EATON JT
BELPRE, OH 45714-1135

**VOID**

ASCENT RESOURCES - UTICA, LLC
PO BOX 13678
OKLAHOMA CITY, OK 73113
(405) 252-7600

CHECK NO.: 000006073
CHECK DATE: 10/30/19
OWNER: 2008091-1

Page 1 of 1

| Legend | | | | |
|---|---|---|---|---|
| **Product Codes (PC)** | **Interest Type** | **Tax Type Codes** | | **Deduct Codes (Ded Cd)** |
| 1 - Oil (bbl) | WI - Working Interest | SV - Severance Tax | MP - Marginal Production Tax | 01 - Compression · 15 - JIB Netting |
| 2 - Gas (mcf) | RI - Royalty Interest | OF - Oil and Gas Fee | PE - Petroleum Excise Tax | 03 - Processing · 16 - Unutilized Capacity |
| 3 - Condensate (bbl) | OR - Overriding Royalty | AV - Ad Valorem | PR - Gross Production Tax | 04 - Treating · 17 - Gathering Compression |
| 4 - Plant Products (gal) | | CN - Conservation Tax | PV - Privilege Tax | 05 - Transportation · 18 - Gathering Compression Fuel |
| D - Drip Condensate (bbl) | | EN - Environmental Tax | RF - Energy Resource Revolving Fund | 07 - Fuel · 19 - Transportation Compression |
| | | ES - Emergency School Tax | RG - Pipeline Tax | 08 - Marketing · 20 - Transportation Compression Fuel |
| **Disposition Codes (DC)** | | EX - Oil Extraction | RS - Oilfield Site Restoration | 09 - Other · 21 - Processing Fuel |
| | | FB - Federal Backup Withholding | UI - Unitemized Tax | 10 - Gathering |
| 03 - Sales · 10 - Lease Use · OT - Other | | FE - Environmental Tax | WH - State Withholding Tax | 14 - Property Expense |
| | | OP - Gas Processor Tax | | |

| Property Number | Property Name | DC | PC | Net Revenue Interest | BTU Fact | Price $ | Prop Gross Volume | Gross Value $ | Sev. Tax $ | Tax Type Code | Deducts $ | Ded Cd | Net Value $ |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Sales Date Month/Yr | County Name | ST | | Disbursement Decimal | Int Type | GAS | Owner Volume | Owner Gross Value $ | Owner Sev. Tax $ | State Withholding | Owner Deducts $ | | Owner Net Value $ |
| 1340230455 | CAPSTONE HOLDINGS 2H-8 | 3 | 2 | 0.00370216400 | 1.07 | 2.31 | 76,678.51 | 183,449.89 | 433.55 | OF | 27,560.09 | 12 | 155,168.31 |
| 08/2014 | BELMONT | OH | | 0.00370216000 | RI | 1.00000 | 2,648.00 | 6,791.62 | 16.06 | | .891.89 | | 5,923.41 |
| 1340230455 | CAPSTONE HOLDINGS 2H-8 | 3 | 2 | 0.00370216400 | 1.07 | | 0.00 | | 2,157.74 | SV | | | |
| 08/2014 | BELMONT | OH | | 0.00370216000 | RI | | 0.00 | 0.00 | 80.28 | | | | |
| 1340230455 | CAPSTONE HOLDINGS 2H-8 | 3 | 2 | 0.00370216400 | 1.07 | | | | | | | | |
| 08/2014 | BELMONT | OH | | 0.00370216000 | RI | | 0.00 | 0.00 | | | | | |
| 1340230455 | CAPSTONE HOLDINGS 2H-8 | 3 | 2 | 0.00370216400 | | | | | | | | | |
| 08/2014 | BELMONT | OH | | | RI | | | | | | | | |
| 1340230455 | CAPSTONE HOLDINGS 3H-8 | 3 | 2 | 0.01004483600 | 1.07 | 2.31 | 214,445.71 | 511,782.74 | 1,207.73 | OF | 66,338.43 | 10 | 444,127.91 |
| 08/2014 | BELMONT | OH | | 0.01004483000 | RI | 1.00000 | 2,154.00 | 5,140.28 | 12.13 | | .506.72 | | 4,661.31 |
| 1340230455 | CAPSTONE HOLDINGS 3H-8 | 3 | 2 | 0.01004482500 | 1.07 | | 0.00 | | 6,038.67 | SV | | | |
| 08/2014 | BELMONT | OH | | 0.01004480000 | RI | | 0.00 | 0.00 | 55.65 | | | | |
| 1340230455 | CAPSTONE HOLDINGS 3H-8 | 3 | 2 | 0.01004483600 | 1.07 | | 0.00 | | | | | | |
| 08/2014 | BELMONT | OH | | .00100448000 | RI | | 0.00 | 0.00 | | | | | |
| | | | | | | | | | | | | | |

| Owner Number : 2008091 | | | | | | | | Owner Total | 18,473.51 | 168.11 | 0.00 | 5,046.74 | | 14,257.71 |

ASCENT RESOURCES - UTICA, LLC
PO BOX 13678
OKLAHOMA CITY, OK 73113
(405) 252-7600

BANK OF OKLAHOMA
ONE WILLIAMS CENTER
TULSA, OK 74172
88-3/1039

CHECK NO.: 000006073
CHECK DATE: 10/30/2014
OWNER: 2008091-1

PAY TO THE ORDER OF   BRIAN C & CYNTHIA K EATON JTWROS

$****14,257.71

FOURTEEN THOUSAND TWO HUNDRED FIFTY-SEVEN DOLLARS AND SEVENTY-ONE CENTS ********

**VOID**

BRIAN C & CYNTHIA K EATON
BELPRE, OH 45714-1135

ASCENT RESOURCES - UTICA, LLC
PO BOX 13678
OKLAHOMA CITY, OK 73113
(405) 252-7600

CHECK NO.: 000005073
CHECK DATE: 10/30/2014
OWNER: 2006091-1

Page 1 of 1

| Legend | | | |
|---|---|---|---|
| **Product Codes (PC)** | **Interest Type** | **Tax Type Codes** | **Deduct Codes (Ded Cd)** |
| 1 - Oil (bbl) | WI - Working Interest | SV - Severance Tax | MP - Marginal Production Tax | 01 - Compression | 15 - JIB Netting |
| 2 - Gas (mcf) | RI - Royalty Interest | OF - Oil and Gas Fee | PE - Petroleum Excise Tax | 03 - Processing | 16 - Unutilized Capacity |
| 3 - Condensate (bbl) | OR - Overriding Royalty | AV - Ad Valorem | PR - Gross Production Tax | 04 - Treating | 17 - Gathering Compression |
| 4 - Plant Products (gal) | | CN - Conservation Tax | PV - Privilege Tax | 05 - Transportation | 18 - Gathering Compression Fuel |
| D - Drip Condensate (bbl) | | EN - Environmental Tax | RF - Energy Resource Revolving Fund | 07 - Fuel | 19 - Transportation Compression |
| | | ES - Emergency School Tax | RG - Pipeline Tax | 08 - Marketing | 20 - Transportation Compression Fuel |
| **Disposition Codes (DC)** | | EX - Oil Extraction | RS - Oilfield Site Restoration | 09 - Other | 21 - Processing Fuel |
| 03 - Sales | 10 - Lease Use | OT - Other | FE - Federal Backup Withholding | Ut - Unidentified Tax | 10 - Gathering |
| | | FB - Environmental Tax | YeI - State Withholding Tax | 14 - Property Expense |
| | | GP - Gas Processor Tax |

| Property Number | Property Name | DC | PC | Net Revenue Interest | BTU Fact | Price $ | Prop Gross Volume | Gross Value $ | Sev. Tax $ | Tax Type Code | Deducts $ | Ded Cd | Net Value $ |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Sales Date/ Month/Year | Chysty Name | ST | | Disbursement Decimal | Int Type | GMI | Owner Volume | Owner Gross Value $ | Owner Sev. Tax $ | State Withhold'ts | Owner Deducts $ | .Cd | Owner Net Value $ |
| 1340235455 | CAPSTONE HOLDINGS 2H-9 | 3 | 2 | 0.0370216400 | 1.97 | 2.39 | 78,875.51 | 183,443.89 | 433.53 | OF | 21,680.09 | 40 | 159,185.51 |
| 08/2014 | BELMONT | | OH | 0.0370216000 | RI | 7.5000C | 2,840.00 | 6,791.02 | 18.06 | | 861.99 | | 5,893.41 |
| 1340235455 | CAPSTONE HOLDINGS 2H-9 | 3 | 2 | 0.0370215400 | 1.97 | | 0.00 | | 2,167.74 | SV | | | |
| 08/2014 | BELMONT | | OH | 0.0370215000 | RI | | 0.00 | 0.00 | 80.26 | | | | |
| 1340235455 | CAPSTONE HOLDINGS 2H-9 | 3 | 2 | 0.0370215400 | 1.97 | | 0.00 | | | | | | |
| 08/2014 | BELMONT | | OH | 0.0370215000 | RI | | 0.00 | | | | | | |
| 1340235455 | CAPSTONE HOLDINGS 2H-9 | 3 | 2 | 0.0370135600 | | | | 214,456.71 | | | | | |
| 08/2014 | BELMONT | | OH | 0.0370135000 | RI | | | | | | | | |
| 1340235455 | CAPSTONE HOLDINGS 2H-9 | 3 | 2 | 0.0100452500 | 1.97 | | 214,446.71 | 511,721.74 | 1,280.75 | OF | 60,238.43 | 40 | 444,422.91 |
| 08/2014 | BELMONT | | OH | 0.0100453000 | RI | -1.0000C | 2,154.00 | 5,148.28 | 13.33 | | 606.52 | | 4,463.27 |
| 1340235455 | CAPSTONE HOLDINGS 2H-9 | 3 | 2 | 0.0100452500 | 1.97 | | 0.00 | | 6,016.47 | SV | | | |
| 08/2014 | BELMONT | | OH | 0.0100453000 | RI | | 0.00 | | 53.66 | | | | |
| 1340235455 | CAPSTONE HOLDINGS 2H-9 | 3 | 2 | 0.0100452500 | 1.97 | | 0.00 | | 0.00 | | | | |
| 08/2014 | BELMONT | | OH | 0.0100453000 | RI | | 0.00 | | | | | | |
| 1340235455 | CAPSTONE HOLDINGS 2H-9 | 3 | 2 | 0.0100452500 | | | | | | | | | |
| 08/2014 | BELMONT | | OH | 0.0100453000 | RI | | | | | | | | |

| Owner Number: 2006091 | | | | | | | Owner Total | 19,473.68 | 163.11 | 0.00 | 5,846.74 | | 14,257.71 |

ASCENT RESOURCES - UTICA, LLC
PO BOX 13678
OKLAHOMA CITY, OK 73113
(405) 252-7600

BANK OF OKLAHOMA
ONE WILLIAMS CENTER
TULSA, OK 74172
86-3/1039

CHECK NO.: 000005073
CHECK DATE: 10/30/2014
OWNER: 2006091-1

PAY TO THE ORDER OF    BRIAN C & CYNTHIA K EATON JTWR'S

$******14,257.71

FOURTEEN THOUSAND TWO HUNDRED FIFTY-SEVEN DOLLARS AND SEVENTY-ONE CENTS********

BRIAN C & CYNTHIA K EATON J
BELPRE, OH 45714-1135

VOID

ASCENT RESOURCES - UTICA, LLC
PO BOX 13878
OKLAHOMA CITY, OK 73113
(405) 252-7600

CHECK NO.: 000005149
CHECK DATE: 11/25/2014
OWNER: 2008091-1

Page 1 of 2

| Legend | | | | |
|---|---|---|---|---|
| Product Codes (PC) | Interest Type | Tax Type Codes | | Deduct Codes (Ded Cd) |
| 1 - Oil (bbl) 2 - Gas (mcf) 3 - Condensate (bbl) 4 - Plant Products (gal) D - Drip Condensate (bbl) | WI - Working Interest RI - Royalty Interest OR - Overriding Royalty | SV - Severance Tax OF - Oil and Gas Fee AV - Ad Valorem CN - Conservation Tax EN - Environmental Tax ES - Emergency School Tax EX - Oil Extraction | NP - Marginal Production Tax PE - Petroleum Excise Tax PR - Gross Production Tax PV - Privilege Tax RF - Energy Resource Revolving Fund RG - Pipeline Tax RS - Oilfield Site Restoration | 01 - Compression 03 - Processing 04 - Treating 05 - Transportation 07 - Fuel 08 - Marketing 09 - Other 16 - JIB Netting 16 - Unutilized Capacity 17 - Gathering Compression 18 - Gathering Compression Fuel 19 - Transportation Compression 20 - Transportation Compression Fuel 21 - Processing Fuel |
| Disposition Codes (DC) | | FB - Federal Backup Withholding FE - Environmental Tax GP - Gas Processor Tax | LI - Unitemized Tax WH - State Withholding Tax | 10 - Gathering 14 - Property Expense |
| 03 - Sales | 10 - Lease Use OT - Other | | | |

| Property Number | Property Name | DC | PC | Net Release Interest | BTU Fact | Price $ | Gross Volume | Gross Value $ | Sev. Tax $ | Tax Type Code | Deducts $ | Ded Cd | Net Value $ |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Sales Date Month/Year | County Name | RT | | Disbursement Decimal | Inj Type | CMB | Owner Volume | Owner Gross Value $ | Owner Sev. Tax $ | | State Withholding | Owner Deducts $ | Owner Net Value $ |

Details follow this page.

