UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

BRIAN CHRISTOPHER EATON
AND CYNTHIA EATON, ET AL.,

    Plaintiff,

v.

Case No. 2:19-cv-3412
Judge Edmund A. Sargus, Jr.
Magistrate Judge Chelsey M. Vascura

ASCENT RESOURCES - UTICA, LLC,

    Defendants.

## OPINION AND ORDER

This matter arises on Plaintiff's unopposed motion to extend deadlines to issue class notice. Plaintiff seeks to extend the deadline for issuing class notices by 30 days, and the deadline for opt-outs by 90 days. Plaintiff's motion is **GRANTED**. The revised deadline to issue class notices shall be **February 26, 2023**. The revised deadline for opt-outs shall be **June 26, 2023**. This case is to remain open.

    IT IS SO ORDERED.


**1/25/2023**　　　　　　　　　　　　　　　　　　s/Edmund A. Sargus, Jr.
**DATE**　　　　　　　　　　　　　　　　　　　　EDMUND A. SARGUS, JR.
　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE