IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

BRIAN CHRISTOPHER EATON
AND CYNTHIA EATON, ET AL.

     Plaintiffs,  Case No. 2:19-cv-3412
v.         JUDGE EDMUND A. SARGUS, JR.
           MAGISTRATE JUDGE VASCURA

ASCENT RESOURCES - UTICA, LLC,

  Defendant.

## ORDER GRANTING JOINT MOTION TO MODIFY ORDER REGARDING CLASS DEADLINES

Upon the parties' Joint Motion to Modify Order Regarding Class Deadlines, the Court GRANTS the motion and modifies the deadlines regarding class notice and opt-outs as follows:

| Deadline | Date |
|---|---|
| Production of Addresses for Class Members | 30 days following Court's resolution of Ascent's Motion to Modify Class Definition or Compel Arbitration, *see* ECF No. 74 |
| Class Notice Mailed | 45 days following Ascent's production of addresses for class members |
| Opt-Out Deadline | 60 days following mailing date |

**IT IS SO ORDERED.**

               s/Edmund A. Sargus, Jr.  2/2/2023
               EDMUND A. SARGUS, JR.
               UNITED STATES DISTRICT JUDGE