UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

BRIAN CHRISTOPHER EATON, *et al.*,

          Plaintiffs,

  v.

ASCENT RESOURCES – UTICA, LLC,

          Defendant.

Case No. 2:19-cv-3412
JUDGE EDMUND A. SARGUS, JR.
Magistrate Judge Chelsey M. Vascura

## ORDER

This matter is before the Court on the parties' Joint Motion to Modify the Case Schedule (ECF No. 102), in which the parties move to modify the current operative schedule (ECF Nos. 68 and 81). The parties additionally withdraw the following motions that have been rendered moot by their continued extrajudicial efforts in this action: the Motion to Expedite (ECF No. 72), Motion for Oral Argument (ECF No. 90), and Motion for Status Conference (ECF No. 101). The Court **GRANTS** the Joint Motion to Modify the Case Schedule and modifies the case deadlines as follows:

| Action | Date |
| --- | --- |
| Rule 30(b)(6) depositions and fact witness depositions stayed | Stayed until after the Court decides both Plaintiffs' Motion for Partial Summary Judgment on the Burden of Proof on the Reasonableness of Deductions and on the Breach of Contract Claim for An Accounting (ECF No. 71) and Plaintiffs' Partial Motion for Summary Judgment Regarding the "Market Enhancement Clause" Leases (ECF No. 85) |
| Court decides Ascent's Motion to Modify Class Definition or Compel Arbitration (ECF No. 74) | On the Court's schedule |

| | |
|---|---|
| Defendant to produce class member addresses | 45 days following Court's resolution of Ascent's Motion to Modify Class Definition or Compel Arbitration (ECF No. 74); or, if there is an appeal of the Court's order, then 30 days following the Sixth Circuit's resolution of the appeal |
| Action | Date |
| Plaintiffs to effectuate class notice | 75 days following Ascent's production of addresses for class members |
| Deadline for class members to opt-out | 60 days following mailing date |
| Court decides both Plaintiffs' Motion for Partial Summary Judgment on the Burden of Proof on the Reasonableness of Deductions and on the Breach of Contract Claim for An Accounting (ECF No. 71) and Plaintiffs' Partial Motion for Summary Judgment Regarding the "Market Enhancement Clause" Leases (ECF No. 85) | Based on the one-way intervention rule, the parties agree that the Court should resolve these motions on the Court's schedule, but not earlier than the deadline for class members to opt-out deadline. |
| Merits expert report(s) due for party bearing the burden of proof | 60 days after the Court's decisions on both Plaintiffs' Motion for Partial Summary Judgment on the Burden of Proof on the Reasonableness of Deductions and on the Breach of Contract Claim for An Accounting (ECF No. 71) and Plaintiffs' Partial Motion for Summary Judgment Regarding the "Market Enhancement Clause" Leases (ECF No. 85) |
| Rebuttal expert report(s) due | 45 days following merits expert report(s) for party bearing the burden of proof deadline |
| Expert discovery completion deadline | 30 days following rebuttal expert report(s) deadline |
| Fact discovery completion deadline | 30 days following rebuttal expert report(s) deadline |
| Settlement demand by Plaintiffs | 21 days following fact discovery completion deadline |
| Defendant's response to settlement demand | 14 days after settlement demand |

| Mediation | To be held by private mediator within 30 days after Defendant's response to settlement demand |
|---|---|
| Motion(s) for summary judgment / Daubert motion(s) due | 30 days following mediation |
| Opposition to motion(s) for summary judgment / Daubert motion(s) due | 45 days following motion(s) for summary judgment / Daubert motion(s) |
| Reply in support of motion(s) for summary judgment / Daubert motion(s) due | 30 days following opposition to motion(s) for summary judgment / Daubert motion(s) |

The Court hereby **GRANTS** the Joint Motion to Modify the Case Schedule (ECF No. 102). The Clerk is **DIRECTED** to **DISMISS as MOOT** the Motion to Expedite (ECF No. 72), the Motion for Oral Argument (ECF No. 90), and the Motion for Status Conference (ECF No. 101). This case shall remain **OPEN**.

**IT IS SO ORDERED.**

<u>s/Edmund A. Sargus, Jr. 8/1/2023</u>
**EDMUND A. SARGUS, JR.**
**UNITED STATES DISTRICT JUDGE**