**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

**BRIAN CHRISTOPHER EATON, *et al.*,**

**Plaintiffs,**

**v.**

**ASCENT RESOURCES-UTICA, LLC,**

**Defendant.**

**Case Number 2:19-cv-3412**
**Judge Edmund A. Sargus, Jr.**
**Magistrate Judge S. Courter M. Shimeall**

**ORDER**

This matter is before the Court on Defendant Ascent Resources-Utica, LLC's Unopposed Motion for Oral Argument on Motions for Summary Judgment. (ECF No. 128.) Therein, Ascent requests oral argument on three motions for partial summary judgment: (1) Plaintiffs' Motion for Partial Summary Judgment on the Burden of Proof on the Reasonableness of Deductions and on the Breach of Contract Claim for an Accounting (ECF No. 71), (2) Plaintiffs' Motion for Partial Summary Judgment Regarding the Market Enhancement Clause Leases (ECF No. 85), and (3) Ascent's Motion for Partial Summary Judgment on the Reasonableness of Interstate Transportation Costs (ECF No. 115). (ECF No. 128.) Ascent represents that Plaintiffs do not oppose its request for oral argument. (*Id.* PageID 3216.)

This Court decided Plaintiffs' Motion for Partial Summary Judgment on the Burden of Proof (ECF No. 71) on the papers. (ECF No. 135.) As such, Ascent's request for oral argument on that motion is denied as moot.

As for the two motions for partial summary judgment that remain pending in this matter, the Court has thoroughly reviewed the Parties' briefs and supplemental briefs (ECF Nos. 85, 91,

94, 115, 130, 133, 141, 143) and determines that oral argument would be helpful in resolving the issues presented. *See* S.D. Ohio Civ. R. 7.1(b)(2).

The Court **GRANTS IN PART** and **DENIES AS MOOT IN PART** (ECF No. 128) Defendant Ascent Resources-Utica, LLC's Unopposed Motion for Oral Argument on Motions for Summary Judgment. The Court will hold oral argument on Plaintiffs' Motion for Partial Summary Judgment Regarding the Market Enhancement Clause Leases (ECF No. 85) and Ascent's Motion for Partial Summary Judgment on the Reasonableness of Interstate Transportation Costs (ECF No. 115) on **September 2, 2026, at 10:00 a.m.** at 85 Marconi Boulevard, Courtroom 311, Columbus, Ohio 43215. Each side will have 30 minutes total to present their arguments.

This case remains open.

**IT IS SO ORDERED.**

**7/31/2026**
**DATE**

**s/Edmund A. Sargus, Jr.**
**EDMUND A. SARGUS, JR.**
**UNITED STATES DISTRICT JUDGE**