---

ASCENT RESOURCES - UTICA, LLC
PO BOX 13878
OKLAHOMA CITY, OK 73113
(405) 252-7600

BANK OF OKLAHOMA
ONE WILLIAMS CENTER
TULSA, OK 74172
86-3/1039

CHECK NO.: 000005149
CHECK DATE: 11/25/2014
OWNER: 2008091-1

PAY TO THE ORDER OF BRIAN C & CYNTHIA K EATON JTWROS

SIX THOUSAND ONE HUNDRED FORTY EIGHT DOLLARS AND TEN CENTS

$****6,148.10

BRIAN C & CYNTHIA K EATON JTWROS
1901 PENNSYLVANIA AVE
BELPRE, OH 45714-1135

VOID

ASCENT RESOURCES - UTICA, LLC
PO BOX 13678
OKLAHOMA CITY, OK 73113
(405) 252-7600

CHECK NO.: 000005149
CHECK DATE: 11/25/2014
OWNER: 2008091-1

Page 2 of 2

## Legend

| Product Codes (PC) | Interest Type | Tax Type Codes | | Deduct Codes (Ded Cd) | |
|---|---|---|---|---|---|
| 1 - Oil (bbl) | WI - Working Interest | SV - Severance Tax | NP - Marginal Production Tax | 01 - Compression | 15 - Jib Netting |
| 2 - Gas (mcf) | RI - Royalty Interest | OF - Oil and Gas Fee | PE - Petroleum Excise Tax | 02 - Processing | 16 - Unutilized Capacity |
| 3 - Condensate (bbl) | OR - Overriding Royalty | AV - Ad Valorem | PE - Gross Production Tax | 04 - Treating | 17 - Gathering Compression |
| 4 - Plant Products (gal) | | CN - Conservation Tax | PU - Pudinga Tax | 05 - Transportation | 18 - Gathering Compression Fuel |
| 5 - Drip Condensate (bbl) | | EN - Environmental Tax | RF - Energy Resource Revolving Fund | 07 - Fuel | 19 - Transportation Compression |
| | | ES - Emergency School Tax | RG - Pipeline Tax | 08 - Marketing | 20 - Transportation Compression Fuel |
| Disposition Codes (DC) | | EX - Oil Extraction | RB - Oilfield Site Restoration | 09 - Other | 21 - Processing Fuel |
| 03 - Sales | 10 - Lease Use | OT - Other | FB - Federal Backup Withholding | LT - Unidentified Tax | 13 - Gathering |
| | | | FE - Environmental Tax | WH - State Withholding Tax | 14 - Property Expense |
| | | | GP - Gas Processor Tax | | |

| Property Number | Property Name / County Name | PC | DC | Net Revenue Interest / Disbursement Decimal | BTU Fac / Int Type | Price $ / Gas | Prop Gross Volume / Owner Volume | Gross Value $ / Owner Gross Value $ | Sev. Tax $ / Owner Sev. Tax $ | Tax Type Code / State Withholding | Deduct $ / Owner Deduct $ | Ded Cd | Net Value $ / Owner Net Value $ |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | ST | | | | | | | | | | | |
| 1340228455 | CAPSTONE HOLDINGS 2H-9 | 3 | 2 | 0.0370216000 | 1.07 | 2.37 | 76,672.91 | 182,454.45 | 433.55 | OF | 27,342.71 | 12 | 158,336.45 |
| 08/2014 | BELMONT | | CH | 0.0370216000 | RI | 1.0000 | 2,646.20 | 6,764.60 | 15.08 | | 797.54 | | 5,660.74 |
| 1340228455 | CAPSTONE HOLDINGS 2H-9 | 3 | 2 | 0.0370216000 | 1.07 | | 0.00 | | 2,127.74 | SV | | | |
| 08/2014 | BELMONT | | CH | 0.0370216000 | RI | | 0.00 | 0.00 | 80.26 | | | | |
| 1340228455 | CAPSTONE HOLDINGS 2H-9 | 3 | 2 | 0.0370216000 | 1.07 | | 0.00 | | | | | | |
| 08/2014 | BELMONT | | CH | 0.0370216000 | RI | | 0.00 | 0.00 | | | | | |
| 1340228455 | CAPSTONE HOLDINGS 2H-9 | 3 | 2 | 0.0370216000 | 1.07 | 2.39 | -76,672.91 | -183,423.99 | -433.55 | OF | -21,660.29 | 10 | -159,762.61 |
| 08/2014 | BELMONT | | CH | 0.0370216000 | RI | 1.0000 | -2,646.20 | -6,791.62 | -15.06 | | -801.99 | | -5,883.41 |
| 1340228455 | CAPSTONE HOLDINGS 2H-9 | 3 | 2 | 0.0370216000 | 1.07 | | 0.00 | | -2,167.26 | SV | | | |
| 08/2014 | BELMONT | | CH | 0.0370216000 | RI | | 0.00 | | -19.26 | | | | |
| 1340228455 | CAPSTONE HOLDINGS 2H-9 | 3 | 2 | 0.0370216100 | 1.07 | | 0.00 | | | | | | |
| 08/2014 | BELMONT | | CH | 0.0370216100 | RI | | 0.00 | 0.00 | | | | | |
| 1340228455 | CAPSTONE HOLDINGS 2H-9 | 3 | 2 | 0.0370216100 | 1.07 | 2.37 | 32,625.61 | 77,391.64 | 182.43 | OF | 282.64 | 07 | 55,909.62 |
| 08/2014 | BELMONT | | CH | 0.0370216965 | RI | 1.0000 | 1,203.00 | 2,865.06 | 6.76 | | 10.65 | | 2,477.05 |
| 1340228455 | CAPSTONE HOLDINGS 2H-9 | 3 | 2 | 0.0370216965 | 1.07 | | 0.00 | | 912.16 | SV | 0,108.12 | 19 | |
| 08/2014 | BELMONT | | CH | 0.0370216965 | RI | | 0.00 | 0.00 | -33.78 | | 337.12 | | |
| 1340228455 | CAPSTONE HOLDINGS 2H-9 | 3 | 2 | 0.0370216965 | 1.07 | | 0.00 | | | | | | |
| 08/2014 | BELMONT | | CH | 0.0370216965 | RI | | 0.00 | 0.00 | | | | | |
| 1340228455 | CAPSTONE HOLDINGS 2H-9 | 3 | 2 | 0.0370216965 | 1.07 | | 0.00 | | | | | | |
| 08/2014 | BELMONT | | CH | 0.0370216965 | RI | | -0.00 | -0.00 | | | | | |
| 1340228455 | CAPSTONE HOLDINGS 3H-9 | 3 | 2 | 0.0100422500 | 1.07 | 2.37 | 214,448.71 | 508,924.93 | 1,207.73 | OF | 60,031.49 | 10 | 441,607.04 |
| 08/2014 | BELMONT | | CH | 0.0100422500 | RI | 1.0000 | 2,154.00 | 6,112.28 | 12.13 | | 602.03 | | 4,435.60 |
| 1340226455 | CAPSTONE HOLDINGS 3H-9 | 3 | 2 | 0.0100422500 | 1.07 | | 0.00 | | 6,025.87 | SV | | | |
| 08/2014 | BELMONT | | CH | 0.0100422500 | RI | | 0.00 | 0.00 | 20.66 | | | | |
| 1340226455 | CAPSTONE HOLDINGS 3H-9 | 3 | 2 | 0.0100422500 | 1.07 | 2.39 | -214,448.71 | -511,712.74 | -1,207.73 | OF | -50,338.45 | 10 | -445,127.01 |
| 08/2014 | BELMONT | | CH | 0.0100422500 | RI | -1.0000 | -2,154.00 | -6,149.23 | -12.13 | | -605.42 | | -4,561.57 |
| 1340226455 | CAPSTONE HOLDINGS 3H-9 | 3 | 2 | 0.0100422500 | 1.07 | | 0.00 | | -6,025.87 | SV | | | |
| 08/2014 | BELMONT | | CH | 0.0100450000 | RI | | 0.00 | 0.00 | -20.66 | | | | |
| 1340226455 | CAPSTONE HOLDINGS 3H-9 | 3 | 2 | 0.0100450000 | 1.07 | | 0.00 | | | | | | |
| 08/2014 | BELMONT | | CH | 0.0100450000 | RI | | 0.00 | 0.00 | | | | | |
| 1340226455 | CAPSTONE HOLDINGS 3H-9 | 3 | 2 | 0.0100450000 | 1.07 | 2.37 | 89,076.94 | 208,338.12 | 483.87 | OF | 776.23 | 07 | 120,841.32 |
| 08/2014 | BELMONT | | CH | 0.0100452254 | RI | 1.0000 | 885.00 | 2,096.81 | 4.81 | | 7.20 | | 1,514.60 |
| 1340226455 | CAPSTONE HOLDINGS 3H-9 | 3 | 2 | 0.0100452254 | 1.07 | | 0.00 | | -2,444.86 | SV | 24,582.54 | 10 | |
| 08/2014 | BELMONT | | CH | 0.0100452254 | RI | | 0.00 | 0.00 | 24.56 | | 248.94 | | |
| 1340226455 | CAPSTONE HOLDINGS 3H-9 | 3 | 2 | 0.0100452254 | 1.07 | | 0.00 | | | | | | |
| 08/2014 | BELMONT | | CH | 0.0100452254 | RI | | 0.00 | 0.00 | | | | | |
| 1340226455 | CAPSTONE HOLDINGS 3H-9 | 3 | 2 | 0.0100452254 | 1.07 | | 0.00 | | | | | | |
| 08/2014 | BELMONT | | CH | 0.0100452254 | RI | | 0.00 | 0.00 | | | | | |

| Owner Number: 2008091 | | | | | | | Owner Total | 8,274.91 | 70.81 | 0.00 | 2,058.89 | | 6,148.10 |

ASCENT RESOURCES - UTICA, LLC
PO BOX 13678
OKLAHOMA CITY, OK 73113
(405) 252-7600

CHECK NO.: 000005186
CHECK DATE: 11/26/2014
OWNER: 2008091-1

Page 1 of 1

**Legend**

**Product Codes (PC)**
1 - Oil (bbl)
2 - Gas (mcf)
3 - Condensate (bbl)
4 - Plant Products (gal)
D - Drip Condensate (bbl)

**Interest Type**
WI - Working Interest
RI - Royalty Interest
OR - Overriding Royalty

**Disposition Codes (DC)**
03 - Sales | 10 - Lease Use | OT - Other

**Tax Type Codes**
SV - Severance Tax
OF - Oil and Gas Fee
AV - Ad Valorem
CN - Conservation Tax
EN - Environmental Tax
ES - Emergency School Tax
EX - Oil Extraction
FB - Federal Backup Withholding
FE - Environmental Tax
GP - Gas Processor Tax
MP - Marginal Production Tax
PE - Petroleum Excise Tax
PR - Gross Production Tax
PV - Privilege Tax
RF - Energy Resource Revolving Fund
RG - Pipeline Tax
RS - Oilfield Site Restoration
UI - Unidentified Tax
WH - State Withholding Tax

**Deduct Codes (Ded Cd)**
01 - Compression
03 - Processing
04 - Treating
05 - Transportation
07 - Fuel
08 - Marketing
09 - Other
10 - Gathering
14 - Property Expense
15 - JIB Netting
16 - Unutilized Capacity
17 - Gathering Compression
18 - Gathering Compression Fuel
19 - Transportation Compression
20 - Transportation Compression Fuel
21 - Processing Fuel

| Property Number / Sales Date Month/Year | Property Name / County Name | DC / ST | PC | Net Revenue Interest / Disbursement Decimal | BTU Fact / Int Type | Price $ / GMI | Prop Gross Volume / Owner Volume | Gross Value $ / Owner Gross Value $ | Sev. Tax $ / Owner Sev. Tax $ | Tax Type Code / State Withholding | Deducts $ / Owner Deducts $ | Ded Cd | Net Value $ / Owner Net Value $ |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1340229455 | CAPSTONE HOLDINGS 2H-9 | 3 | 2 | 0.03702154400 | 1.09 | 2.63 | 98,109.42 | 262,605.70 | 555.36 | OF | 27,223.82 | 10 | 232,249.71 |
| 07/2014 | BELMONT | OH | | 0.03702154476 | RI | 1.00000 | 3,632.00 | 9,729.50 | 20.56 | | 1,007.88 | | 8,598.26 |
| 1340229455 | CAPSTONE HOLDINGS 2H-9 | 3 | 2 | 0.03702154400 | 1.09 | | 0.00 | | 2,776.81 | SV | | | |
| 07/2014 | BELMONT | OH | | 0.03702154475 | RI | | 0.00 | 0.00 | 102.80 | | | | |
| 1340229455 | CAPSTONE HOLDINGS 2H-9 | 3 | 2 | 0.03702154400 | 1.09 | | | | | | | | |
| 07/2014 | BELMONT | OH | | 0.03702154476 | RI | | 0.00 | 0.00 | | | | | |
| 1340229455 | CAPSTONE HOLDINGS 2H-9 | 3 | 2 | 0.03702154400 | 1.09 | 1.55 | -98,109.42 | -152,058.60 | -555.36 | OF | -27,223.82 | 10 | -121,513.61 |
| 07/2014 | BELMONT | OH | | 0.03702156664 | RI | 1.00000 | -3,632.00 | -5,620.57 | -20.56 | | -1,007.88 | | -4,498.63 |
| 1340229455 | CAPSTONE HOLDINGS 2H-9 | 3 | 2 | 0.03702154400 | 1.09 | | 0.00 | | -2,776.81 | SV | | | |
| 07/2014 | BELMONT | OH | | 0.03702156664 | RI | | 0.00 | 0.00 | -102.80 | | | | |
| 1340229455 | CAPSTONE HOLDINGS 2H-9 | 3 | 2 | 0.03702154400 | 1.09 | | | | | | | | |
| 07/2014 | BELMONT | OH | | 0.03702156664 | RI | | 0.00 | 0.00 | | | | | |
| [illegible] | CAPSTONE HOLDINGS [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] |
| [illegible] | BELMONT | [illegible] | | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | | [illegible] | | [illegible] |
| [illegible] | CAPSTONE HOLDINGS [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | | [illegible] | | [illegible] | [illegible] | | | |
| [illegible] | BELMONT | [illegible] | | [illegible] | [illegible] | | [illegible] | [illegible] | [illegible] | | | | |
| [illegible] | CAPSTONE HOLDINGS [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | | | | | | | | |
| [illegible] | BELMONT | [illegible] | | [illegible] | [illegible] | | [illegible] | [illegible] | | | | | |
| [illegible] | CAPSTONE HOLDINGS [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] |
| [illegible] | BELMONT | [illegible] | | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | | [illegible] | | [illegible] |
| [illegible] | CAPSTONE HOLDINGS [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | | [illegible] | | [illegible] | [illegible] | | | |
| [illegible] | BELMONT | [illegible] | | [illegible] | [illegible] | | [illegible] | [illegible] | [illegible] | | | | |
| [illegible] | CAPSTONE HOLDINGS [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | | | | | | | | |
| [illegible] | BELMONT | [illegible] | | [illegible] | [illegible] | | [illegible] | [illegible] | | | | | |
| Owner Number : 2008091 | | | | | | | Owner Total | 6,972.27 | 0.00 | 0.00 | 0.00 | | 6,972.27 |

ASCENT RESOURCES - UTICA, LLC
PO BOX 13678
OKLAHOMA CITY, OK 73113
(405) 252-7600

BANK OF OKLAHOMA
ONE WILLIAMS CENTER
TULSA, OK 74172
86-3/1039

CHECK NO.: 000005186
CHECK DATE: 11/26/2014
OWNER: 2008091-1

PAY TO THE ORDER OF BRIAN C & CYNTHIA K EATON JTWROS $*****6,972.27

SIX THOUSAND NINE HUNDRED SEVENTY-TWO DOLLARS AND TWENTY-SEVEN CENTS*****

BRIAN C & CYNTHIA K EATON JTWROS
BELPRE, OH 45714-1135

VOID

ASCENT RESOURCES - UTICA, LLC
PO BOX 13678
OKLAHOMA CITY, OK 73113
(405) 252-7600

CHECK NO.: 000006077
CHECK DATE: 04/29/2015
OWNER: 2006091-1

Page 1 of 2

| Legend | | | |
|---|---|---|---|
| **Product Codes (PC)** | **Interest Type** | **Tax Type Codes** | **Deduct Codes (Ded Cd)** |
| 1 - Oil (bbl) | WI - Working Interest | SV - Severance Tax | MP - Marginal Production Tax | 01 - Compression | 15 - JIB Netting |
| 2 - Gas (mcf) | RI - Royalty Interest | OF - Oil and Gas Fee | PE - Petroleum Excise Tax | 03 - Processing | 16 - Unutilized Capacity |
| 3 - Condensate (bbl) | OR - Overriding Royalty | AV - Ad Valorem | PR - Gross Production Tax | 04 - Treating | 17 - Gathering Compression |
| 4 - Plant Products (gal) | | CN - Conservation Tax | PV - Privilege Tax | 05 - Transportation | 18 - Gathering Compression Fuel |
| D - Drip Condensate (bbl) | | EN - Environmental Tax | RF - Energy Resource Revolving Fund | 07 - Fuel | 19 - Transportation Compression |
| | | ES - Emergency School Tax | RG - Pipeline Tax | 08 - Marketing | 20 - Transportation Compression Fuel |
| **Disposition Codes (DC)** | | EX - Oil Extraction | RS - Oilfield Site Restoration | 09 - Other | 21 - Processing Fuel |
| | | FB - Federal Backup Withholding | UI - Undecuted Tax | 10 - Gathering | |
| 03 - Sales | 10 - Lease Use | OT - Other | PE - Environmental Tax | WH - State Withholding Tax | 14 - Property Expense | |
| | | OP - Gas Processor Tax | | | |

| Property Number | Property Name | DC | PC | Net Revenue Interest | BTU Fees | Price $ | Gross Volume | Gross Value $ | Sev. Tax $ | Tax Type Code | Deducts $ | Ded Cd | Net Value $ |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Sales Date/ Month/Year | County Name | ST | | Disbursement Decimal | Int Type | GMI | Owner Volume | Owner Gross Value $ | Owner Sev. Tax $ | | State Withholding | Owner Deducts $ | Owner Net Value $ |

Details follow this page.

ASCENT RESOURCES - UTICA, LLC
PO BOX 13678
OKLAHOMA CITY, OK 73113
(405) 252-7600

BANK OF OKLAHOMA
ONE WILLIAMS CENTER
TULSA, OK 74172
86-3/1039

CHECK NO.: 000006077
CHECK DATE: 04/29/2015
OWNER: 2006091-1

PAY TO THE ORDER OF  BRIAN C & CYNTHIA K EATON JTWROS

$*****6,105.76

SIX THOUSAND ONE HUNDRED FIVE DOLLARS AND SEVENTY-SIX CENTS****

BRIAN C & CYNTHIA K EATON JTWROS
1901 PENNSYLVANIA AVE
BELPRE, OH 45714-1135

VOID

ASCENT RESOURCES – UTICA, LLC
PO BOX 13678
OKLAHOMA CITY, OK 73113
(405) 252-7600

CHECK NO.: 000006077
CHECK DATE: 04/29/2015
OWNER: 2008081-1

Page 2 of 2

| Legend | | | | |
|---|---|---|---|---|
| **Product Codes (PC)** | **Interest Type** | **Tax Type Codes** | | **Deduct Codes (Ded Cd)** |
| 1 – Oil (bbl) | WI – Working Interest | SV – Severance Tax | MP – Marginal Production Tax | 01 – Compression / 15 – JIB Netting |
| 2 – Gas (mcf) | RI – Royalty Interest | OF – Oil and Gas Fee | PE – Petroleum Excise Tax | 03 – Processing / 16 – Unutilized Capacity |
| 3 – Condensate (bbl) | OR – Overriding Royalty | AV – Ad Valorem | PR – Gross Production Tax | 04 – Treating / 17 – Gathering Compression |
| 4 – Plant Products (gal) | | CN – Conservation Tax | PV – Privilege Tax | 05 – Transportation / 18 – Gathering Compression Fuel |
| D – Drip Condensate (bbl) | | EN – Environmental Tax | RF – Energy Resources Revolving Fund | 07 – Fuel / 19 – Transportation Compression |
| | | EM – Emergency School Tax | RG – Pipeline Tax | 08 – Marketing / 20 – Transportation Compression Fuel |
| **Disposition Codes (DC)** | | EX – Oil Extraction | RS – Oilfield Site Restoration | 09 – Other / 21 – Processing Fuel |
| 03 – Sales | 10 – Lease Use | OT – Other | FB – Federal Backup Withholding | UI – Unclassified Tax | 10 – Gathering |
| | | FE – Environmental Tax | WH – State Withholding Tax | 14 – Property Expense |
| | | GP – Gas Processor Tax | | |

| Property Number | Property Name | DC | PC | Net Revenue Interest | BTU Fact | Price $ | Prop Gross Volume | Gross Value $ | Sev. Tax $ | Tax Type Cds | Deducts $ | Ded Cd | Net Value $ |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Sales Date Month/Year | County Name | ST | | Disbursement Decimal | Int Type | GM | Owned Volume | Owner Gross Value $ | Owner Sev. Tax $ | State Withholding | Owner Deducts $ | | Owner Net Value $ |
| 1340229455 | CAPSTONE HOLDINGS 2H-9 | 3 | 2 | 0.0370216400 | 1.00 | 2.68 | 98,105.42 | 263,803.70 | 555.36 | OF | 27,223.02 | 10 | 232,249.71 |
| 6/2014 | BELMONT | OH | | 0.0370216500 | RI | 1.00000 | 0.00 | 9.60 | 0.00 | | -0.01 | | 0.01 |
| 1340229455 | CAPSTONE HOLDINGS 2H-9 | 3 | 2 | 0.0370216400 | 1.00 | | 0.00 | | 2,276.97 | SV | | | |
| 9/2014 | BELMONT | OH | | 0.0370216500 | RI | | 0.00 | 0.00 | 0.00 | | | | |
| 1340229455 | CAPSTONE HOLDINGS 2H-9 | 3 | 2 | 0.0370216400 | 1.00 | | 0.00 | | | | | | |
| 7/2014 | BELMONT | OH | | 0.0370216500 | RI | | 0.00 | 0.00 | | | | | |
| 1340229455 | CAPSTONE HOLDINGS 2H-9 | 3 | 2 | 0.0370216400 | 1.00 | 3.19 | 78,373.51 | 250,882.95 | 433.55 | OF | 19,734.60 | 05 | 217,007.13 |
| 8/2014 | BELMONT | OH | | 0.0370216250 | RI | 1.00000 | 0.00 | 2,903.71 | 0.00 | | 720.50 | | 2,173.21 |
| 1340229455 | CAPSTONE HOLDINGS 2H-9 | 3 | 2 | 0.0370216400 | 1.00 | | 0.00 | | 2,150.74 | SV | 21,342.71 | 10 | |
| 3/2014 | BELMONT | OH | | 0.0370216250 | RI | | 0.00 | 0.00 | 0.00 | | 0.00 | | |
| 1340229455 | CAPSTONE HOLDINGS 2H-9 | 3 | 2 | 0.0370216400 | 1.00 | | 0.00 | | | | | | |
| 8/2014 | BELMONT | OH | | 0.0370216250 | RI | | 0.00 | 0.00 | | | | | |
| 1340229455 | CAPSTONE HOLDINGS 2H-9 | 3 | 2 | 0.0370216400 | 1.00 | | 0.00 | | | | | | |
| 8/2014 | BELMONT | OH | | 0.0370216250 | RI | | 0.00 | 0.00 | | | | | |
| 1340229455 | CAPSTONE HOLDINGS 2H-9 | 3 | 2 | 0.0370217020 | 1.00 | 3.90 | 32,626.61 | 127,155.89 | 182.63 | OF | 9,308.19 | 10 | 101,481.64 |
| 6/2014 | BELMONT | OH | | 0.0370217020 | RI | 1.00000 | 0.00 | 1,842.16 | 0.00 | | 0.00 | | 1,279.95 |
| 1340229455 | CAPSTONE HOLDINGS 2H-9 | 3 | 2 | 0.0370217020 | 1.00 | | 0.00 | | 512.18 | SV | 15,165.74 | 05 | |
| 8/2014 | BELMONT | OH | | 0.0370217020 | RI | | 0.00 | 0.00 | 0.00 | | 582.20 | | |
| 1340229455 | CAPSTONE HOLDINGS 2H-9 | 3 | 2 | 0.0370216900 | 1.00 | | 0.00 | 0.00 | | | 287.64 | 07 | |
| 6/2014 | BELMONT | OH | | 0.0370216900 | RI | | 0.00 | | | | | | |
| 1340229455 | CAPSTONE HOLDINGS 2H-9 | 3 | 2 | 0.0370216400 | 1.00 | | 0.00 | | | | | | |
| 6/2014 | BELMONT | OH | | 0.0370217020 | RI | | 0.00 | 0.00 | | | | | |
| 1340229455 | CAPSTONE HOLDINGS 2H-9 | 3 | 2 | 0.0370216900 | 1.00 | | 0.00 | | | | | | |
| 6/2014 | BELMONT | OH | | 0.0370217020 | RI | | 0.00 | 0.00 | | | | | |
| 1340229455 | CAPSTONE HOLDINGS 3H-9 | 3 | 2 | 0.0100452500 | 1.00 | 3.39 | 214,446.71 | 727,783.47 | 1,287.73 | OF | 56,018.82 | 05 | 605,406.80 |
| 6/2014 | BELMONT | OH | | 0.0100452500 | RI | 1.00000 | 0.50 | 2,197.68 | 0.00 | | 552.89 | | 1,644.79 |
| 1340229455 | CAPSTONE HOLDINGS 3H-9 | 3 | 2 | 0.0100452500 | 1.00 | | 0.00 | | 5,938.67 | SV | 50,981.48 | 10 | |
| 6/2014 | BELMONT | OH | | 0.0100452500 | RI | | 0.00 | 0.00 | 0.00 | | 0.00 | | |
| 1340229455 | CAPSTONE HOLDINGS 3H-9 | 3 | 2 | 0.0100452500 | 1.00 | | 0.00 | | | | | | |
| 6/2014 | BELMONT | OH | | 0.0100452500 | RI | | 0.00 | 0.00 | | | | | |
| 1340229455 | CAPSTONE HOLDINGS 3H-9 | 3 | 2 | 0.0100452500 | 1.00 | 3.50 | 88,576.94 | 343,282.26 | 498.37 | OF | 34,582.54 | 10 | 273,378.09 |
| 8/2014 | BELMONT | OH | | 0.0100452500 | RI | 1.00000 | 0.00 | 1,349.54 | 0.00 | | 0.00 | | 937.54 |
| 1340229455 | CAPSTONE HOLDINGS 3H-9 | 3 | 2 | 0.0100452500 | 1.00 | | 0.00 | | 2,444.58 | SV | 40,894.58 | 03 | |
| 8/2014 | BELMONT | OH | | 0.0100452500 | RI | | 0.00 | 0.02 | 0.50 | | 411.20 | | |
| 1340229455 | CAPSTONE HOLDINGS 3H-9 | 3 | 2 | 0.0100452500 | 1.00 | | 0.00 | | | | 778.23 | 07 | |
| 8/2014 | BELMONT | OH | | 0.0100452500 | RI | | 0.00 | 0.00 | | | 0.00 | | |
| 1340229455 | CAPSTONE HOLDINGS 3H-9 | 3 | 2 | 0.0100452500 | 1.00 | | 0.00 | | | | | | |
| 9/2014 | BELMONT | OH | | 0.0100452500 | RI | | 0.00 | 0.00 | | | | | |
| 1340229455 | CAPSTONE HOLDINGS 3H-9 | 3 | 2 | 0.0100452500 | 1.00 | | 0.00 | | | | | | |
| 6/2014 | BELMONT | OH | | 0.0100452500 | RI | | 0.00 | 0.00 | | | | | |

| | | | | | | | Owner Total | 8,364.75 | 0.00 | 0.00 | 2,258.99 | | 6,105.76 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Owner Number: 2008081 | | | | | | | | | | | | | |

ASCENT RESOURCES - UTICA, LLC
PO BOX 13578
OKLAHOMA CITY, OK 73113
(405) 252-7800

CHECK NO.: 000006301
CHECK DATE: 05/28/2015
OWNER: 2008091-1

Page 1 of 1

| Product Codes (PC) | Interest Type | Tax Type Codes | | Deduct Codes (Ded Cd) |
|---|---|---|---|---|
| 1 - Oil (bbl) | WI - Working Interest | SV - Severance Tax | MP - Marginal Production Tax | 01 - Compression |
| 2 - Gas (mcf) | RI - Royalty Interest | OF - Oil and Gas Fee | PE - Petroleum Excise Tax | 03 - Processing |
| 3 - Condensate (bbl) | OR - Overriding Royalty | AV - Ad Valorem | PR - Gross Production Tax | 04 - Treating |
| 4 - Plant Products (gal) | | CN - Conservation Tax | PV - Privilege Tax | 05 - Transportation |
| D - Drip Condensate (bbl) | | EN - Environmental Tax | RF - Energy Response Revolving Fund | 07 - Fuel |
| | | ES - Emergency School Tax | RG - Review Tax | 08 - Marketing |
| Disposition Codes (DC) | | BX - Oil Extraction | RS - Oilfield Site Restoration | 09 - Other |
| | | FB - Federal Backup Withholding | UI - Unidentified Tax | 10 - Gathering |
| 03 - Sales | 10 - Lease Use | OT - Other | PE - Environmental Tax | WH - State Withholding Tax | 14 - Property Expenses |

The financial detail table is too faded/degraded to transcribe reliably.

| Owner Number : 2008091 | | | Owner Total | 4,765.01 | 46.55 | 0.00 | 1,797.34 | | 2,925.10 |

ASCENT RESOURCES - UTICA, LLC
PO BOX 13578
OKLAHOMA CITY, OK 73113
(405) 252-7800

BANK OF OKLAHOMA
ONE WILLIAMS CENTER
TULSA, OK 74172
86-3/1039

CHECK NO.: 000006301
CHECK DATE: 05/28/2015
OWNER: 2008091-1

PAY TO THE ORDER OF    BRIAN C & CYNTHIA K EATON JTWROS                    $*****2,925.10

TWO THOUSAND NINE HUNDRED TWENTY-FIVE DOLLARS AND TEN CENTS

BRIAN C & CYNTHIA K EATON JTWROS
BELPRE, OH 45714-1135

VOID

ASCENT RESOURCES - UTICA, LLC
PO BOX 13678
OKLAHOMA CITY, OK 73113
(405) 252-7600

CHECK NO.: 000008516
CHECK DATE: 06/29/2015
OWNER: 2008091-1

Page 1 of 1

**Legend**

| Product Codes (PC) | Interest Type | Tax Type Codes | | Deduct Codes (Ded Cd) |
|---|---|---|---|---|
| 1 – Oil (bbl) | WI – Working Interest | SV – Severance Tax | MP – Marginal Production Tax | 01 – Compression  15 – JIB Netting |
| 2 – Gas (mcf) | RI – Royalty Interest | OF – Oil and Gas Fee | PEI – Petroleum Excise Tax | 03 – Processing  16 – Unutilized Capacity |
| 3 – Condensate (bbl) | OR – Overriding Royalty | AV – Ad Valorem | PR – Gross Production Tax | 04 – Treating  17 – Gathering Compression |
| 4 – Plant Products (gal) | | CN – Conservation Tax | PV – Pipeline Tax | 05 – Transportation  18 – Gathering Compression Fuel |
| D – Drip Condensate (bbl) | | EN – Environmental Tax | RF – Energy Resource Revolving Fund | 07 – Fuel  19 – Transportation Compression |
| | | EG – Emergency School Tax | RG – Pipeline Tax | 08 – Marketing  20 – Transportation Compression Fuel |
| Disposition Codes (DC) | | EX – Oil Extraction | RB – Oilfield Site Restoration | 09 – Other  21 – Processing Fuel |
| 03 – Sales  10 – Lease Use  OT – Other | | FB – Federal Backup Withholding | UI – Unlimited Tax | 10 – Gathering |
| | | FE – Environmental Tax | WH – State Withholding Tax | 14 – Property Expense |
| | | GP – Gas Processor Tax | | |

| Property Number / Sales Date Month/Year | Property Name / County Name | DC | PC | Net Revenue Interest / Disbursement Decimal | BTU Fact / Int Type | Price $ / $/Unit | Prop Gross Volume / Owner Volume | Gross Value $ / Owner/Gross Value $ | Sev. Tax $ / Owner Sev. Tax $ | TaxType Code / State Withholding | Grosss $ / Owner Deducts $ | Ded Cd | Net Value $ / Owner Net Value $ |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1340228455 | CAPSTONE HOLDINGS 2H-9 | 3 | 2 | 0.0370215400 | 1.11 | (3.43) | -91,717.44 | 314,817.31 | 519.71 | OF | 26,084.46 | 10 | 228,556.16 |
| 04/2015 | BELMONT | CH | | 0.0370215641 | RI | 1.20000 | 9,396.00 | 11,659.56 | 18.24 | | 963.70 | | 6,446.72 |
| 1340228455 | CAPSTONE HOLDINGS 2H-9 | 3 | 2 | 0.0370215400 | 1.11 | | 0.00 | | | SV | -55,672.19 | 05 | |
| 04/2015 | BELMONT | CH | | 0.0370215641 | RI | | 0.00 | 0.00 | | | 2,651.89 | | |
| 1340228455 | CAPSTONE HOLDINGS 2H-9 | 3 | 2 | 0.0370215400 | 1.11 | | 0.00 | | | | 1,809.21 | 07 | |
| 04/2015 | BELMONT | CH | | 0.0370215641 | RI | | 0.00 | 0.00 | | | 69.61 | | |
| 1340228455 | CAPSTONE HOLDINGS 2H-9 | 3 | 2 | 0.0370215400 | 1.11 | | 0.00 | | | | | | |
| 04/2015 | BELMONT | CH | | 0.0370215641 | RI | | 0.00 | 0.00 | | | | | |
| 1340228455 | CAPSTONE HOLDINGS 2H-9 | 3 | 2 | 0.0370215400 | 1.11 | | 0.00 | | | | | | |
| 04/2015 | BELMONT | CH | | 0.0370215641 | RI | | 0.00 | | | | | | |
| 1340228455 | CAPSTONE HOLDINGS 3H-9 | 3 | 2 | 0.0100452625 | 1.11 | 3.43 | 163,146.62 | 551,136.68 | 926.44 | OF | 26,435.75 | 10 | 496,596.10 |
| 04/2015 | BELMONT | CH | | 0.0100452625 | RI | 1.20000 | 1,842.00 | 6,637.28 | 9.30 | | 466.94 | | 4,084.26 |
| 1340230455 | CAPSTONE HOLDINGS 3H-9 | 3 | 2 | 0.0100452625 | 1.11 | | 0.00 | | 4,556.70 | SV | 88,211.12 | 01 | |
| 04/2015 | BELMONT | CH | | 0.0100452625 | RI | | 0.00 | 0.00 | 45.62 | | 959.50 | | |
| 1340230455 | CAPSTONE HOLDINGS 3H-9 | 3 | 2 | 0.0100452625 | 1.11 | | 0.00 | | | | 3,850.62 | 07 | |
| 04/2015 | BELMONT | CH | | 0.0100452625 | RI | | 0.00 | 0.00 | | | 35.99 | | |
| 1340230455 | CAPSTONE HOLDINGS 3H-9 | 3 | 2 | 0.0100452625 | 1.11 | | 0.00 | | | | | | |
| 04/2015 | BELMONT | CH | | 0.0100452625 | RI | | 0.00 | 0.00 | | | | | |
| 1340230455 | CAPSTONE HOLDINGS 3H-9 | 3 | 2 | 0.0100452625 | 1.11 | | 0.00 | | | | | | |
| 04/2015 | BELMONT | CH | | 0.0100452625 | RI | | 0.00 | | | | | | |
| 1340230455 | CAPSTONE | | | | | | | | | | | | |

| Owner Number : 2008091 | | | | | | | Owner Total | 19,934.24 | 174.26 | 0.69 | -8,245.26 | | 11,516.72 |

ASCENT RESOURCES - UTICA, LLC
PO BOX 13678
OKLAHOMA CITY, OK 73113
(405) 252-7600

BANK OF OKLAHOMA
ONE WILLIAMS CENTER
TULSA, OK 74172
86-3/1039

CHECK NO.: 000008516
CHECK DATE: 06/29/2015
OWNER: 2008091-1

PAY TO THE ORDER OF   BRIAN C & CYNTHIA K EATON JTWROS    $****11,516.72

ELEVEN THOUSAND FIVE HUNDRED SIXTEEN DOLLARS AND SEVENTY-TWO CENTS********

**VOID**

BRIAN C & CYNTHIA K EATON JTWROS
BELPRE, OH 45714-1135

ASCENT RESOURCES - UTICA, LLC
PO BOX 13678
OKLAHOMA CITY, OK 73113
(405) 252-7800

CHECK NO.: 000039571
CHECK DATE: 08/28/2018
OWNER: 2008091-1

Page 2 of 2

## Legend

| Product Codes (PC) | Interest Type | Tax Type Codes | | Deduct Codes (Ded Cd) |
|---|---|---|---|---|
| 1 - Oil (bbl)<br>2 - Gas (mcf)<br>3 - Condensate (bbl)<br>4 - Plant Products (gal)<br>5 - Drip Condensate (bbl) | WI - Working Interest<br>RI - Royalty Interest<br>OR - Overriding Royalty | SV - Severance Tax<br>OF - Oil and Gas Fee<br>AV - Ad Valorem<br>CN - Conservation Tax<br>EN - Environmental Tax<br>ES - Emergency School Tax<br>EX - Oil Extraction | MP - Marginal Production Tax<br>PE - Petroleum Excise Tax<br>PR - Gross Production Tax<br>PV - Privilege Tax<br>RF - Energy Resource Revolving Fund<br>RG - Pipeline Tax<br>RE - Oilfield Site Restoration | 01 - Compression<br>03 - Processing<br>04 - Trucking<br>05 - Transportation<br>07 - Fuel<br>08 - Marketing<br>09 - Other |
| | | FE - Environmental Tax<br>F3 - Federal Backup Withholding<br>GP - Gas Processor Tax | Ut - Unidentified Tax<br>WH - State Withholding Tax | 10 - Gathering<br>14 - Property Expense<br>15 - JIB Netting<br>16 - Unutilized Capacity<br>17 - Gathering Compression<br>18 - Gathering Compression Fuel<br>19 - Transportation Compression<br>20 - Transportation Compression Fuel<br>21 - Processing Fuel |
| Disposition Codes (DC) | | | | |
| 03 - Sales | 15 - Lease Use | OT - Other | | |

Owner Number : 2008091

Owner Total: -4,927.54 | 43.60 | 0.00 | 1,944.84 | 2,939.10

ASCENT RESOURCES - UTICA, LLC
PO BOX 13678
OKLAHOMA CITY, OK 73113
(405) 252-7600

CHECK NO.: 000041369
CHECK DATE: 07/30/2018
OWNER: 2008091-1

Page 1 of 4

| Legend | | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Product Codes (PC)** | | **Interest Type** | | **Tax Type Codes** | | | | | | **Deduct Codes (Ded Cd)** | | | | | |
| 1 - Oil (bbl) | | WI - Working Interest | | SV - Severance Tax | | MP - Marginal Production Tax | | | | 01 - Compression | | 15 - JIB Netting | | | |
| 2 - Gas (mcf) | | RI - Royalty Interest | | OF - Oil and Gas Fee | | PE - Petroleum Excise Tax | | | | 03 - Processing | | 16 - Unutilized Capacity | | | |
| 3 - Condensate (bbl) | | OR - Overriding Royalty | | AV - Ad Valorem | | PR - Gross Production Tax | | | | 04 - Treating | | 17 - Gathering Compression | | | |
| 4 - Plant Products (gal) | | | | CN - Conservation Tax | | PV - Privilege Tax | | | | 05 - Transportation | | 18 - Gathering Compression Fuel | | | |
| D - Drip Condensate (bbl) | | | | EN - Environmental Tax | | RF - Energy Resource Revolving Fund | | | | 07 - Fuel | | 19 - Transportation Compression | | | |
| | | | | ES - Emergency School Tax | | RG - Pipeline Tax | | | | 08 - Marketing | | 20 - Transportation Compression Fuel | | | |
| **Disposition Codes (DD)** | | | | EX - Oil Extraction | | RS - Oilfield Site Restoration | | | | 09 - Other | | 21 - Processing Fuel | | | |
| 03 - Sales | 10 - Lease Use | QT - Other | | FB - Federal Backup Withholding | | UI - Undedicated Tax | | | | 10 - Gathering | | | | | |
| | | | | FE - Environmental Tax | | WH - State Withholding Tax | | | | 14 - Property Expense | | | | | |
| | | | | GP - Gas Production Tax | | | | | | | | | | | |

| Property Number | Property Name | DC | PC | Net Revenue Interest | BTU Fact | Price $ | Gross Volume | Gross Value $ | Sev. Tax $ | Tax Type Code | Deducts $ | Ded Cd | Net Value $ |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Sales Date Month/Year | County Name | ST | | Disbursement Decimal | Int Type | GMT | Owner Volume | Owner Gross Value $ | Owner Sev. Tax $ | | State Withholding | Owner Deducts $ | Owner Net Value $ |

Details follow this page.

ASCENT RESOURCES - UTICA, LLC
PO BOX 13678
OKLAHOMA CITY, OK 73113
(405) 252-7600

BANK OF OKLAHOMA
ONE WILLIAMS CENTER
TULSA, OK 74172
86-3/1039

CHECK NO.: 000041369
CHECK DATE: 07/30/2018
OWNER: 2008091-1

PAY TO THE
ORDER OF BRIAN C & CYNTHIA K EATON JTWROS

$******7,031.63

SEVEN THOUSAND THIRTY-ONE DOLLARS AND SIXTY-THREE CENTS

**VOID**

BRIAN C & CYNTHIA K EATON JTWROS
1901 PENNSYLVANIA AVE
BELPRE, OH 45714

ASCENT RESOURCES - UTICA, LLC
PO BOX 13678
OKLAHOMA CITY, OK 73113
(405) 252-7600

CHECK NO.: 000041369
CHECK DATE: 07/30/2018
OWNER: 2008091-1

## Legend

| Product Codes (PC) | Interest Type | Tax Type Codes | | Deduct Codes (Ded Cd) | |
|---|---|---|---|---|---|
| 1 - Oil (bbl) | WI - Working Interest | SV - Severance Tax | NP - Marginal Production Tax | 01 - Compression | 15 - JIB Netting |
| 2 - Gas (mcf) | RI - Royalty Interest | OF - Oil and Gas Fee | PE - Petroleum Excise Tax | 02 - Processing | 16 - Unutilized Capacity |
| 3 - Condensate (bbl) | OR - Overriding Royalty | AV - Ad Valorem | PR - Gross Production Tax | 03 - Treating | 17 - Gathering Compression |
| 4 - Plant Products (gal) | | CN - Conservation Tax | PV - Privilege Tax | 04 - Treating | 18 - Gathering Compression Fuel |
| D - Drip Condensate (bbl) | | EN - Environmental Tax | GF - Energy Resource Recovery Fund | 05 - Transportation | 19 - Transportation Compression |
| | | ES - Emergency School Tax | RG - Pipeline Tax | 07 - Fuel | 19 - Transportation Compression |
| | | EX - Oil Equalizer | RS - Oilfield Site Restoration | 08 - Marketing | 20 - Transportation Compression Fuel |
| Disposition Codes (Dis) | | FB - Federal Excise Withholding | U1 - Undesided Tax | 09 - Other | 21 - Processing Fuel |
| 03 - Sales | 10 - Lease Use | FE - Environmental Tax | WH - State Withholding Tax | 10 - Gathering | |
| | OT - Other | GP - Gas Processor Tax | | 14 - Property Expense | |

| Property Number Sales Date: Month/Year | Property Name County/Name | DC ST | PC PO | Net Revenue Interest Disbursement Decimal | BTU Fact Tax Type | Price $ GRI | Prop Gross Volume Owner Volume | Gross Value $ Owner Gross Value $ | Sev Tax $ Owner Sev Tax $ | Tax Type Code State Withholding | Deducts $ Owner Deducts $ | Ded Cd | NRI Value $ Owner Net Value $ |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1340179455 05/2018 | CHC DUTTON W WHL BL 5H BELMONT | 3 OH | 2 | 0.00007313131 0.00007313131 | 1.08 RI | 2.68 1.00000 | 74,545.81 5.45 | 260,092.49 14.33 | 306.63 6.03 | OF | 9,334.27 6.03 | 18 | 136,537.01 10.70 |
| 1340179455 05/2018 | CHC DUTTON W WHL BL 5H BELMONT | 3 OH | 2 | 0.00007313131 0.00007313131 | 1.08 RI | 0.69 | 0.00 | 0.00 | 1,892.48 2.14 | SV | 50,150.93 3.07 | 05 | |
| 1340179455 05/2018 | CHC DUTTON W WHL BL 5H BELMONT | 3 OH | 2 | 0.00007313131 0.00007313131 | 1.08 RI | 0.00 | 0.00 | 0.00 | | | 21,669.07 0.00 | 10 | |
| 1340179455 05/2018 | CHC DUTTON W WHL BL 5H BELMONT | 3 OH | 2 | 0.00007313131 0.00007313131 | 1.08 RI | 6.00 | 0.00 | 0.00 | | | | | |
| 1340179455 05/2018 | CHC DUTTON W WHL BL 5H BELMONT | 3 OH | 2 | 0.00007313131 0.00007313131 | 1.08 RI | 0.50 | 0.00 | 0.00 | | | | | |
| 1340179455 05/2018 | CHC DUTTON W WHL BL 5H BELMONT | 3 OH | 2 | 0.00007313131 0.00007313131 | 1.08 RI | 8.00 | 0.00 | 0.00 | | | | | |
| 1340232455 05/2018 | CAPSTONE HOLDINGS 2H-9 BELMONT | 3 OH | 2 | 0.04257184000 0.04257184000 | 1.08 RI | 2.66 1.00000 | 29,186.81 5.45 | 78,543.17 3,336.17 | 115.32 6.03 | OF | 3,654.04 8.03 | 18 | 45,627.66 2,452.06 |
| 1340232455 05/2018 | CAPSTONE HOLDINGS 2H-9 BELMONT | 3 OH | 2 | 0.04257184000 0.04257184000 | 1.08 RI | 0.00 | 0.00 | 0.00 | 770.58 33.50 | SV | 19,617.34 834.42 | 05 | |
| 1340232455 05/2018 | CAPSTONE HOLDINGS 2H-9 BELMONT | 3 OH | 2 | 0.04257184000 0.04257184000 | 1.08 RI | 0.00 | 0.00 | 0.00 | | | -8,483.56 10 | | |
| 1340232455 05/2018 | CAPSTONE HOLDINGS 2H-9 BELMONT | 3 OH | 2 | 0.04257184000 0.04257184000 | 1.08 RI | 0.00 | 0.00 | 0.00 | | | | | |
| 1340232455 05/2018 | CAPSTONE HOLDINGS 2H-9 BELMONT | 3 OH | 2 | 0.04257184000 0.04257184000 | 1.08 RI | 0.00 | 0.00 | 0.00 | | | | | |
| 1340232455 05/2018 | CAPSTONE HOLDINGS 3H-9 BELMONT | 3 OH | 2 | 0.01004525000 0.01004525000 | 1.08 RI | 2.66 1.00000 | 49,403.89 488.23 | 129,927.33 1,303.11 | 287.68 2.09 | OF | 6,063.90 662.29 | 18 | 76,549.30 962.29 |
| 1340232455 05/2018 | CAPSTONE HOLDINGS 3H-9 BELMONT | 3 OH | 2 | 0.01004525000 0.01004525000 | 1.08 RI | 0.00 | 0.00 | 0.00 | 1,287.90 12.90 | SV | 32,591.33 377.31 | 05 | |
| 1340232455 05/2018 | CAPSTONE HOLDINGS 3H-9 BELMONT | 3 OH | 2 | 0.01004525000 0.01004525000 | 1.08 RI | 0.00 | 0.00 | 0.00 | | | 14,594.24 10 | | |
| 1340232455 05/2018 | CAPSTONE HOLDINGS 3H-9 BELMONT | 3 OH | 2 | 0.01004525000 0.01004525000 | 1.08 RI | 0.00 | 0.00 | 0.00 | | | | | |
| 1340232455 05/2018 | CAPSTONE HOLDINGS 3H-9 BELMONT | 3 OH | 2 | 0.01004525000 0.01004525000 | 1.08 RI | 0.00 | 0.00 | 0.00 | | | | | |
| 1340265455 05/2018 | CHC DUTTON W WHL BL 4H BELMONT | 3 OH | 2 | 0.00007313131 0.00007313131 | 1.08 RI | 2.66 1.00000 | 56,126.98 4.83 | 177,522.33 12.95 | 351.65 9.83 | OF | 8,261.38 5.28 | 18 | 103,291.81 9.96 |
| 1340265455 05/2018 | CHC DUTTON W WHL BL 4H BELMONT | 3 OH | 2 | 0.00007313131 0.00007313131 | 1.08 RI | 0.00 | 0.00 | 0.00 | 4,759.73 18.13 | SV | 44,329.04 15,218.84 | 05 | |
| 1340265455 05/2018 | CHC DUTTON W WHL BL 4H BELMONT | 3 OH | 2 | 0.00007313131 0.00007313131 | 1.08 RI | 0.00 | 0.00 | 0.00 | | | 19,218.84 0.00 | 10 | |
| 1340265455 05/2018 | CHC DUTTON W WHL BL 4H BELMONT | 3 OH | 2 | 0.00007313131 0.00007313131 | 1.08 RI | 0.00 | 0.00 | 0.00 | | | | | |
| 1340265455 05/2018 | CHC DUTTON W WHL BL 4H BELMONT | 3 OH | 2 | 0.00007313131 0.00007313131 | 1.08 RI | 0.00 | 0.00 | 0.00 | | | | | |
| 1340462455 04/2018 | BLAYNEY N WHL BL 3H BELMONT | 3 OH | 2 | 0.00081197020 0.00081197020 | 1.12 RI | 2.77 1.00000 | 174.25 0.14 | 482.50 0.40 | 0.55 0.03 | OF | 170.47 0.14 | 95 | 228.78 8.25 |
| 1340462455 04/2018 | BLAYNEY N WHL BL 3H BELMONT | 3 OH | 2 | 0.00081197020 0.00081197020 | 1.12 RI | 0.05 | 0.05 | 0.00 | 4.74 | SV | 77.53 0.00 | 10 | |
| 1340462455 04/2018 | BLAYNEY N WHL BL 3H BELMONT | 3 OH | 2 | 0.00081197020 0.00081197020 | 1.12 RI | 0.00 | 0.00 | 0.00 | | | | | |

ASCENT RESOURCES - UTICA, LLC
PO BOX 13678
OKLAHOMA CITY, OK 73113
(405) 252-7600

CHECK NO.: 000041369
CHECK DATE: 07/30/2018
OWNER: 2008091-1

**Legend**

**Product Codes (PC)**
1 - Oil (bbl)
2 - Gas (mcf)
3 - Condensate (bbl)
4 - Plant Products (gal)
6 - Drip Condensate (bbl)

**Interest Type**
WI - Working Interest
RI - Royalty Interest
OR - Overriding Royalty

**Disposition Codes (DC)**
03 - Sales | 10 - Lease Use | OT - Other

**Tax Type Codes**
SV - Severance Tax
OF - Oil and Gas Fee
AV - Ad Valorem
CN - Conservation Tax
EN - Environmental Tax
ES - Emergency School Tax
EX - Oil Extraction
FB - Federal Backup Withholding
FE - Environmental Tax
GP - Gas Processor Tax
MP - Marginal Production Tax
PE - Petroleum Excise Tax
PR - Gross Production Tax
PV - Privilege Tax
RF - Energy Resource Revolving Fund
RG - Pipeline Tax
RS - Oilfield Site Restoration
UI - Unidentified Tax
WH - State Withholding Tax

**Deduct Codes (Ded Cd)**
01 - Compression
03 - Processing
04 - Treating
05 - Transportation
07 - Fuel
08 - Marketing
09 - Other
10 - Gathering
14 - Property Expense
15 - JIB Netting
16 - Unutilized Capacity
17 - Gathering Compression
18 - Gathering Compression Fuel
19 - Transportation Compression
20 - Transportation Compression Fuel
21 - Processing Fuel

| Property Number / Sales Date Month/Year | Property Name / County Name | DC / ST | PC | Net Revenue Interest / Disbursement Decimal | BTU Fact / Int. Type | Price $ / GMI | Prop Gross Volume / Owner Volume | Gross Value $ / Owner Gross Value $ | Sev. Tax $ / Owner Sev. Tax $ | Tax Type Code / State Withholding | Deducts $ / Owner Deducts $ | Ded Cd | Net Value $ / Owner Net Value $ |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1340462455 | BLAYNEY N WHL BL 5H | 3 | 2 | 0.0008197920 | 1.12 | | 0.00 | | | | | | |
| 04/2018 | BELMONT | OH | | 0.0008197920 | RI | | 0.00 | 0.00 | | | | | |
| 1340462455 | BLAYNEY N WHL BL 5H | 3 | 2 | 0.0008197920 | 1.14 | 2.90 | 575,932.01 | 1,668,567.40 | 2,815.05 | OF | 532,884.57 | 05 | 858,235.52 |
| 05/2018 | BELMONT | OH | | 0.0008197920 | RI | 1.00000 | 472.14 | 1,367.89 | 2.41 | | 436.85 | | 518.58 |
| 1340462455 | BLAYNEY N WHL BL 5H | 3 | 2 | 0.0008197920 | 1.14 | | 0.00 | | 14,075.41 | SV | 250376.72 | 10 | |
| 05/2018 | BELMONT | OH | | 0.0008197920 | RI | | 0.00 | 0.03 | 12.05 | | 0.00 | | |
| 1340462455 | BLAYNEY N WHL BL 5H | 3 | 2 | 0.0008197920 | 1.14 | | | | | | | | |
| 05/2018 | BELMONT | OH | | 0.0008197920 | RI | | 0.00 | 0.00 | | | | | |
| 1340462455 | BLAYNEY N WHL BL 5H | 3 | 2 | 0.0008197920 | 1.14 | | | | | | | | |
| 05/2018 | BELMONT | OH | | 0.0008197920 | RI | | 0.00 | 0.00 | | | | | |
| 1340462455 | BLAYNEY N WHL BL 5H | 3 | 3 | 0.0008197920 | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | OF | [illegible] | [illegible] | [illegible] |
| 05/2018 | BELMONT | OH | | 0.0008197920 | RI | 1.00000 | [illegible] | [illegible] | 0.02 | | [illegible] | | [illegible] |
| 1340462455 | BLAYNEY N WHL BL 5H | 3 | 3 | 0.0008197920 | [illegible] | | 0.00 | | [illegible] | SV | [illegible] | [illegible] | |
| 05/2018 | BELMONT | OH | | 0.0008197920 | RI | | 0.00 | 0.00 | 0.02 | | [illegible] | | |
| 1553264455 | BLAYNEY E WHL BL 5H-A | 3 | 2 | 0.0008197920 | 1.12 | 2.77 | 917.30 | 2,536.84 | 5.03 | OF | 896.88 | 05 | 1,203.66 |
| 04/2018 | BELMONT | OH | | 0.0008197920 | RI | 1.00000 | 0.75 | 2.09 | 0.00 | | 0.74 | | 1.32 |
| 1553264455 | BLAYNEY E WHL BL 5H-A | 3 | 2 | 0.0008197920 | 1.12 | | 0.00 | | 25.17 | SV | 407.50 | 10 | |
| 04/2018 | BELMONT | OH | | 0.0008197920 | RI | | 0.00 | 0.03 | 0.02 | | 0.00 | | |
| 1553264455 | BLAYNEY E WHL BL 5H-A | 3 | 2 | 0.0008197920 | 1.12 | | | | | | | | |
| 04/2018 | BELMONT | OH | | 0.0008197920 | RI | | 0.00 | 0.03 | | | | | |
| 1553264455 | BLAYNEY E WHL BL 5H-A | 3 | 2 | 0.0008197920 | 1.12 | | | | | | | | |
| 04/2018 | BELMONT | OH | | 0.0008197920 | RI | | 0.00 | 0.00 | | | | | |
| 1553264455 | BLAYNEY E WHL BL 5H-A | 3 | 2 | 0.0008197920 | 1.14 | 2.90 | 570,053.54 | 1,651,556.32 | 2,786.35 | OF | 527,446.18 | 05 | 849,475.70 |
| 05/2018 | BELMONT | OH | | 0.0008197920 | RI | 1.00000 | 467.33 | 1,353.93 | 2.35 | | 432.40 | | 907.23 |
| 1553264455 | BLAYNEY E WHL BL 5H-A | 3 | 2 | 0.0008197920 | 1.14 | | 0.00 | | 13,931.74 | SV | 257,917.05 | 10 | |
| 05/2018 | BELMONT | OH | | 0.0008197920 | RI | | 0.00 | 0.00 | 11.82 | | 0.00 | | |
| 1553264455 | BLAYNEY E WHL BL 5H-A | 3 | 2 | 0.0008197920 | 1.14 | | | | | | | | |
| 05/2018 | BELMONT | OH | | 0.0008197920 | RI | | 0.00 | 0.00 | | | | | |
| 1553264455 | BLAYNEY E WHL BL 5H-A | 3 | 2 | 0.0008197920 | 1.14 | | | | | | | | |
| 05/2018 | BELMONT | OH | | 0.0008197920 | RI | | 0.00 | 0.00 | | | | | |
| 1553264455 | BLAYNEY E WHL BL 5H-A | 3 | 3 | 0.0008197920 | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | OF | [illegible] | [illegible] | [illegible] |
| 05/2018 | BELMONT | OH | | 0.0008197920 | RI | 1.00000 | [illegible] | [illegible] | 0.02 | | [illegible] | | [illegible] |
| 1553264455 | BLAYNEY E WHL BL 5H-A | 3 | 3 | 0.0008197920 | [illegible] | | 0.00 | | [illegible] | SV | [illegible] | [illegible] | |
| 05/2018 | BELMONT | OH | | 0.0008197920 | RI | | 0.00 | 0.00 | 0.02 | | [illegible] | | |
| 1553265455 | BLAYNEY W WHL BL 1H-A | 3 | 2 | 0.0008197920 | 1.12 | 2.77 | 934.77 | 2,588.90 | 5.13 | OF | 913.97 | 05 | 1,226.57 |
| 04/2018 | BELMONT | OH | | 0.0008197920 | RI | 1.00000 | 0.77 | 2.12 | 0.00 | | 0.75 | | 1.36 |
| 1553265455 | BLAYNEY W WHL BL 1H-A | 3 | 2 | 0.0008197920 | 1.12 | | 0.00 | | 25.65 | SV | 415.67 | 10 | |
| 04/2018 | BELMONT | OH | | 0.0008197920 | RI | | 0.00 | 0.00 | 0.02 | | 0.00 | | |
| 1553265455 | BLAYNEY W WHL BL 1H-A | 3 | 2 | 0.0008197920 | 1.12 | | | | | | | | |
| 04/2018 | BELMONT | OH | | 0.0008197920 | RI | | 0.00 | 0.00 | | | | | |
| 1553265455 | BLAYNEY W WHL BL 1H-A | 3 | 2 | 0.0008197920 | 1.12 | | | | | | | | |
| 04/2018 | BELMONT | OH | | 0.0008197920 | RI | | 0.00 | 0.00 | | | | | |
| 1553265455 | BLAYNEY W WHL BL 1H-A | 3 | 2 | 0.0008197920 | 1.14 | 2.90 | 593,929.32 | 1,718,358.88 | 2,901.38 | OF | 549,259.12 | 05 | 884,607.58 |
| 05/2018 | BELMONT | OH | | 0.0008197920 | RI | 1.00000 | 486.65 | 1,409.93 | 2.48 | | 450.28 | | 944.75 |
| 1553265455 | BLAYNEY W WHL BL 1H-A | 3 | 2 | 0.0008197920 | 1.14 | | 0.00 | | 14,507.92 | SV | 268,593.76 | 10 | |
| 05/2018 | BELMONT | OH | | 0.0008197920 | RI | | 0.00 | 0.00 | 12.42 | | 0.00 | | |
| 1553265455 | BLAYNEY W WHL BL 1H-A | 3 | 2 | 0.0008197920 | 1.14 | | | | | | | | |
| 05/2018 | BELMONT | OH | | 0.0008197920 | RI | | 0.00 | 0.00 | | | | | |
| 1553265455 | BLAYNEY W WHL BL 1H-A | 3 | 2 | 0.0008197920 | 1.14 | | | | | | | | |
| 05/2018 | BELMONT | OH | | 0.0008197920 | RI | | 0.00 | 0.00 | | | | | |
| 1553265455 | BLAYNEY W WHL BL 1H-A | 3 | 3 | 0.0008197920 | [illegible] | 63.84 | 120.34 | 7,682.60 | [illegible] | OF | [illegible] | [illegible] | [illegible] |
| 05/2018 | BELMONT | OH | | 0.0008197920 | RI | 1.00000 | 0.10 | 6.40 | 0.02 | | [illegible] | | [illegible] |
| 1553265455 | BLAYNEY W WHL BL 1H-A | 3 | 3 | 0.0008197920 | [illegible] | | 0.00 | | [illegible] | SV | [illegible] | [illegible] | |
| 05/2018 | BELMONT | OH | | 0.0008197920 | RI | | 0.00 | 0.00 | 0.02 | | [illegible] | | |

ASCENT RESOURCES - UTICA, LLC
PO BOX 13678
OKLAHOMA CITY, OK 73113
(405) 252-7600

CHECK NO.: 000041369
CHECK DATE: 07/30/2018
OWNER: 2008091-1

Page 4 of 4

| Legend | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Product Codes (PC)** | **Interest Type** | **Tax Type Codes** | | | | | | **Deduct Codes (Ded C4)** | | | | |
| 1 - Oil (bbl)<br>2 - Gas (mcf)<br>3 - Condensate (bbl)<br>4 - Plant Products (gal)<br>D - Drip Condensate (bbl) | WI - Working Interest<br>RI - Royalty Interest<br>OR - Overriding Royalty | SV - Severance Tax<br>OF - Oil and Gas Fee<br>AV - Ad Valorem<br>CN - Conservation Tax<br>EN - Environmental Tax<br>ES - Emergency School Tax<br>EX - Oil Extraction<br>FB - Federal Backup Withholding<br>FB - Environmental Tax<br>GP - Gas Processor Tax | | | | MP - Marginal Production Tax<br>PE - Petroleum Excise Tax<br>PR - Gross Production Tax<br>PV - Privilege Tax<br>RF - Energy Resource Revolving Fund<br>RG - Rustine Tax<br>RS - Oilfield Site Restoration<br>UI - Unidentified Tax<br>WG - State Withholding Tax | | | 01 - Compression<br>03 - Processing<br>04 - Treating<br>05 - Transportation<br>07 - Fuel<br>08 - Marketing<br>09 - Other<br>10 - Gathering<br>14 - Property Expense | 15 - JIB Netting<br>16 - Unutilized Capacity<br>17 - Gathering Compression<br>18 - Gathering Compression Fuel<br>19 - Transportation Compression<br>20 - Transportation Compression Fuel<br>21 - Processing Fuel | | | |
| **Disposition Codes (DC)** | | | | | | | | | | | | |
| 03 - Sales | 10 - Lease Use | OT - Other | | | | | | | | | | |

| Property Number | Property Name | DC | PC | Net Revenue Interest | BTU Fact | Price $ | Prop Gross Volume | Gross Value $ | Sev. Tax $ | Tax Type Code | Deducts $ | Ded Cd | Net Value $ |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Sales Date Month/Year | County Name | GT | | Disbursement Decimal | Int Type | GNT | Owner Volume | Owner Gross Value $ | Owner Rev. Tax $ | | State Withholding | Owner Deducts $ | Owner Net Value $ |
| | | | | | | | | | | | | | |

| Owner Number : 2008091 | | | | | | | Owner Total | 10,712.75 | 99.46 | | 3,581.58 | | 7,031.93 |

ASCENT RESOURCES - UTICA, LLC
P.O. BOX 13678
OKLAHOMA CITY, OK 73113
(405) 252-7600

CHECK NO.: 000043461
CHECK DATE: 08/30/2018
OWNER: 2008081-1

Page 1 of 3

| | Legend | | |
|---|---|---|---|

**Product Codes (PC)**
1 - Oil (bbl)
2 - Gas (mcf)
3 - Condensate (bbl)
4 - Plant Products (gal)
D - Drip Condensate (bbl)

**Disposition Codes (DC)**
03 - Sales  10 - Lease Use  OT - Other

**Interest Type**
WI - Working Interest
RI - Royalty Interest
OR - Overriding Royalty

**Tax Type Codes**
SV - Severance Tax
OF - Oil and Gas Fee
AV - Ad Valorem
CN - Conservation Tax
EN - Environmental Tax
SS - Emergency School Tax
EX - Oil Extraction
FB - Federal Backup Withholding
PE - Environmental Tax
GP - Gas Processor Tax

MP - Marginal Production Tax
PE - Petroleum Excise Tax
PR - Gross Production Tax
PV - Privilege Tax
RF - Energy Resource Revolving Fund
RG - Pipeline Tax
R3 - Oilfield Site Restoration
UI - Unleaded Tax
WH - State Withholding Tax

**Deduct Codes (Ded Cd)**
01 - Compression
03 - Processing
04 - Treating
05 - Transportation
07 - Fuel
08 - Marketing
09 - Other
10 - Gathering
14 - Property Expense
15 - JIB Netting
16 - Unutilized Capacity
17 - Gathering Compression
18 - Gathering Compression Fuel
19 - Transportation Compression
20 - Transportation Compression Fuel
21 - Processing Fuel

| Property Number | Property Name | DC | PC | Net Revenue Interest | BTU Fact | Price $ | Gross Volume | Gross Value $ | Sev Tax $ | Tax Type Code | Deducts $ | Ded Cd | Net Value $ |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Sales Disc Month/Year | Entity Name | ST | | Disbursement Decimal | Int Type | CMI | Owner Volume | Owner Gross Value $ | Owner Sev Tax $ | State Withholding | Owner Deducts $ | | Owner Net Value $ |

Details follow this page.

ASCENT RESOURCES - UTICA, LLC
PO BOX 13678
OKLAHOMA CITY, OK 73113
(405) 252-7600

BANK OF OKLAHOMA
ONE WILLIAMS CENTER
TULSA, OK 74172
86-3/1039

CHECK NO.: 000043461
CHECK DATE: 08/30/2018
OWNER: 2008081-1

PAY TO THE ORDER OF  BRIAN C & CYNTHIA K EATON JT WROS

S****6,187.88

SIX THOUSAND ONE HUNDRED EIGHTY-SEVEN DOLLARS AND EIGHTY-EIGHT CENTS****

BRIAN C & CYNTHIA K EATON JT WROS
1901 PENNSYLVANIA AVE
BELPRE, OH 45714

VOID

ASCENT RESOURCES - UTICA, LLC
PO BOX 13678
OKLAHOMA CITY, OK 73113
(405) 252-7600

CHECK NO.: 000043461
CHECK DATE: 08/30/2018
OWNER: 2008091-1

Page 2 of 3

## Legend

| Product Codes [PC] | Interest Type | Tax Type Codes | | Deduct Codes [Ded Cd] | |
|---|---|---|---|---|---|
| 1 – Oil (bbl) | WI – Working Interest | SV – Severance Tax | MP – Marginal Production Tax | 01 – Compression | 16 – JIB Netting |
| 2 – Gas (mcf) | RI – Royalty Interest | OF – Oil and Gas Fee | PE – Petroleum Excise Tax | 03 – Processing | 16 – Unutilized Capacity |
| 3 – Condensate (bbl) | OR – Overriding Royalty | AV – Ad Valorem | PR – Gross Production Tax | 04 – Treating | 17 – Gathering Compression |
| 4 – Plant Products (gal) | | CN – Conservation Tax | PV – Privilege Tax | 05 – Transportation | 18 – Gathering Compression Fuel |
| D – Drip Condensate (bbl) | | EN – Environmental Tax | RF – Energy Resource Revolving Fund | 07 – Fuel | 19 – Transportation Compression |
| | | ES – Emergency School Tax | RG – Pipeline Tax | 08 – Marketing | 20 – Transportation Compression Fuel |
| Disposition Codes (DC) | | EX – Oil Extraction | RE – Oilfield Site Restoration | 09 – Other | 21 – Processing Fuel |
| | | FB – Federal Backup Withholding | UI – Unidentified Tax | 10 – Gathering | |
| 03 – Sales | 10 – Lease Use | DT – Other | FE – Environmental Tax | WH – State Withholding Tax | 11 – Property Expense | |
| | | | GP – Gas Processor Tax | | |

| Property Number | Property Name | DC | PC | Net Revenue Interest | Price $ | Prop Gross Volume | Gross Value $ | Tax Type Code | Deduct $ | Ded Cd | Net Value $ |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Sales Date Month/Year | County Name | ST | | Disbursement Decimal | BTU Fact | Owner Volume | Owner Gross Value $ | Sev. Tax $ | Other Deduct $ | | Owner NRI Value $ |
| | | | | | Int Type | GNI | | Prop Tax $ | State Withholding | Owner Sev. Tax $ | State Withholding | |
| 1340170436 | CHC DUTTON W WHL 8L 3H | 3 | 2 | 0.0000701313 | 1.05 | 2.96 | 89,424.50 | 198,291.40 | 332.60 | OF | 8,654.62 | 18 | 113,465.16 |
| 06/2018 | BELMONT | OH | | 1.0000 | RI | 6.0000 | 8.06 | 14.10 | 0.03 | | 0.00 | | 10.39 |
| 1340170455 | CHC DUTTON W WHL 6H | 3 | 2 | 0.0000701313 | 1.28 | | 0.00 | | | SV | 54,826.39 | 05 | |
| 06/2018 | BELMONT | OH | | 0.0000701313 | RI | | 0.00 | 8.80 | 0.13 | | 3.95 | | |
| 1340170455 | CHC DUTTON W WHL 3H | 3 | 2 | 0.0000701313 | 1.60 | | | | | | 19,831.40 | 10 | |
| 06/2018 | BELMONT | OH | | 0.0000701313 | RI | | 0.00 | 8.00 | | | 0.00 | | |
| 1340170455 | CHC DUTTON W WHL 5H | 3 | 2 | 0.0000701313 | 1.09 | | | | | | | | |
| 06/2018 | BELMONT | OH | | 0.0000701313 | RI | | 0.00 | 8.00 | | | | | |
| 1340170455 | CHC DUTTON W WHL 8L 3H | 3 | 2 | 0.0000701313 | 1.09 | | | | | | | | |
| 06/2018 | BELMONT | OH | | 0.0000701313 | RI | | 0.00 | 5.00 | | | | | |
| 1340179455 | CHC DUTTON W WHL 8L 3H | 3 | 2 | 0.0000701313 | 1.05 | | 193,600.00 | | | | | | |
| 06/2018 | BELMONT | OH | | 0.0000701313 | RI | | 0.00 | | | | | | |
| 1340229456 | CAPSTONE HOLDINGS 2H-9 | 3 | 2 | 0.0425718406 | 1.05 | 2.96 | 24,953.50 | 76,506.68 | 128.78 | OF | 3,378.11 | 18 | 44,263.77 |
| 06/2018 | BELMONT | OH | | 0.0425718406 | RI | 1.0000 | 1,046.78 | 2,894.96 | 5.50 | | 8.80 | | 2,145.78 |
| 1340229456 | CAPSTONE HOLDINGS 2H-9 | 3 | 2 | 0.0425718406 | 1.69 | | 0.00 | | 543.89 | SV | 19,572.43 | 05 | |
| 06/2018 | BELMONT | OH | | 0.0425718406 | RI | | 0.00 | 0.00 | 27.49 | | 813.21 | | |
| 1340229456 | CAPSTONE HOLDINGS 2H-9 | 3 | 2 | 0.0425718406 | 1.09 | | | | | | 7,095.88 | 10 | |
| 06/2018 | BELMONT | OH | | 0.0425718406 | RI | | 0.00 | 0.00 | | | 0.00 | | |
| 1340229456 | CAPSTONE HOLDINGS 2H-9 | 3 | 2 | 0.0425718406 | 1.09 | | | | | | | | |
| 06/2018 | BELMONT | OH | | 0.0425718406 | RI | | 0.00 | 0.00 | | | | | |
| 1340229456 | CAPSTONE HOLDINGS 2H-9 | 3 | 2 | 0.0425718406 | RI | | 0.00 | | | | | | |
| 06/2018 | BELMONT | OH | | 0.0425718406 | RI | | 0.00 | | | | | | |
| 1340229456 | CAPSTONE HOLDINGS 2H-9 | | | | | | | | | | | | |
| 06/2018 | BELMONT | OH | | | RI | | | | | | | | |
| 1340229456 | CAPSTONE HOLDINGS 2H-9 | 3 | 2 | 0.0100452500 | 1.09 | 2.96 | 33,157.41 | 84,685.69 | 173.22 | OF | 4,143.15 | 18 | 54,191.41 |
| 06/2018 | BELMONT | OH | | 0.0100452500 | RI | 1.2000 | 333.27 | 851.14 | 1.74 | | 0.00 | | 591.42 |
| 1340229456 | CAPSTONE HOLDINGS 2H-9 | 3 | 2 | 0.0100452500 | 1.69 | | 0.30 | 0.00 | 666.62 | SV | 25,903.95 | 05 | |
| 06/2018 | BELMONT | OH | | 0.0100452500 | RI | | | | 8.71 | | 289.21 | | |
| 1340229456 | CAPSTONE HOLDINGS 2H-9 | 3 | 2 | 0.0100452500 | 1.09 | | | | | | 9,368.78 | 10 | |
| 06/2018 | BELMONT | OH | | 0.0100452500 | RI | | 0.00 | | | | 0.00 | | |
| 1340229456 | CAPSTONE HOLDINGS 2H-9 | 3 | 2 | 0.0100452500 | 1.09 | | | | | | | | |
| 06/2018 | BELMONT | OH | | 0.0100452500 | RI | | 0.00 | 0.00 | | | | | |
| 1340229456 | CAPSTONE HOLDINGS 2H-9 | 3 | | 0.0100452500 | 1.05 | | | | | | | | |
| 06/2018 | BELMONT | OH | | 0.0100452500 | RI | | 0.00 | | | | | | |
| 1340229456 | CAPSTONE HOLDINGS 2H-9 | | | | | | | | | | | | |
| 06/2018 | BELMONT | OH | | 0.0000701313 | RI | | | | | | | | |
| 1340229456 | CHC DUTTON W WHL 8L 4H | 3 | 2 | 0.0000701313 | 1.09 | 2.96 | 61,403.84 | 179,347.23 | 320.99 | OF | 7,567.12 | 18 | 102,966.47 |
| 06/2018 | BELMONT | OH | | 0.0000701313 | RI | 1.0000 | 4.49 | 12.83 | 0.02 | | 0.00 | | 6.19 |
| 1340229456 | CHC DUTTON W WHL 8L 4H | 3 | 2 | 0.0000701313 | 1.29 | | 0.00 | 0.00 | 1,684.86 | SV | 47,786.81 | 05 | |
| 06/2018 | BELMONT | OH | | 0.0000701313 | RI | | 0.00 | 0.00 | 0.72 | | 3.50 | | |
| 1340229456 | CHC DUTTON W WHL 8L 4H | 3 | 2 | 0.0000701313 | 1.09 | | | | | | 17,511.02 | 10 | |
| 06/2018 | BELMONT | OH | | 0.0000701313 | RI | | 0.00 | 0.00 | | | 0.00 | | |
| 1340229456 | CHC DUTTON W WHL 8L 4H | 3 | 2 | 0.0000701313 | 1.09 | | | | | | | | |
| 06/2018 | BELMONT | OH | | 0.0000701313 | RI | | 0.00 | 0.00 | | | | | |
| 1340229456 | CHC DUTTON W WHL 8L 4H | 3 | 2 | 0.0000701313 | 1.05 | | | | | | | | |
| 06/2018 | BELMONT | OH | | 0.0000701313 | RI | | 0.00 | | | | | | |
| 1340462456 | CHC DUTTON N WHL 8L 3H | | | 0.0000701313 | RI | | 185,000.00 | | | | | | |
| 06/2018 | BELMONT | OH | | 0.0000701313 | RI | | | | | | | | |
| 1340462456 | BLANKEY N WHL 8L 3H | 3 | 2 | 0.0108167920 | 1.15 | 2.96 | 547,960.20 | 634,196.76 | 2,103.60 | OF | 523,221.89 | 05 | 854,800.39 |
| 06/2018 | BELMONT | OH | | 0.0108167920 | RI | 1.0000 | 245.21 | 1,331.43 | 2.31 | | 421.83 | | 889.72 |
| 1340462456 | BLANKEY N WHL 8L 3H | 3 | 2 | 0.0108167920 | 1.15 | | 0.00 | | 13,467.08 | SV | 240,997.78 | 10 | |
| 06/2018 | BELMONT | OH | | 0.0108167920 | RI | | 0.00 | 0.00 | 11.53 | | 0.00 | | |
| 1340462456 | BLANKEY N WHL 8L 3H | 3 | 2 | 0.0108167920 | 1.15 | | | | | | | | |
| 06/2018 | BELMONT | OH | | 0.0108167920 | RI | | 0.00 | | | | | | |

ASCENT RESOURCES - UTICA, LLC
PO BOX 13678
OKLAHOMA CITY, OK 73113
(405) 252-7600

CHECK NO.: 000043481
CHECK DATE: 03/30/2018
OWNER: 2008091-1

Page 3 of 3

| Legend | | | |
|---|---|---|---|
| Product Codes (PC) | Interest Type | Tax Type Codes | Deduct Codes (Ded Cd) |
| 1 – Oil (bbl) | WI – Working Interest | SV – Severance Tax / MP – Marginal Production Tax | 01 – Compression / 15 – JIB Netting |
| 2 – Gas (mcf) | RI – Royalty Interest | OF – Oil and Gas Fee / PE – Petroleum Excise Tax | 03 – Processing / 16 – Unutilized Capacity |
| 3 – Condensate (bbl) | OR – Overriding Royalty | AV – Ad Valorem / PR – Gross Production Tax | 04 – Treating / 17 – Gathering Compression |
| 4 – Plant Products (gal) | | CN – Conservation Tax / PV – Privilege Tax | 05 – Transportation / 18 – Gathering Compression Fuel |
| 5 – Drip Condensate (bbl) | | EN – Environmental Tax / RF – Energy Resource Revolving Fund | 07 – Fuel / 19 – Transportation Compression |
| | | SS – Emergency School Tax / RG – Pipeline Tax | 08 – Marketing / 20 – Transportation Compression Fuel |
| Disposition Codes (DC) | | EX – Oil Extraction / RS – Oilfield Site Restoration | 09 – Other / 21 – Processing Fuel |
| SG – Sales / 10 – Lease Use / OT – Other | | FB – Federal Excise Withholding / UI – Unidentified Tax | 10 – Gathering |
| | | FS – Environmental Tax / WH – State Withholding Tax | 14 – Property Expense |
| | | GP – Gas Processor Tax | |

| Property Number / Sales Date / Month/Year | Property Name / County Name | DC | PC | Net Revenue Interest / Disbursement Decimal | BTU Fact / Int Type | Price $ | Prop Gross Volume / Owner Volume | Gross Value $ / Owner Gross Value $ | Sev. Tax $ / Owner Sev. Tax $ | Tax Type Code / State Withholding | Deducts $ / Owner Deducts $ | Ded Cd | Net Value $ / Owner Net Value $ |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1340462155 | SLAYNEY N WHL BL 2H | 5 | 2 | 0.00081197920 | 1.16 | | 0.00 | | | | | | |
| 06/2018 | BELMONT | | | 0.00081197920 | RI | | 0.00 | 0.00 | | | | | |
| 1352634144 | SLAYNEY E WHL BL 5H-A | 3 | 2 | 0.00081197920 | 1.16 | | | | | | | | |
| | BELMONT | | | 0.00081197920 | RI | | | | | | | | |
| | SLAYNEY E WHL BL 5H-A | | | 0.00081197920 | | | | | | | | | |
| | BELMONT | | | 0.00081197920 | | | | | | | | | |
| 1352634455 | SLAYNEY E WHL BL 5H-A | 3 | 2 | 0.00081197920 | 1.16 | 2.98 | 350,207.31 | 1,031,112.05 | 2,705.05 | OF | 636,433.40 | 03 | 338,370.15 |
| 06/201K | BELMONT | | CH | 1.00000 | RI | | 451.13 | 1,337.17 | 2.32 | | 430.76 | | 422.51 |
| 1352634455 | SLAYNEY E WHL BL 5H-A | 3 | 2 | 0.00081197920 | 1.16 | | 0.00 | | 13,625.42 | 6V | 251,358.05 | 10 | 0.00 |
| 06/2018 | BELMONT | | CH | 0.00081197920 | RI | | 0.00 | 0.00 | 11.58 | | 0.00 | | |
| 1352634455 | SLAYNEY E WHL BL 5H-A | 3 | 2 | 0.00081197920 | 1.16 | | 0.00 | | | | | | |
| 06/2018 | BELMONT | | CH | 0.00081197920 | RI | | 0.00 | 0.00 | | | | | |
| 1352634455 | SLAYNEY E WHL BL 5H-A | 3 | 2 | 0.00081197920 | 1.15 | | | | | | | | |
| 06/2018 | BELMONT | | CH | 0.00081197920 | RI | | | | | | | | |
| 1352634455 | SLAYNEY E WHL BL 5H-A | 3 | 2 | 0.00081197920 | 1.16 | | | | | | | | |
| 06/2018 | BELMONT | | CH | 0.00081197920 | RI | | | | | | | | |
| 1352634455 | SLAYNEY W WHL BL 1H-A | 3 | 2 | 0.00081197920 | 1.16 | 2.96 | 567,931.45 | 1,822,669.11 | 2,988.18 | OF | 580,085.66 | 03 | 925,480.36 |
| 06/2018 | BELMONT | | CH | 0.00081197920 | RI | 1.00000 | 438.01 | 1,476.12 | 2.56 | | 476.53 | | 935.25 |
| 1352634455 | SLAYNEY W WHL BL 1H-A | 3 | 2 | 0.00081197920 | 1.16 | | 0.00 | | 14,925.92 | 6V | 277,146.73 | 10 | |
| 06/2018 | BELMONT | | CH | 0.00081197920 | RI | | 0.00 | 0.00 | 12.76 | | 0.00 | | |
| 1352634455 | SLAYNEY W WHL BL 1H-A | 3 | 2 | 0.00081197920 | 1.16 | | | | | | | | |
| 06/2018 | BELMONT | | CH | 0.00081197920 | RI | | 0.00 | | | | | | |
| 1352634455 | SLAYNEY W WHL BL 1H-A | 3 | 2 | 0.00081197920 | 1.16 | | 0.00 | | | | | | |
| 06/2018 | BELMONT | | CH | 0.00081197920 | RI | | 0.00 | 0.00 | | | | | |
| 1352634455 | SLAYNEY W WHL BL 1H-A | 3 | 2 | 0.00081197920 | 1.16 | | | | | | | | |
| 06/2018 | BELMONT | | | 0.00081197920 | RI | | | | | | | | |
| 1352634455 | SLAYNEY W WHL BL 1H-A | 3 | 2 | 0.00081197920 | | | | | | | | | |
| 06/2018 | BELMONT | | | | | | | | | | | | |

| Owner Number : 2008091 | | | | | Owner Total | 9,629.76 | 38.82 | 0.00 | 3,255.00 | 6,187.83 |

ASCENT RESOURCES - UTICA, LLC
PO BOX 13678
OKLAHOMA CITY, OK 73113
(405) 252-7600

CHECK NO.: 000045644
CHECK DATE: 09/27/2018
OWNER: 2008091-1

Page 1 of 3

| Legend | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Product Codes (PC) | | Interest Type | | Tax Type Codes | | | | | Deduct Codes (Ded Cd) | | | | | |
| 1 - Oil (bbl) | | WI - Working Interest | | SV - Severance Tax | | NP - Marginal Production Tax | | | 01 - Compression | | 15 - JIB Netting | | | |
| 2 - Gas (mcf) | | RI - Royalty Interest | | CF - Oil and Gas Fee | | PE - Petroleum Excise Tax | | | 03 - Processing | | 16 - Unutilized Capacity | | | |
| 3 - Condensate (bbl) | | OR - Overriding Royalty | | AV - Ad Valorem | | PK - Gross Production Tax | | | 04 - Treating | | 17 - Gathering Compression | | | |
| 4 - Plant Products (gal) | | | | CN - Conservation Tax | | PV - Privilege Tax | | | 05 - Transportation | | 18 - Gathering Compression Fuel | | | |
| C - Digi Condensate (bbl) | | | | EN - Environmental Tax | | RF - Energy Resource Recycling Fund | | | 07 - Fuel | | 19 - Transportation Compression | | | |
| | | | | EG - Emergency School Tax | | RG - Pipeline Tax | | | 08 - Marketing | | 20 - Transportation Compression Fuel | | | |
| Disposition Codes (DC) | | | | EX - Oil Extraction | | RB - Oilfield Site Restoration | | | 09 - Other | | 21 - Processing Fuel | | | |
| 03 - Sales | 10 - Lease Use | OT - Other | | FB - Federal Backup Withholding | | UI - Unidentified Tax | | | 10 - Gathering | | | | | |
| | | | | FE - Environmental Tax | | WH - State Withholding Tax | | | 14 - Property Expense | | | | | |
| | | | | GP - Gas Production Tax | | | | | | | | | | |

| Property Number | Property Name | | DC | PC | Net Revenue Interest | BTU Fac | Price $ | Gross Volume | Gross Value $ | Sev Tax $ | Tax Type Code | Deducts $ | Ded Cd | Net Value $ |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Sales Date Month/Year | County Name | | ST | | Disbursement Decimal | Int Type | GMD | Owner Volume | Owner Gross Value $ | Owner Sev Tax $ | State Withholding | Owner Deducts $ | | Owner Net Value $ |

Details follow this page.

ASCENT RESOURCES - UTICA, LLC
PO BOX 13678
OKLAHOMA CITY, OK 73113
(405) 252-7600

BANK OF OKLAHOMA
ONE WILLIAMS CENTER
TULSA, OK 74172
86-3/1039

CHECK NO.: 000045644
CHECK DATE: 09/27/2018
OWNER: 2008091-1

PAY TO THE
ORDER OF    BRIAN C & CYNTHIA K EATON JTWROS

$*****6,400.57

SIX THOUSAND FOUR HUNDRED DOLLARS AND FIFTY SEVEN CENTS*****

BRIAN C & CYNTHIA K EATON JTWROS
1901 PENNSYLVANIA AVE
BELPRE, OH 45714

VOID

ASCENT RESOURCES - UTICA, LLC
PO BOX 13678
OKLAHOMA CITY, OK 73113
(405) 252-7600

CHECK NO.: 000045644
CHECK DATE: 09/27/2018
OWNER: 2008091-1

**Legend**

| Product Codes (PC) | Interest Type | Tax Type Codes | | Deduct Codes (Ded Cd) | |
|---|---|---|---|---|---|
| 1 - Oil (bbl) | WI - Working Interest | SV - Severance Tax | MP - Marginal Production Tax | 01 - Compression | 15 - JIB Netting |
| 2 - Gas (mcf) | RI - Royalty Interest | OF - Oil and Gas Fee | PE - Petroleum Excise Tax | 03 - Processing | 16 - Unutilized Capacity |
| 3 - Condensate (bbl) | OR - Overriding Royalty | AV - Ad Valorem | PR - Gross Production Tax | 04 - Treating | 17 - Gathering Compression |
| 4 - Plant Products (gal) | | CN - Conservation Tax | PV - Privilege Tax | 05 - Transportation | 18 - Gathering Compression Fuel |
| D - Drip Condensate (bbl) | | EN - Environmental Tax | RF - Energy Resource Revolving Fund | 07 - Fuel | 19 - Transportation Compression |
| Disposition Codes (DC) | | ES - Emergency School Tax | RG - Pipeline Tax | 08 - Marketing | 20 - Transportation Compression Fuel |
| 03 - Sales | 10 - Lease Use / OT - Other | EX - Oil Extraction | RS - Oilfield Site Restoration | 09 - Other | 21 - Processing Fuel |
| | | FB - Federal Backup Withholding | UI - Unidentified Tax | 10 - Gathering | |
| | | FE - Environmental Tax | WH - State Withholding Tax | 14 - Property Expense | |
| | | GP - Gas Processor Tax | | | |

| Property Number / Sales Date Month/Year | Property Name / County Name | DC / ST | PC | Net Revenue Interest / Disbursement Decimal | BTU Fctr / Int Type | Price $ / GMI | Prop Gross Volume / Owner Volume | Gross Value $ / Owner Gross Value $ | Sev. Tax $ / Owner Sev. Tax $ | Tax Type Code / State Withholding | Deducts $ / Owner Deducts $ | Ded Cd | Net Value $ / Owner Net Value $ |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1340179455 | CHC DUTTON W WHL BL 5H | 3 | 2 | 0.0000731313 | 1.08 | 3.09 | 88,254.95 | 204,914.75 | 356.89 | OF | 8,699.71 | 18 | 107,072.68 |
| 07/2018 | BELMONT | OH | | 0.0000731313 | RI | 1.00000 | 4.85 | 14.98 | 0.03 | | 0.00 | | 8.90 |
| 1340179455 | CHC DUTTON W WHL BL 5H | 3 | 2 | 0.0000731313 | 1.08 | | 0.00 | | 1,784.45 | SV | 67,358.19 | 05 | |
| 07/2018 | BELMONT | OH | | 0.0000731313 | RI | | 0.00 | 0.00 | 0.13 | | 4.92 | | |
| 1340179455 | CHC DUTTON W WHL BL 5H | 3 | 2 | 0.0000731313 | 1.08 | | | | | | 18,635.87 | 10 | |
| 07/2018 | BELMONT | OH | | 0.0000731313 | RI | | 0.00 | 0.00 | | | 0.00 | | |
| 1340179455 | CHC DUTTON W WHL BL 5H | 3 | 2 | 0.0000731313 | 1.08 | | | | | | | | |
| 07/2018 | BELMONT | OH | | 0.0000731313 | RI | | 0.00 | 0.00 | | | | | |
| 1340179455 | CHC DUTTON W WHL BL 5H | 3 | 2 | 0.0000731313 | 1.08 | | | | | | | | |
| 07/2018 | BELMONT | OH | | 0.0000731313 | RI | | 0.00 | 0.00 | | | | | |
| 1340179455 | CHC DUTTON W WHL BL 5H | 3 | [illegible] | 0.0000731313 | [illegible] | [illegible] | 193,665.07 | [illegible] | [illegible] | [illegible] | [illegible] | 03 | [illegible] |
| 07/2018 | BELMONT | OH | | 0.0000731313 | RI | 1.00000 | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | | [illegible] |
| 1340229455 | CAPSTONE HOLDINGS 2H-9 | 3 | 2 | 0.0425718408 | 1.08 | 3.09 | 18,550.53 | 57,338.19 | 98.85 | OF | 2,434.35 | 18 | 29,563.02 |
| 07/2018 | BELMONT | OH | | 0.0425718408 | RI | 1.00000 | 780.74 | 2,441.04 | 4.26 | | 0.00 | | 1,612.04 |
| 1340229455 | CAPSTONE HOLDINGS 2H-9 | 3 | 2 | 0.0425718408 | 1.08 | | 0.00 | | 409.32 | SV | 18,850.94 | 05 | |
| 07/2018 | BELMONT | OH | | 0.0425718408 | RI | | 0.00 | 0.00 | 21.32 | | 802.52 | | |
| 1340229455 | CAPSTONE HOLDINGS 2H-9 | 3 | 2 | 0.0425718408 | 1.08 | | | | | | 6,491.70 | 10 | |
| 07/2018 | BELMONT | OH | | 0.0425718408 | RI | | 0.00 | 0.00 | | | 0.00 | | |
| 1340229455 | CAPSTONE HOLDINGS 2H-9 | 3 | 2 | 0.0425718408 | 1.08 | | | | | | | | |
| 07/2018 | BELMONT | OH | | 0.0425718408 | RI | | 0.00 | 0.00 | | | | | |
| 1340229455 | CAPSTONE HOLDINGS 2H-9 | 3 | 2 | 0.0425718408 | 1.08 | | | | | | | | |
| 07/2018 | BELMONT | OH | | 0.0425718408 | RI | | 0.00 | 0.00 | | | | | |
| 1340229455 | CAPSTONE HOLDINGS 2H-9 | 3 | [illegible] | 0.0425718408 | [illegible] | [illegible] | [illegible] | 121,866.03 | [illegible] | [illegible] | [illegible] | 03 | [illegible] |
| 07/2018 | BELMONT | OH | | 0.0425718408 | RI | 1.00000 | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | | [illegible] |
| 1340230455 | CAPSTONE HOLDINGS 3H-9 | 3 | 2 | 0.0100452500 | 1.08 | 3.09 | 32,833.18 | 101,495.93 | 179.75 | OF | 4,308.61 | 18 | 53,032.20 |
| 07/2018 | BELMONT | OH | | 0.0100452500 | RI | 1.00000 | 329.82 | 1,019.45 | 1.78 | | 0.00 | | 573.83 |
| 1340230455 | CAPSTONE HOLDINGS 3H-9 | 3 | 2 | 0.0100452500 | 1.08 | | 0.00 | | 853.77 | SV | 33,364.71 | 05 | |
| 07/2018 | BELMONT | OH | | 0.0100452500 | RI | | 0.00 | 0.00 | 8.88 | | 335.16 | | |
| 1340230455 | CAPSTONE HOLDINGS 3H-9 | 3 | 2 | 0.0100452500 | 1.08 | | | | | | 9,718.89 | 10 | |
| 07/2018 | BELMONT | OH | | 0.0100452500 | RI | | 0.00 | 0.00 | | | 0.00 | | |
| 1340230455 | CAPSTONE HOLDINGS 3H-9 | 3 | 2 | 0.0100452500 | 1.08 | | | | | | | | |
| 07/2018 | BELMONT | OH | | 0.0100452500 | RI | | 0.00 | 0.00 | | | | | |
| 1340230455 | CAPSTONE HOLDINGS 3H-9 | 3 | 2 | 0.0100452500 | 1.08 | | | | | | | | |
| 07/2018 | BELMONT | OH | | 0.0100452500 | RI | | 0.00 | 0.00 | | | | | |
| 1340230455 | CAPSTONE HOLDINGS 3H-9 | 3 | [illegible] | 0.0100452500 | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | 03 | [illegible] |
| 07/2018 | BELMONT | OH | | 0.0100452500 | RI | 1.00000 | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | | [illegible] |
| 1340239455 | CHC DUTTON W WHL BL 4H | 3 | 2 | 0.0000731313 | 1.08 | 3.09 | 58,514.84 | 180,886.20 | 315.01 | OF | 7,578.72 | 18 | 94,512.91 |
| 07/2018 | BELMONT | OH | | 0.0000731313 | RI | 1.00000 | 4.28 | 13.22 | 0.02 | | 0.00 | | 6.74 |
| 1340239455 | CHC DUTTON W WHL BL 4H | 3 | 2 | 0.0000731313 | 1.08 | | 0.00 | | 1,575.03 | SV | 59,451.93 | 05 | |
| 07/2018 | BELMONT | OH | | 0.0000731313 | RI | | 0.00 | 0.00 | 0.11 | | 4.35 | | |
| 1340239455 | CHC DUTTON W WHL BL 4H | 3 | 2 | 0.0000731313 | 1.08 | | | | | | 17,322.50 | 10 | |
| 07/2018 | BELMONT | OH | | 0.0000731313 | RI | | 0.00 | 0.00 | | | 0.00 | | |
| 1340239455 | CHC DUTTON W WHL BL 4H | 3 | 2 | 0.0000731313 | 1.08 | | | | | | | | |
| 07/2018 | BELMONT | OH | | 0.0000731313 | RI | | 0.00 | 0.00 | | | | | |
| 1340239455 | CHC DUTTON W WHL BL 4H | 3 | 2 | 0.0000731313 | 1.08 | | | | | | | | |
| 07/2018 | BELMONT | OH | | 0.0000731313 | RI | | 0.00 | 0.00 | | | | | |
| 1340239455 | CHC DUTTON W WHL BL 4H | 3 | [illegible] | 0.0000731313 | [illegible] | [illegible] | [illegible] | 75,025.45 | [illegible] | [illegible] | [illegible] | 03 | [illegible] |
| 07/2018 | BELMONT | OH | | 0.0000731313 | RI | 1.00000 | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | | [illegible] |
| 1340462455 | BLAYNEY N WHL BL 3H | 3 | 2 | 0.0008197920 | 1.15 | 3.10 | 608,846.98 | 1,878,220.20 | 2,948.51 | OF | 557,258.80 | 05 | 1,026,192.30 |
| 07/2018 | BELMONT | OH | | 0.0008197920 | RI | 1.00000 | 498.67 | 1,539.75 | 2.56 | | 456.84 | | 1,067.57 |
| 1340462455 | BLAYNEY N WHL BL 3H | 3 | 2 | 0.0008197920 | 1.15 | | 0.00 | | 14,932.83 | SV | 276,850.05 | 10 | |
| 07/2018 | BELMONT | OH | | 0.0008197920 | RI | | 0.00 | 0.00 | 12.73 | | 0.00 | | |
| 1340462455 | BLAYNEY N WHL BL 3H | 3 | 2 | 0.0008197920 | 1.15 | | | | | | | | |
| 07/2018 | BELMONT | OH | | 0.0008197920 | RI | | 0.00 | 0.00 | | | | | |

ASCENT RESOURCES - UTICA, LLC
PO BOX 13678
OKLAHOMA CITY, OK 73113
(405) 252-7800

CHECK NO.: 080045644
CHECK DATE: 08/27/2018
OWNER: 2008091-1

Page 3 of 3

### Legend

| Product Codes (PC) | Interest Type | Tax Type Codes | | Deduct Codes (Ded Cd) | |
|---|---|---|---|---|---|
| 1 - Oil (bbl) | WI - Working Interest | SV - Severance Tax | MP - Marginal Production Tax | 01 - Compression | 16 - JIB Netting |
| 2 - Gas (mcf) | RI - Royalty Interest | OF - Oil and Gas Fee | PE - Petroleum Excise Tax | 03 - Processing | 18 - Unutilized Capacity |
| 3 - Condensate (bbl) | OR - Overriding Royalty | AV - Ad Valorem | PR - Gross Production Tax | 04 - Treating | 17 - Gathering Compression |
| 4 - Plant Products (gal) | | CN - Condensate Tax | PV - Privilege Tax | 05 - Transportation | 18 - Gathering Compression Fuel |
| D - Drip Condensate (bbl) | | EN - Environmental Tax | RF - Energy Resource Revolving Fund | 07 - Fuel | 19 - Transportation Compression |
| | | SB - Emergency School Tax | RG - Pipeline Tax | 08 - Marketing | 20 - Transportation Compression Fuel |
| Disposition Codes (DC) | | EX - Oil Extraction | RS - Oilfield Site Restoration | 09 - Other | 21 - Processing Fuel |
| 03 - Sales | 10 - Lease Use | OT - Other | FB - Federal Backup Withholding | UI - Unidentified Tax | 10 - Gathering |
| | | | FE - Environmental Tax | WH - State Withholding Tax | 14 - Property Expense |
| | | | GP - Gas Processor Tax | | |

| Property Number / Sales Date MonthYear | Property Name / County Name | DC/GT | PC | Net Revenue Interest / Disbursement Decimal | BTU Fac / Int Type | Price $ / GNI | Prop Gross Volume / Owner Volume | Gross Value $ / Owner Gross Value $ | Sev. Tax $ / Owner Sev. Tax $ | Tax Type Code / State Withholding | Deducts $ / Owner Deducts $ | Ded Cd | Net Value $ / Owner Net Value $ |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1530462455 | GLAYNEY N WHL BL 3H | 3 | 2 | 0.00081979 | 1.15 | | 0.00 | | | | | | |
| 07/2018 | BELMONT | OH | | 0.00081979 | RI | | 0.00 | 0.00 | | | | | |
| 153048 | BLAYNEY | 3 | 2 | 0.00081979 | 1.15 | 2.10 | | | | | | | |
| | BELMONT | OH | | 0.00081979 | RI | | | | | | | | |
| 07/2018 | BELMONT | | | 0.00081979 | | | | | | | | | |
| 1553284455 | BLAYNEY E WHL BL 1H-A | 3 | 2 | 0.00081979 | 1.15 | 2.10 | 624,545.23 | 1,906,311.71 | 3,073.88 | OF | 674,484.27 | 09 | 1,657,801.42 |
| 07/2018 | BELMONT | OH | | 0.00081979 | RI | 1.00000 | 512.02 | 1,587.27 | 2.64 | | 420.57 | | 1,300.83 |
| 1553284455 | BLAYNEY E WHL BL 1H-A | 3 | 2 | 0.00081979 | 1.15 | | 0.00 | | 16,334.58 | SV | -285,412.76 | 10 | |
| 07/2018 | BELMONT | OH | | 0.00081979 | RI | | 0.00 | 0.00 | 13.13 | | | | |
| 1553284455 | BLAYNEY E WHL BL 1H-A | 3 | 2 | 0.00081979 | 1.15 | | 0.00 | | | | | | |
| 07/2018 | BELMONT | OH | | 0.00081979 | RI | | 0.00 | 0.00 | | | | | |
| 1553284455 | BLAYNEY E WHL BL 1H-A | 3 | 2 | 0.00081979 | 1.15 | | 0.00 | | | | | | |
| 07/2018 | BELMONT | OH | | 0.00081979 | RI | | 0.00 | 0.00 | | | | | |
| 1553284455 | BLAYNEY | 3 | 2 | 0.00081979 | | | | | | | | | |
| 07/2018 | BELMONT | OH | | 0.00081979 | RI | | | | | | | | |
| 1553284455 | BLAYNEY | | | 0.00081979 | | | | | | | | | |
| 07/2018 | BELMONT | | | 0.00081979 | | | | | | | | | |
| 1553285455 | BLAYNEY W WHL BL 1H-A | 3 | 2 | 0.00081979 | 1.15 | | 729,854.04 | 2,203,542.59 | 3,847.49 | OF | 690,518.69 | 09 | 1,293,175.36 |
| 07/2018 | BELMONT | OH | | 0.00081979 | RI | 1.00000 | 598.51 | 1,680.23 | 3.12 | | 517.62 | | 1,363.72 |
| 1553285455 | BLAYNEY W WHL BL 1H-A | 3 | 2 | 0.00081979 | 1.15 | | 0.00 | | 18,234.45 | SV | 338,028.41 | 10 | |
| 07/2018 | BELMONT | OH | | 0.00081979 | RI | | 0.00 | 0.00 | 16.51 | | 0.00 | | |
| 1553285455 | BLAYNEY W WHL BL 1H-A | 3 | 2 | 0.00081979 | 1.15 | | 0.00 | | | | | | |
| 07/2018 | BELMONT | OH | | 0.00081979 | RI | | 0.00 | 0.00 | | | | | |
| 1553285455 | BLAYNEY W WHL BL 1H-A | 3 | 2 | 0.00081979 | 1.15 | | 0.00 | | | | | | |
| 07/2018 | BELMONT | OH | | 0.00081979 | RI | | 0.00 | 0.00 | | | | | |
| 1553285455 | BLAYNEY W WHL BL 1H-A | | | 0.00081979 | 1.15 | | 0.00 | | | | | | |
| 07/2018 | BELMONT | | | 0.00081979 | RI | | | | | | | | |
| 1553286455 | BLAYNEY W WHL BL | | | 0.00081979 | | | | | | | | | |
| 07/2018 | BELMONT | | | 0.00081979 | RI | | | | | | | | |
| 1553286455 | BLAYNEY W WHL | | | 0.00081979 | | | | | | | | | |
| 07/2018 | BELMONT | | | 0.00081979 | | | | | | | | | |

| Owner Number 2008091 | | | | | | | Owner Total | 9,849.90 | 35.42 | 0.00 | 3,352.91 | | 6,460.57 |

ASCENT RESOURCES - UTICA, LLC
PO BOX 13678
OKLAHOMA CITY, OK 73113
(405) 252-7600

CHECK NO.: 000047941
CHECK DATE: 10/30/2018
OWNER: 2008091-1

Page 1 of 3

| Legend | | | | |
|---|---|---|---|---|
| **Product Codes (PC)** | **Interest Type** | **Tax Type Codes** | | **Deduct Codes (Ded Cd)** |
| 1 - Oil (bbl) | WI - Working Interest | SV - Severance Tax | MP - Marginal Production Tax | 01 - Compression · 15 - JIB Netting |
| 2 - Gas (mcf) | RI - Royalty Interest | GF - Oil and Gas Fee | PE - Petroleum Excise Tax | 03 - Processing · 16 - Unutilized Capacity |
| 3 - Condensate (bbl) | OR - Overriding Royalty | AV - Ad Valorem | PR - Gross Production Tax | 04 - Treating · 17 - Gathering Compression |
| 4 - Plant Products (gal) | | CN - Conservation Tax | PV - Privilege Tax | 05 - Transporation · 18 - Gathering Compression Fuel |
| D - Drip/Condensate (bbl) | | EN - Environmental Tax | RF - Energy Resource Revolving Fund | 07 - Fuel · 19 - Transportation Fuel |
| | | SG - Emergency School Tax | PG - Pipeline Tax | 08 - Marketing · 20 - Transportation Compression Fuel |
| **Disposition Codes (DC)** | | EX - Oil Extraction | RS - Oilfield Site Restoration | 09 - Other · 21 - Processing Fuel |
| 03 - Sales · 10 - Lease Use · OT - Other | | FB - Federal Backup Withholding | UI - Unidentified Tax | 10 - Gathering |
| | | FE - Environmental Tax | WH - State Withholding Tax | 14 - Property Expense |
| | | GP - Gas Processor Tax | | |

| Property Number | Property Name | DC | PC | Net Revenue Interest | BTU Fact | Price $ | Gross Volume | Gross Value $ | Sev. Tax $ | Tax Type Code | Deducts $ | Ded Cd | Nbt Value $ |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Sales Date Month/Year | County Name | ST | | Disbursement Decimal | Int Type | CMI | Owner Volume | Owner Gross Value $ | Owner Sev. Tax $ | State Withholding | Owner Deducts $ | | Owner Net Value $ |

Details follow this page.

ASCENT RESOURCES - UTICA, LLC
PO BOX 13678
OKLAHOMA CITY, OK 73113
(405) 252-7600

BANK OF OKLAHOMA
ONE WILLIAMS CENTER
TULSA, OK 74172
86-3/1039

CHECK NO.: 000047941
CHECK DATE: 10/30/2018
OWNER: 2008091-1

PAY TO THE ORDER OF: BRIAN C & CYNTHIA K EATON JT/ROS

$****6,817.93

SIX THOUSAND EIGHT HUNDRED SEVENTEEN DOLLARS AND NINETY-THREE CENTS****

BRIAN C & CYNTHIA K EATON
1901 PENNSYLVANIA AVE
BELPRE, OH 45714

VOID



**EXHIBIT**

4

## AFFIDAVIT OF ROBERT N. HART

I, Robert N. Hart, make the following statements, under the penalty of perjury, which are true and correct to the best of my knowledge:

1. I am above the age of eighteen and possess the mental capabilities to testify in a court of law.

2. I am a petroleum engineer and oil and gas consultant with offices in Charleston, West Virginia.

3. I hold a bachelor's degree in Petroleum Engineering from West Virginia University. (I have attached my résumé to this affidavit.)

4. I am also a certified minerals appraiser – IIMA 1999-5.

5. I have substantial experience in the oil and gas industry, including my current position as co-owner and principal consultant of HartPetro Global, LLC, in which I provide consulting services in the areas of reservoir engineering, underground gas storage, fair market value appraising, production operations, lease negotiations, reserves projections, royalty audits, and acquisitions and divestitures.

6. My experience and expertise in the oil and gas industry includes the analyses of royalty payment statements, and calculation of royalties.

7. As requested, I have reviewed certain of the Brian and Cynthia Eaton's monthly landowner royalty statements.

8. Based on my initial review, my opinion is that certain natural gas post-production expenses appear to be very high and provide reason to investigate further whether they are proper.

9. A definitive conclusion must be based on my additional review of all relevant facts which will enable me to determine whether certain deducted amounts result in a reduced royalty payment being paid to the mineral interest owners.

Further affiant saith naught.

Robert N. Hart

Taken, subscribed, and sworn before me on April 26, 2019.

My commission expires on _Jan 2, 2022_

OFFICIAL SEAL
NOTARY PUBLIC
STATE OF WEST VIRGINIA
Deborah Lynn Berry
P.O. Box 823
Madison, WV 25130
My Commission Expires Jan. 2, 2022

Notary Public